UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-20346-MARTINEZ/SANCHEZ
CASE NO. _____

18 U.S.C. § 2314
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

MARCOS TOMAS PEREZ,

Defendant.
_____/

FILED BY ___BM___ D.C.

Aug 4, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

On or about November 16, 2023, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARCOS TOMAS PEREZ**,

did knowingly transport, transmit, and transfer in interstate commerce any goods, wares, and merchandise, valued at $5,000 or more, that is, Miami Heat game worn jerseys and other Miami Heat paraphernalia taken from the Kaseya Center in Miami, Florida, knowing the same to have been stolen, converted and taken by fraud, in violation of Title 18, United States Code, Section 2314.

## FORFEITURE ALLEGATION

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2314, as set forth in this information, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, including a personal money judgment, as provided in Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(3) and Title 28, United States Code, Section 2461(c).

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
ROBERT F. MOORE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-20346-MARTINEZ/SANCHEZ

v.

MARCOS TOMAS PEREZ,

Defendant.
_____ /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [✓] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [✓] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Robert F. Moore
Assistant United States Attorney
SDFL Court ID No. A5502488

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  MARCOS TOMAS PEREZ

**Case No**: _____

Count #: 1

Transportation of Stolen Goods

18 U.S.C. § 2314
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) Case No. **25-CR-20346-MARTINEZ/SANCHEZ** |
| Marcos Tomas Perez, | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08/05/2025

*Defendant's signature*

*Signature of defendant's attorney*

Robert C. Buschel
*Printed name of defendant's attorney*

*Judge's signature*

Enjolique A. Lett, U.S. Magistrate Judge
*Judge's printed name and title*