

**U.S. Department of Justice**

Federal Bureau of Investigation

_Office of the Director_        _Washington, D.C. 20535-0001_

August 23, 2007

Officer Marcos Perez
Miami Police Department
400 Northwest Second Avenue
Miami, FL 33101

Dear Officer Perez:

On behalf of the FBI, I want to personally thank you for providing exceptional security for the Global Initiative (GI) to Combat Nuclear Terrorism Law Enforcement Conference in Miami on June 11-15, 2007. This conference represented the first major event in support of an agreement signed by President Bush and Russian President Putin at last year's G-8 Summit to build multinational cooperation on this issue.

The GI Conference was a highly successful event with over 500 participants, including representatives from 28 countries and key United States government agencies, who are committed to working together to combat nuclear terrorism. We strongly believe that each conference attendee walked away with a raised level of awareness that every nation can play a significant role in these efforts.

My colleagues join me in thanking you for your help in providing a secure and safe environment for the attendees. Your outstanding support contributed immeasurably to the overall success of the GI Conference and is greatly appreciated.

Sincerely yours,

Robert S. Mueller, III
Director



# COMMENDATION



# MIAMI POLICE DEPARTMENT
### Rodolfo Llanes, Chief of Police



**Awarded to:** Perez, Marcos     **P.I.N.** 5627

**Classification:** Police Officer    **Assignment:** ADMIN OEM-HS
*(If more space is needed, use additional pages)*

On March 27 thru 29, 2015, the City of Miami Police Department Office of Emergency Management and Homeland Security (OEM/HS) was instrumental in making the "ULTRA FEST" a national music event a safe place, where thousands of Florida's residents and tourists from around the world were able to enjoy the event festivities. The officers assigned to OEM/HS were responsible to coordinate meetings with the Department of Homeland Security in order to elevate this event to a national spotlight. They were tasked to provide necessary equipment to establish a command post with a command center, prisoner processing area with support equipment, specialized vehicles, light towers and Closed Circuit Television Monitoring (CCTV).

The OEM/HS Virtual Policing Detail supported OEM/HS and event officers by monitoring the event by viewing multiple video feeds from cameras located throughout the "ULTRA FEST" event. Technical components consist of wireless mesh point-to-point antennas, state-of-the-art point-tilt-zoom (PTZ) cameras, monitoring HD-televisions, Internet bandwidth service, and servers which are used as processors and recorders. The OEM/HS officers provided the event commander with a turnkey operation which was instrumental in the overall success of the event.

It gives me great pleasure to command these officers assigned to the Office of Emergency Management and Homeland Security for their efforts and teamwork, I recommend that this commendation become a permanent part of their personnel files.

**RECEIVED**
APR 1 4 2015
MIAMI POLICE DEPT.
PERSONNEL UNIT

**Date:** 04-03-15

**Distribution:**

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Sgt. M. Bondarenko #0484
**Sergeant / Supervisor:** _Sgt. Jones_ 0484 4/3/15
**Lieutenant:**
**Captain:**
**Commander:**
**Major:**
**Assistant Chief:** #2313 4-7-15
**Deputy Chief:**
**Chief of Police:** 4/8/15

# City of Miami



DANIEL J. ALFONSO
City Manager

APR 1 4 2014

Rebecca A. Dinda
Principal
Downtown Miami Charter School
305 N.W. 3rd Avenue
Miami, Florida 33128

Dear Ms. Dinda:

Thank you for your thoughtful e-mail expressing your appreciation to Officers Wanda Mendez and Marcos Perez for their participation in the Active Shooter Training.  I am pleased to know that you found the training to be invaluable and was the best training on the topic.

It is gratifying to hear from educators who recognize and appreciate the professionalism our sworn personnel display.  It will be a pleasure to commend them and to include a copy of your e-mail in their personnel files.

Please do not hesitate to call us if we can be of assistance in the future.

Sincerely,

Manuel Orosa
Chief of Police

Employee Relations Dept. Records
Police-Personnel
Unit Copy
Employee Copy

MO:AMN:KC:kj

cc:   Officer Wanda Mendez - FOD/CEN Downtown NET
      Officer Marcos Perez – ADM/OEM






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 603-6100
E-Mail Address: chiefofpolice@miami-police.org

# City of Miami



CARLOS A. MIGOYA
City Manager

MAY 1 0 2010

Hector H. Rivera
Director of Operations
Admiral Security Services
80 SW 8 Street Suite 2210
Miami, Florida 33130

Dear Mr. Rivera:

Thank you for your thoughtful letter commending Captain Richard Walterman and Officer Marcos Perez for their well prepared presentation during the terrorism and cyber security seminar co-hosted on March 26, 2010.

It will be my pleasure to commend them for their expertise and police-community involvement. A copy of your letter will be placed in each of their personnel files.

Please do not hesitate to call us if we can be of assistance in the future..

Sincerely,

Miguel A. Exposito
Chief of Police

MAE:rma

cc:   Captain Richard Walterman – FOD/OEM
      Officer Marcos Perez – FOD.OEM

RECEIVED
MAY 2 4 2010
MIAMI POLICE DEPT.
PERSONNEL UNIT

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy






# COMMENDATION



# MIAMI POLICE DEPARTMENT

### Miguel A. Exposito, Chief of Police



**Awarded to:** Marcos Perez          **P.I.N.** 05627

**Classification:** Police Officer     **Assignment:** OEM

*(If more space is needed, use additional pages)*

On Thursday, March 25, 2010, a march was held on SW 8 Street from SW 27 -22 Ave. The march was organized by Gloria and Emilio Estefan. The purpose of the march was to show solidarity for the "Damas en Blanco" (Ladies in White) in Cuba.

On Tuesday, March 23, 2010, a press conference was held in Bongo's Café which is owned by Gloria and Emilio Estefan to promote the march. In attendance, there were several nationally known latin music artists and elected officials. The press conference received national coverage from television and radio stations. This march carried a loud message to the world regarding the violation of human rights that are happening in Cuba.

The march required tremendous plannning in a short period of time. Numerous meetings with the organizer and City leaders were held to ensure the safety of all participants. Many obstacles had to be handled expeditiously to include obtaining a permit from the Florida Department of Transportation (FDOT), coordinating all city services, coordinating with the barricade company and identifying placement of officers. The staff of the Special Events Unit worked long hours leading into the march to ensure all aspects were covered.

The day of the event, several elements had to be in place for the march to happen. They consisted of street closures along the route, disseminating information and coordinating the security component through the Speical Investigations Section for all VIPs. Gloria and Emilio Estefan, along with other artists and elected leaders, marched along SW 8 Street from SW 27 Ave to SW 22 Ave, where a stage was erected for Gloria to address the more than 100,000 participants. The event was broadcast live nationally through the media. The City of Miami was shown in a a very positive light. There were no incidents throughout the entire event. This was accomplished through the dedication, commitment, teamwork and professionalism displayed by all personnel assigned to the event. (See back)

RECEIVED
MAY 1 2 2010
MIAMI POLICE DEPT.
PERSONNEL UNIT

**Date:** May 04, 2010

**Distribution:**

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Lieutenant Alberto Alberto

**Sergeant / Supervisor:**

**Lieutenant:**

**Captain:**

**Commander:**

**Major:**

**Assistant Chief:**

**Deputy Chief:**

**Chief of Police:**

# COMMENDATION



## MIAMI POLICE DEPARTMENT
### Miguel A. Exposito, Chief of Police



**Awarded to:** Marcos Perez   **P.I.N.** 05627

**Classification:** Police Officer   **Assignment:** FOD/OEM

*(If more space is needed, use additional pages)*

On Sunday, March 14, 2010, the largest street party in the United States took place right here in our backyard. It's known as Calle Ocho, and was attended by thousands of people from all around the world. This is an annual event where SW 8 Street is closed from SW 11- 27 Ave and food vendors and stages are lined up on both sides of the street providing live entertainment by well known musicians.

This event required months of preparation and meetings with different committees from the Kiwanis of Little Havana. In order to have a succesful event, different individuals needed to be involved from the onset to ensure all aspects of security were covered. Each person was responsible for specific assignments to include planning, logistics, officers placement and Command Post set-up. This is a huge undertaking to host an event of this magnitude, where thousands of people are counting on the police to ensure their safety. This year, additional security measures were taken by adding CCTV cameras throughout the event. This provided a bird's eye view to ensure proper deployment of officers throughout the venue. This also allowed us to be pro-active in identifying any specific area of concern so we could address it prior to it becoming a physical confrontation. The event went off with no major incidents occurring and this was due solely to the commitment and dedication of these individuals.

I would like to commend the following personnel:

Sergeant Jose Behar # 0329
Officer Jesus Fundora # 2137
Officer Alejandro Rivera # 5990
Officer Marcos Perez # 5627

I recommend that a copy of this commendation be placed in their respective personnel file.

**Date:** 03/30/10

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Lt. Alberto Alberto
**Sergeant / Supervisor:** #6135
**Lieutenant:**
**Captain:** 7341
**Commander:**
**Major:**
**Assistant Chief:**
**Deputy Chief:**
**Chief of Police:** 4/9/10

RECEIVED
APR 13 2010
MIAMI POLICE

POLICE/FO.#36 Rev. 02/10

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

MAR 1 0 2009

Cathy L. Lanier
Chief of Police
Government of the District of Columbia Metropolitan
Police Department
P.O. Box 1606
Washington, DC 20013-1606

Dear Chief Lanier: *Cathy*

Thank you for your thoughtful letter commending the efforts and contribution of our officers who participated in the historic Inauguration of Barack Obama, the 44th President of the United States.

It is gratifying to know that you recognize and appreciate the diligence and professionalism that the Miami Police Department strives for each day. It will be my pleasure to commend them and to include a copy of your letter in their personnel files.

Please do not hesitate to contact us again if we can be of assistance in the future.

Sincerely,

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

John F. Timoney
Chief of Police

RECEIVED
MAR 1 6 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT

JFT:mb

c: Deputy Chief Frank G. Fernandez – FOD/Field Operation
   Major Steven Caceres – FOD/South Administration
   Commander Bernard Johnson – FOD/North Administration
   Commander Lorenzo Whitehead – FOD/Coral Way NET
   Captain Richard Walterman – FOD/OEM-Operation Emergency Mgmt.
   Lieutenant Alberto Borges – INV/SIS/Narcotics Unit
   Lieutenant Keith Cunningham – FOD/NDS/Little Haiti NET






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

Sergeant Sharon Barfield-Harris – FOD/NDS/Model City Net/"A" Shift
Sergeant Eunice Cooper – INV/CIS/Homicide Unit/"B" Shift
Sergeant Nicole Davis – ADM/Administration Division
Sergeant Cherise Gause – ADM/PRM/Recruitment & Selection Unit
Sergeant Misael Reyes -FOD/SDS/Little Havana NET
Sergeant Ernesto Sierra – FOD/CEN/Overtown NET/"B" Shift
Sergeant Luis Taborda – FOD/SOS/Accident Investigation Unit
Sergeant Carlos Valdes – FOD/SOS/Special Events Unit
Officer Lakeatha Brown – ADM/PRP/Fleet Unit
Officer Leonardo Carrillo – FOD/SDS/Coconut Grove NET/"A" Shift
Officer Raul Delgado – FOD/SDS/Little Havana NET
Officer Jeffrey Giordano – COP/ITS/Public Information Office
Officer Jeffrey Glasko – FOD/CEN/Downtown Service Area Beats
Officer Lloyd Hamilton - ADM/ITS/Computer & Communication Support Unit
Officer Toraino Hardnett – ADM/PRM/Recruitment & Selection Unit
Officer Mariline Nelson – ADM/PRM/Recruitment & Selection Unit
Officer Marcos Perez – FOD/OEM-Operation Emergency Mgmt.
Officer Rene Pimentel – INV/CIS/Juvenile & Missing Persons, Gang Unit/"B" Shift
Officer Wanda Mendez – FOD/CEN/Downtown Service Area Beats
Officer Kevin Mcnair – FOD/CEN/Downtown Service Area Beats
Officer Alejandro Rivera – FOD/OEM-Operation Emergency Mgmt.
Officer Frederica Burden – FOD/NDS/Upper Eastside Net/"A" Shift


RECEIVED
MAR 16 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT

*Office of Law Enforcement*
*Federal Air Marshal Service*

**U.S. Department of Homeland Security**
13800 NW 14ᵗʰ Street, Suite 110
Sunrise, FL 33323



**Transportation
Security
Administration**

July 22, 2008

Chief John F. Timoney
City of Miami Police Department
400 NW 2ⁿᵈ Avenue
Miami, FL 33128

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

Dear Chief Timoney,

I am writing to comment on and thank you and your department for the cooperative partnership formed during the recent Annual Conference of Mayors; and the Governors 2008 Serve to Preserve Florida Summit on Global Climate Change.
Our participation in this multi-agency event allowed us to utilize our newly formed V.I.P.R. (Visible Intermodal Prevention and Response) team in an event of extreme importance to both the City of Miami and Miami-Dade County, and the Transportation Security Administration.

I am hopeful that our participation in this recent event has increased your confidence in the Federal Air Marshal Service and our ability to supplement future efforts in matters of mutual concern.

We worked closely with Lieutenant Freddy D'Agostino, Detective Alberto Garcia, and Officer Marcos T. Perez of your department. Please pass to each of them my appreciation for their assistance and a job well done. They are a credit to your department.

I look forward to many future opportunities to work together and you can be assured of our cooperation should the need ever arise.

Very Truly Yours,

James H. Bauer
Special Agent in Charge

**RECEIVED**

JUL 2 8 2008

Support Services Section
Police Department

**Office of the
Chief of Police
Miami, Fla**

JUL 2 4 2008

**RECEIVED**



# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

## OFC. MARCOS PEREZ, O.E.M.

Congratulations on your selection to receive the Miami Police Department's Administrative Excellence Award for December 2007.

Captain Richard Walterman has informed me of the outstanding job you continue to do in O.E.M. I understand that you were largely responsible for the success of our 3rd annual "Operation Miami Shield."

Please accept my heartfelt thanks for a job well done. Eight (8) hours earned time will be awarded to you for your outstanding performance of duty.

Sincerely,

John F. Timoney
Chief of Police

JFT:nv

cc: Personnel
    Unit File
    Payroll
    Labor Relations
    Public Information






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

CERTIFICATE OF

## *Appreciation*

The Miami-Dade County Office of the Mayor
and Board of County Commissioners

## *Officer Marcos T. Perez*

City of Miami Police Department

As Commissioner and on behalf of the Mayor, the Board of County
Commissioners, and the residents of Miami-Dade County, I take great
pleasure in presenting this Certificate of Appreciation to you in recognition
of your valuable contributions to our community. The exemplary and
diligent work that you have performed has elevated our way of life. Hence,
I am honored to commend and applaud you for the past 15 years you have
devoted, and wish you the very best as you continue to protect and serve
for the betterment of our citizens.

On this, the 22nd day of the month of December 2007, in
Miami-Dade County, Florida

Audrey M. Edmonson
Commissioner
District 3

Bruno A. Barreiro
Chairman

Carlos Alvarez
Mayor

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### John F. Timoney, Chief of Police



**Awarded to:** _____ Marcos Perez _____  **P.I.N.** _____ 5627 _____

**Classification:** _____ Officer _____  **Assignment:** _____ Office of Emergency Management _____

*(If more space is needed, use additional pages)*

On July 30 and 31, 2006, the President of the United States visited South Florida and the City of Miami. This visit included multiple motorcade movements, an overnight stay at the Four Seasons Hotel on Brickell Avenue and an unscheduled stop at a restaurant in the City of Miami.

Planning for the visit required not only extensive security plans and the preparations at the hotel but also the establishment of traffic patterns to lessen the impact of street closures to local residents and businesses. Commander Armando Guzman, who was the Incident Commander for the visit, co-coordinated the supervision of the security plans and was the liaison with the Secret Service. Commander Guzman and the team of key supervisors assigned to the event performed admirably under sometimes challenging circumstances to ensure the President's visit to the City of Miami was safe for all.

During the unscheduled stop at the Versailles Restaurant I was approached by the Secret Service SAC who expressed his gratitude for The Miami Police Department's assistance and praised the professionalism of our officers and staff.

It is with great pleasure and respect that I commend the below listed supervisors and officers who worked the detail. I recommend that this document become a permanent part of their personnel file.

**RECEIVED**
**AUG 15 2006**
**MIAMI POLICE DEPT.**
**PERSONNEL UNIT**

(Over)

**Date:** _____ 08/01/06 _____

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Major Thomas W. Cannon
**Sergeant / Supervisor:** _____
**Lieutenant:** _____
**Captain:** _____
**Commander:** _____
**Major:** _____ 08/06/06
**Deputy / Assistant Chief:** _____
**Chief of Police:** _____

POLICE/FO.#36 Rev. 07/04

## COMMENDATION ( *Continuation* )

**Awarded to:** _____ Marcos Perez _____ **P.I.N.** _____ 5627 _____

Captain Richard Walterman #7341
Cmdr. Armando Guzman #2643
Lieutenant David Sanchez #6212
Lieutenant Juan M. Gonzalez #2441
Lieutenant Daniel Dominguez #1515
Lieutenant Jorge Martin #4398
Sergeant Alberto Alberto #0061
Sergeant George Velez #7248
Sergeant Brendan Monroe #4856
Sergeant Luis Taborda #6914
Sergeant F.D'Agostino # 1301
Officer Harris Henderson #2984
Officer Mayreen Morin #4887
Officer Marcos Perez #5627






POLICE/FO.#36 Rev. 07/04

# Barry University

**Department of Sociology and Criminology**

11300 NORTHEAST SECOND AVENUE
MIAMI SHORES, FLORIDA 33161-6695
*Direct* (305) 899-3270
*Switchboard* (305) 899-3000

May 15, 2006

John F. Timoney, Chief
Miami Police Department
400 NW 2nd Avenue
Miami, Florida 33128

Re:   Sergeant. Tracey Martin, Community Affairs
      Officer Paulie Villard
      Officer Ben Payen
      Officer M. Perez, EOM
      Officer Navarrao, Communication Dispatch
      Willie Moreno, Public Relations

RECEIVED
MAY 2 3 2006
Support Services Section
Police Department

Dear Chief Timoney:

At the beginning of our spring 2006 term, Sergeant Martin arranged for the students in our Police and Policing class to tour the Miami Police Department. This was a very beneficial field experience for these students, who were able to ask questions about the field of policing and gain insight into its various operations, from Communication and Dispatch to the Special Response components of your agency. Many of these students also participated in a ride-along-program with your department. This experience has helped to lessen their apprehension about police operations.

Please commend the above name officers for providing assistance in making this a meaningful and educational experience for our students. Our students benefit so much from the exposure they receive from professions in the field. They gain greater understanding and knowledge of their subject areas.

Regards,

*Karen A. Callaghan*

Karen A. Callaghan, Ph.D.
Chair, Sociology and Criminology Department
Barry University

RECEIVED
JUN 0 7 2006
MIAMI POLICE DEPT.
PERSONNEL UNIT

Office of the
Chief of Police
Miami, Fla
JUN 01 2006

Office of the
Chief of Police
Miami, Fla
MAY 1 9 2006
RECEIVED

A Catholic International University

# City of Miami



JOHN F. TIMONEY
Chief of Police

JOE ARRIOLA
City Manager

**April 21, 2004**

**Detective Marcos T. Perez**
**I.B.M. #5627**
**Anticorruption Unit, Internal Affairs Division**

**Dear Detective Perez:**

**It is my pleasure to inform you that the Homicide Team #2, Internal Affairs' Anticorruption, and C.S.I. Task Force has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of October of 2003. In nominating the taskforce for the award, Homicide Commander, Lieutenant Daniel L. Dominguez, reported your outstanding achievements.**

**On September 30, 2003, the lifeless body of 19-years old Jennifer Nelson was discovered by the side road off N.W. 8th Avenue and 17 Street. You investigated the scene intensively, Assistant M.E. DuPre obtained a sexual assault kit, and C.S.I. members diligently processed the scene.**

**Your investigation led to a location in Miami Beach, and Internal Affairs' Anticorruption members started conducting surveillances of an apartment building where the primary suspect lived. During the surveillances, you obtained a cigarette butt that the suspect disposed of in the street. The cigarette butt was sent to the Lab for comparison with the specimen, and a DNA match was made. On October 22, 2003, you arrested and charged the offender with First-Degree Murder.**

**Sergeants Carlos A. De Los Santos and Wilfredo Abascal, Detectives Fernando D. Bosch, Carlos Castellanos, Orlando Silva, Willie Jones, Marcos T. Perez, Misael Reyes, Juan M. Vera, Orlando R. Villaverde, C.S.I.U./T.S.U. Commander Guillermo J. Martin, C.S.I.U./T.S.U. Unit Supervisor Lazaro R. Fernandez, Identification Technician II Wendell K. Harris, Identification Technician I's Andres J. Betancourt, and Willard B. Delancy, are all to be commended for your outstanding persistence, dedication, and hard work.**

**CONGRATULATIONS!  WE ARE VERY PROUD OF YOU.**

**Sincerely,**

**Gerald L. Darling**
**Assistant Chief**
**for John F. Timoney**
**Chief of Police**

JFT:GLD:dm





A Century of Service

MIAMI POLICE DEPARTMENT/ P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### John F. Timoney, Chief of Police



**Awarded to :** Inv. Marcos Perez  **P.D. # :** 5627

**Classification :** Police Officer  **Unit :** Internal Affairs

On September 30, 2003 at approximately 0525 hours, the lifeless body of a white female was discovered by the side of the road off N.W. 8th Ave. & 17 St. The members of Homicide Team 2 (Det. Silva, Det. Castellanos, and Det. Bosch) were assigned the difficult task of investigating this high profile complex "Who Dunnit" murder.

The detectives worked the scene where the victim was found intensively, locating and interviewing potential witnesses. Assistant Medical Examiner D-Melissa DuPre responded to the scene. She conducted a preliminary examination of the body and a sexual assault kit was obtained from the victim. Members of the MPD Identification Unit ( Section Manager Martin, Unit Supr. Fernandez, Tech. Suprevisor Harris, Techs. Betancourt, and Delancy) diligently processed the scene (s), obtained DNA samples, and fingerprinted the victim for identification purposes. The victim was subsequently identified as 19-year-old Jennifer Lyn Nelson.

The investigation led the detectives to an apartment building located at 1616 Michigan Ave. in Miami, Beach where a subject by the name of David Arthur Tejera lived.

The members of Homicide Team 2 along with members of Homicide Team 1 (Sgt, Kowalski, Det. Tamayo, and Det. Miguelez), and with the cooperation of members from the Internal Affairs Anticorruption Unit (Sgt. Abascal, Inv. Perez. Inv. Jones, Inv. Vera, Inv. Villaverde, and Inv. Reyes) conducted a surveillance on Mr. Tejera and they were able to obtain a cigarette butt that Mr. Tejera disposed of in the street. The cigarette butt was sent to the Metro Dade Police Lab for comparison from the specimen obtained in the sexual assault kit and a DNA match was made.

**Date: 10-28-03**

**Distribution:**

**Recommended by:** Sgt. Carlos de los Santos

**Supervisor:**

**Dept. of Human Resources**  **Unit Commander:**

**Police Personnel Unit**  **Deputy Section Commander:**

**Employee's Unit / Section File**  **Section Commander:**

**Employee (Original)**  ~~Deputy~~/Assistant Chief:

**Chief of Police:**  NOV 1 0 2003

**POLICE/FO.#36Rev.11/98**

# COMMENDATION



# MIAMI POLICE DEPARTMENT
### Raul Martinez, Chief of Police



**Awarded to:** Marcos Perez          **P.D.#** 5627

**Classification:** Police Officer      **Unit:** Joint Interdiction Unit

The Special Investigations Section, Joint Interdiction Unit, is currently assigned to the South Florida Impact Task Force. As an integral part of the task force, its members are charged with diverse duties stemming from complex investigations targeting drug trafficking and money laundering activities. Their work reaches beyond the City of Miami's jurisdiction and into a national and international level, which suffer the ills of the drug trade and its illegal proceeds.

During the month of June 2000, the unit member's dedication and devotion to duty was invaluable to the success of the task force as a whole.

Below is a compilation of the statistics for the task force during the month of June 2000.

Currency Seized: $2,055,102.00
Cocaine Seized: 225 Klios
Arrests/deported:4
Firearms seized: 6
Vehicles seized: 2

RECEIVED
AUG 0 1 2000
MIAMI POLICE DEPT.
PERSONNEL UNIT

(over)

Date

**Recommended by: Lt. George Cadavid**
**Supervisor:** _____
**Unit Commander:** _____ 7/20/00
**Deputy Section Commander:** _____
**Section Commander** _____ 7/26/00
**Deputy/Assistant Chief:** _____
**Chief of Police** _____ JUL 31 2000

**Distribution:**

**Dept. of Personnel Management**
**Police Personnel Unit**
**Employee's Unit / Section File**
**Employee (Original)**
**POLICE/FO.#36Rev.10/98**

# City of Miami



RAUL MARTINEZ
Chief of Police

CARLOS A. GIMENEZ
City Manager

July 27, 2000

Detective Marcos T. Perez
I.B.M. #5627
Joint Interdiction Unit, Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Joint Interdiction Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of June, 2000. In nominating the team for the award, your Acting Commander, Captain John C. Griffin, reported your outstanding achievements.

In June, you culminated a month's work involving several money laundering targets in South Florida. After long hours of gathering the necessary intelligence information and innumerable hours of surveillances, you made 4 arrests; recovered 6 weapons; and seized $2,055,102.00 in U.S. currency, 225 kilograms of cocaine, and two vehicles.

As an integral part of the South Florida Impact Task Force, you are charged with diverse duties stemming from complex investigations, targeting drug trafficking and money laundering activities. Your work reaches beyond the City of Miami jurisdiction and into a national and international level, which suffer the ills of the drug trade and its illegal proceeds.

Lieutenant Cadavid, Sergeants Martin and Williams, Detectives Bittar, Dooling, Lopez, Mervolion, Pena, Perez, and Valdes, are all to be commended for your outstanding dedication and devotion. Your "can do" attitude is an inspiration to all. Also to be commended is Narcotics Searcher K-9 "Dope" for his outstanding searching abilities.

**CONGRATULATIONS! WE ARE VERY PROUD OF YOU.**

Sincerely,

Franklin E. Christmas
Acting Assistant Chief
for  Raul Martinez
Chief of Police

RECEIVED
JUL 3 1 2000
MIAMI POLICE DEPT.
PERSONNEL UNIT

RM:FEC:dm







# City of Miami



RAUL MARTINEZ
Chief of Police

CARLOS A. GIMENEZ
City Manager

23 May 2000

Detective Marcos T. Perez
I.B.M. #5627
Joint Interdiction Unit/Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Joint Interdiction Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the month of February, 2000. In nominating the team for the award, your Commander, Major Carolyn J. Forquer, reported your outstanding achievements.

During the month of February, you culminated a month's work, involving several money laundering targets in South Florida. After long hours of gathering the necessary intelligence information and innumerable hours of surveillances, you made 12 arrests and 2 deportations, and seized 937.5 kilograms of cocaine, 986 pounds of marijuana, and one vehicle.

These accomplishments were the result of perilous undercover operations. Your personal sacrifices and the ones of your families are immeasurable. Your success has a direct link to the safety and quality of life in the South Florida communities, and it also has a bearing on narcotics trafficking throughout the country and the world.

Lieutenant George R. Cadavid, Sergeants Jorge A. Martin and Rufus Williams, Detectives James Bittar, Gary Dooling, Eliezer Lopez, John T. Mervolion, Alberto R. Pena, Marcos T. Perez, and Jesus W. Valdes, are all to be commended for your outstanding accomplishments, hard work, and dedication to duty. Your "can do" attitude is an inspiration to all. Also to be commended is Narcotics Searcher K-9 "Dope" for his outstanding searching abilities.

**CONGRATULATIONS!  WE ARE VERY PROUD OF YOU.**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
RM:JEB:dm                      (for) Raul Martinez
Chief of Police






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

# COMMENDATION



# MIAMI POLICE DEPARTMENT
### William E. O'Brien, Chief of Police



| | | |
|---|---|---|
| **Awarded to:** Marcos Perez | **P.D.#** | 5627 |
| **Classification:** Police Investigator | **Unit:** | SIS/JIU |

During the week of November 14, 1999, the City of Miami was host to the Mayor's Summit of the Americas. This event brought together more than 500 international visitors including, 170 Mayors, spouses, and attendant staff from the largest cities in South, Central, and North America, as well as the Caribbean Basin.

Planning for this historic event began in earnest during June, 1999, and security arraingments were assigned to the Special Investigations Section of the Miami Police Department.

The Special Investigations Section's Dignitary Protection Detail was responsible for a variety of pre-conference security assignments which included, site security surveys, intelligence briefings and repeated contacts with other law enforcement contacts to determine threats which existed against visiting dignitaries.

The Special Investigations Section and a few other selected Miami Police Officers would also be responsible for providing security and protection details for those visiting dignitaries which required an enhanced level of personal security due to safety concerns.

These assigned officers and investigators began their critical assignments as the dignitaries arrived on November 13, 1999. Each of the teams of officers had been briefed with information concerning their dignitary, event locations, and security concerns. The personal safety of their protectee and the reputation of the City of Miami as a safe location for business and tourism was placed above the individual officers' convenience as days off were cancelled and long arduous hours were planned.

(Over)

**Distribution:**

**Dept. of Personnel Management**
Police Personnel Unit
**Employee's Unit / Section File**
**Employee (Original)**

POLICE/FO.#36Rev.10/98

| | | Date |
|---|---|---|
| **Recommended by:** | | 12/2/99 |
| **Supervisor:** | | 12/8/99 |
| **Unit Commander:** | | 12/8 |
| **Deputy Section Commander:** | | 12/ |
| **Section Commander** | | 12/2/9 |
| **Deputy/Assistant Chief:** | | 12/2 |
| **Chief of Police** | | |

JAN 1 7 2000

During the Mayor's Summit conference, several visiting dignitaries and local politicians, including the City of Miami Mayor and City Manager, commented on the high degree of professionalism and competence displayed by Miami Officers working the protection details. Some of the protectees themselves commented that they felt safer in the protection of the Miami Officers than they did back in their homeland.

An event of similar magnitude to the Mayor's Summit of the Americas would be a major challenge to any police department or organization's employees. However, the supervisors and officers assigned to this conference skillfully dealt with a variety of important issues without incident.

I wish to commend all of the below listed personnel of the Miami Police Department who were committed to a safe and successful Mayor's Summit. Their work ethic and display of professionalism during the event distinguished themselves and the Miami Police Department in the eyes of the International and local community.

I recommend that a copy of this commendation be placed in the employees personnel file as a permanent record of their exemplary service and dedication to duty.

| | | | | | | |
|---|---|---|---|---|---|---|
| Lt. T.C. Cowart | #1234 | SIS/SIU | | Inv. J. Morejon | #4875 | SIS/SIU |
| Lt. G. Cadavid | #0771 | SIS/JIU | | Inv. E. Paez | #5452 | SIS/SOU |
| Lt. A. Guzman | 2643 | SIS/SOU | | Inv. A. Mir | #4819 | SIS/SIU |
| Sgt. M. Hervis | #3015 | SIS/SIU | | Inv. E. Canciobello | #0824 | SIS/SOU |
| Sgt. R. Masferrer | #4427 | SIS/SOU | | Inv. M. Diaz | #1454 | SIS/SOU |
| Sgt. J. Fernandez | $1922 | SIS/SOU | | Inv. A. Dowda | #1522 | SIS/SOU |
| Sgt. M. Castro | #0918 | SIS/SOU | | Inv. S. Crespo | #1253 | SIS/SOU |
| Sgt. M.Gonzalez | #2402 | Training | | Inv. H. Gunnells | #2645 | SIS/SIU |
| Sgt. J. Seigle | #6370 | Ptrl/Sth "B" | | Inv. D. Richards | #6027 | SIS/SOU |
| Sgt. R. Williams | #7681 | SIS/JIU | | Inv. A. Diaz | #1433 | SIS/SOU |
| Sgt. J. Martin | #4398 | SIS/JIU | | Inv. L. Dallemand | #1319 | SIS/SOU |
| Sgt. J. Alfonso | #0122 | Ptrl/Sth C" | | Ofc. R. Nazur | #5163 | Training |
| Sgt. W. Abascal | #0006 | SIS/SOU | | Inv. J. Mervolion | #4722 | SIS/JIU |
| Sgt. F. Acosta | #0021 | SIS/SIU | | Inv. J. Bittar | #0393 | SIS/JIU |
| Ofc. D. Ledo | #3933 | CIS/CIC | | Inv. A. Costa | #1227 | SIS/SIU |
| Inv. A. Pena | #5562 | SIS/SOU | | Inv. J. Valdez | #7246 | SIS/JIU |
| Inv. A. Pacheco | #5461 | SIS/SOU | | Inv. C. Dorta | #1521 | SIS/SOU |
| Inv. J. Colina | #1126 | SIS/SOU | | Inv. G. Dooling | #1520 | SIS/JIU |
| Inv. F. Brea | #0576 | I/A | | Inv. E. Lopez | #4071 | SIS/JIU |
| Inv. A. Utset | #7212 | SIS/SOU | | Inv. R. Cheney | #1041 | SIS/SIU |
| Inv. R. Mas | #4428 | SIS/SOU | | Inv. J.L. Gonzalez | #2413 | SIS/SIU |
| Ofc. M. Foster | #2027 | Ptrl/Cen "C" | | Inv. M. Perez | #5627 | SIS/JIU |
| Ofc. S. Blanco | #0415 | Training | | Inv. S. Campbell | #3921 | SIS/SIU |
| Ofc. L. Rubio | #6145 | CIS/Homc. | | Inv. O. Villaverde | #7302 | SIS/SOU |
| Inv. O. Belfort | #0332 | SIS/SIU | | Ofc. R. Starks | # 6747 | Training |
| Inv. A. Haynes | #2911 | SIS/SIU | | Inv. R. Soler | #6652 | SIS/SOU |
| Inv. R. Rodriguez | #6176 | SIS/SIU | | Inv. R. Carvil | #0875 | SIS/SIU |
| Inv. A. Lopez | #4073 | SIS/SOU | | Inv. F. Molina | #4838 | SIS/SIU |
| Inv. E. Nogues | #5262 | SIS/SOU | | Inv. R. Marrero | #4362 | SIS/SIU |



# SOUTH FLORIDA IMPACT

## South Florida Interagency Metropolitan Anti-Crime Task Force

P.O. Box 347138, Coral Gables, Florida 33234-7138
Telephone: (305) 470-8760 • Facsimile: (305) 593-2750

Office of the
Chief of Police
Miami, Fla.

MAY 0 3 1999

**RECEIVED**

**Board of Directors**

Coral Gables
Police Department

Florida
Department of
Law Enforcement

Miami
Police Department

Miami Beach
Police Department

State
Attorney's Office

Florida
Highway Patrol

Homestead
Police Department

Monroe County
Sheriff's Office

North Miami
Police Department

North Miami Beach
Police Department

**Associates**

Drug
Enforcement
Administration

Federal Bureau
of Investigation

Immigration and
Naturalization
Service

May 4, 1999

TO:        James Butler
           Director, South Florida Impact

FROM:      Sgt. Mitchell Horn  *M.H.*
           Deputy Commander, South Florida Impact

**RE:       *Letter of Commendation
           Case number 0005V***

---

On April 24, 1999, South Florida Impact investigators participated in a case which resulted in a significant seizure taking place. As a result of the investigative efforts by the members of Impact, $590,020.00 of currency was seized. In addition, three (3) firearms were confiscated and two (2) subjects arrested.

The following members participated in the investigation:

| | |
|---|---|
| Sgt. J. Martin | Det. T. Harrelson |
| Det. I. Garcia | Det. K. Kennison |
| S/A G. White | Det. R. Perez |
| Det. M. Perez | S/A L. Valentine |
| Det. C. Becker | Det. D. Dozier |
| Det. E. Lopez | Det. A. Pena |
| Inv. T. Brown | Det. D. Reynolds |

The diligence and dedication exhibited in this case is what continues to make South Florida Impact the success that it is. With that in mind, I wanted to bring this case to your attention.

Thank you for your time and consideration to this matter.



# *South Florida Impact*

South Florida Interagency Metropolitan Anti-Crime Task Force

### Internal Memorandum

**Date:**      04-12-99

**To:**       Det. Marcus Perez
**Via:**       Chain of Command
**From:**     James Butler, Director
**Subject:**  FDLE Case 0001F

---

I would like to take this opportunity to commend you on the outstanding work you did in furtherance of this case.

On April 5, 1999, you and members of your squad, using excellent interview techniques were able to obtain information from a suspect who led your squad to approx. $592,000.00 that was being laundered by narcotics traffickers. As a result of this "Team Effort" the case resulted in a very significant seizure for SFI and caused a disruption in the flow of "narco" dollars to traffickers. Congratulations and keep up the good work.

**CC:**    Dept. Commander Amos Rojas Jr.
Dept. Commander Mitch Horn
Dept. Commander George Cadavid
Commander Tom Hunker

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

99 N.E. 4 Street
Miami, FL 33132
(305) 961-9021

December 16, 1998

> Office of the
> Chief of Police
> Miami, Fla.
>
> DEC 2 5 1998
>
> **RECEIVED**

William E. O'Brien
Chief
City of Miami Police Department
400 NW 2nd Avenue
Miami, Florida 33128

Re:    <u>Performance of Detective Marcos Perez and Priscilla Miller</u>
       <u>in connection with United States v. Hunter</u>
       <u>Case No. 97-965-Cr-Moreno</u>

Dear Chief O'Brien:

I am writing to commend Detective Marcos Perez and Priscilla Miller for their outstanding contributions toward the successful prosecution of James Hunter for federal narcotics and firearms violations. The defendant will be sentenced on December 9, 1998, and he is facing in excess of 20 years incarceration.

The prosecution of this case was a direct result of the fine work of these two individuals. Detective Perez, who was working a special patrol assignment at the time of the arrest, took the initiative to check out a neighbor's complaint that an individual was selling drugs from a room in a motel in the Coconut Grove area. Detective Perez, upon finding the defendant in the room, requested a narcotics dog after smelling marijuana in the room. He then used the dog's reaction to the narcotics to obtain a search warrant and execute a legal search of the room. His efforts were rewarded by the discovery of an extremely large stash of narcotics, a firearm, and narcotics proceeds in the room. As a result of his efforts, and the excellent search he carried out, we prosecuted the case federally. Hunter, who as it turned out, was a serious drug trafficker in the Coconut Grove area, had an extremely lengthy criminal record.

Priscilla Miller, who was the other witness in the case, immediately responded to the crime scene during the search and did a crime scene investigation at Detective Perez's request. Ms. Miller's careful examination resulted in a positive latent identification of the defendant on certain important items in the room. Moreover, her careful attention to the defendant during the search permitted her to testify with regard to certain spontaneous statements made by the defendant during the search.

Ms. Miller's testimony made the defendant's claim that he had been set up by Detective Perez appear as concocted as it was.

The fine work of Detective Perez and Ms. Miller is to be commended. This case is a direct result of their fine efforts, and I look forward to working with them in the future.

Very truly yours,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:

RONALD G. DEWAARD
ASSISTANT UNITED STATES ATTORNEY

cc:    Detective Marcos Perez
       Priscilla Miller

2

# COMMENDATION



## MIAMI POLICE DEPARTMENT
### William E. O'Brien, Chief of Police



**Awarded to:** Marcos Perez      **P.D.#** _____

**Classification:** Police Officer      **Unit:** Joint Interdiction/SIS

It is my pleasure to bring to your attention the hard work, dedication to duty, and outstanding accomplishments of Investigators Gary Dooling, John Mevolion, Marcos Perez, James Bittar, Jesus Valdes, and Eliezer Lopez, and Sergeant Rufus Williams during the month of October 1998.

During this month, these investigators, assigned to the South Florida Impact Money Laundering Task Force, culminated a month's work involving several money laundering targets in South Florida. In an attempt to identify and disrupt money laundering and illegal money smuggling schemes, the investigators acted on tips and leads, as well as self generated information.

During the month of October 1998, the Joint Interdiction Unit was able to compile the statistics outlined below:

Currency seized: $2,053,073
Cocaine seized: 1940 Kilograms
Heroin seized: 2 kilograms
Arrests: 13

RECEIVED

DEC 0 1998
Personnel Management Sec...

Outstanding!
plgel ea

---

**Distribution:**

**Dept. of Human Resources**
*Police Personnel Unit*
**Employee's Unit / Section File**
**Employee (Original)**

*POLICE/FO.#36Rev.10/98*

Date

**Recommended by:** Sgt. R. Williams  11-23-98

**Supervisor:** _S/H Russell_

**Unit Commander:** A/C Russell  7611

**Deputy Section Commander:** _____

**Section Commander:** Major _____  12/2/9

**Deputy/Assistant Chief:** _____  12/7/98

**Chief of Police:** _____

DEC 1 1 1998

Providing specifics of these investigations are prohibited as they are extremely sensitive and of an ongoing nature.

The accomplishments were the result of perilous undercover operations conducted in Miami and out of state. Innumerable hours of surveillances were required to ensure the successful end of each operation. The personal sacrifices made by the investigators and their families are immeasurable. Their success has a direct link to the safety and quality of life in South Florida communities. However, it also has bearing on narcotics trafficking throughout the county and world. Their enthusiasm, professionalism, and can do attitude are an inspiration to all.

It is with great pride that I recommend this commendation be placed in each investigators permanent personnel file in recognition of a job well done.

# City of Miami



DONALD H. WARSHAW
Chief of Police

JOSE GARCIA-PEDROSA
City Manager

APR 3 0 1998

**DETECTIVE MARCOS PEREZ, SPECIAL INVESTIGATIONS SECTION**

Congratulations on your selection, together with Detectives Jorge Martin, Gary Dooling and Robin Starks, as the Miami Police Department's Most Outstanding Officer of the Month for February 1998.

Lt. Israel Gonzalez has brought to my attention the outstanding job you continue to do. I understand that you confiscated $1,583,4467.00 and 198 kilograms of cocaine last month.

Please accept my heartfelt thanks for a job well done. Sixteen (16) hours earned time will be awarded to you for your outstanding performance of duty.

Sincerely,

Donald H. Warshaw
Chief of Police

DHW:ma

cc:  Personnel
     Unit File
     Payroll
     Labor Relations
     Public Information




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565






# COMMENDATION

## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police





**Awarded to:** PEREZ, Marcos     **P.D.#** 5627

**Classification:** Police Officer     **Unit:** Special Operations

The Special Operations Unit has once again ended a year with impressive work statistics and significant accomplishments. The below listed supervisors and investigators have all contributed substantially, and share in the success and well established recognition of the Special Investigations Section. During the past year, The Special Operations Unit has conducted several major investigations. Some of these investigations involved sensitive wiretaps and dangerous undercover operations. As a result of these investigations, the Special Operations Unit was able to amass the following totals:

### SEIZURES

| | | | |
|---|---|---|---|
| Cocaine | 684 kilos | US Currency | $6,873,221.00 |
| Heroin | 9 kilos | Vehicles | 27 |
| Marijuana | 5,612 pounds | Firearms | 49 |

### ARRESTS/SEARCH WARRANTS

| | | | |
|---|---|---|---|
| Arrests | 129 Felonies | Search Warrants | 136 |
| Marijuana Labs | 10 | Wiretaps | 30 |

                                    **Date**

**Recommended by:** Lt. Juan Garcia   12/30/97

**Supervisor:** _Sgt. _____ 12/30/97_

**Unit Commander:** _Lt. Juan Garcia 12/30/97_

**Deputy Section Commander:** _____

**Section Commander:** _Major C. Smith 12/30/_

**Assistant Chief:** _____ (12/31/97)_

**Deputy Chief:** _S. Cheatham 1/5/98_

**Chief of Police:** _D. W. _ JAN 05 1998

*A Century of Service*

RECEIVED
JAN 07 1998
MIAMI POLICE DEPT.
PERSONNEL UNIT

**Distribution:**

**Dept. of Personnel Management**
**Police Personnel Unit**
**Employee's Unit/Section File**
**Employee (Original)**

**POLICE/FO.#36Rev./96**

# City of Miami



DONALD H. WARSHAW
Chief of Police

EDWARD MARQUEZ
City Manager

26 September 1997

Detective Marcos Perez
I.B.M. #5627
Interceptor Detail/Special Operations Unit/Special Investigations
Section

Dear Detective Perez:

It is my pleasure to inform you that the Interceptor Detail has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of August, 1997. In nominating you for the award, your Commander, Lieutenant Juan Garcia, reported your outstanding achievements.

During the month of August, you and the members of the Interceptor Detail conducted a variety of different tasks, compiling an impressive statistical record.

Highlights of your achievements were when you arrested ten major narcotics traffickers, and seized one firearm, 61 kilos of cocaine, and U.S. currency.

Sergeant Wilfredo Abascal, Detectives Leslie Dallemand, Luis Diazlay, Jose M. Garcia, and Marcos Perez, on a daily basis you display relentless initiative, pride, and an unselfish sacrifice in combating the war on drugs, and you are to be commended for your outstanding diligence, teamwork, and dedication to duty.

**CONGRATULATIONS!  WE ARE VERY PROUD OF YOU.**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) Donald H. Warshaw
Chief of Police

JEB:dm






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

# DADE COUNTY PUBLIC SCHOOLS

SCHOOL BOARD ADMINISTRATION BUILDING • 1450 NORTHEAST SECOND AVENUE • MIAMI, FLORIDA  33132

**Roger C. Cuevas**
Superintendent of Schools

**Alex M. Bromir**
Chief Administrator
Bureau of Community Services
(305) 995-1215

**Dade County School Board**
Dr. Solomon C. Stinson, Chair
Mr. Demetrio Pérez, Jr., Vice Chair
Mr. G. Holmes Braddock
Mr. Renier Diaz de la Portilla
Ms. Perla Tabares Hantman
Ms. Betsy H. Kaplan
Dr. Michael M. Krop
Mrs. Manty Sabatés Morse
Ms. Frederica S. Wilson

June 19, 1997

Investigator Marcos Perez
City of Miami Police Department
Professional Compliance Office
1000 N.W. 62 Street
Miami, FL   33150

Dear Investigator Perez:

On behalf of the Dade County Public Schools' Division of Community Education and Participation and Florida International University's Institute for Public Policy and Citizenship Studies, we extend our sincere gratitude to you for the significant contribution you rendered towards the success of the Intergenerational Public Policy Summer Institute on "Violence as a Public Health Issue." Your presence and your sincere interest in this type of activity, by which the generations have an opportunity to learn and share together, provided a tremendous boost to the quality of the Institute.

The strong enthusiasm you aroused as a result of your excellent presentation and the leadership you exhibited helped to make the Institute a very special experience. Furthermore, your astuteness, style and sensitivity to this unique blending of age groups resulted in the reinforcement of a renewed desire among the attendees to bridge the generation gap and strive towards their mission to become advocates for each other.

Thank you once again for taking time from your hectic schedule to participate in this program. We look forward to working with you throughout the year as the intergenerational teams develop joint projects on this topic which will have lasting benefits to the future of our community.

Sincerely,

*Marilynn Bloom*

Marilynn Bloom, Director
F.I.U. Intergenerational Summer Institute

*Ramona Frischman*

Ramona Frischman, Supervisor
Division of Community Education and
Participation

RF/MB:jrm

cc:   Mr. Alex M. Bromir
      Dr. John F. Stack, Jr.



## DONALD H. WARSHAW
CHIEF OF POLICE

May 14, 1997

Investigator Marcos T. Perez
Special Operations Unit
Special Investigations Section
Miami Police Department

Dear Investigator Perez:

Congratulations! I am very proud of your efforts which resulted in your being recognized, along with fellow officers of the Special Operations Unit and other members of local/federal agencies, as "Heroes of Government Reinvention" for your success in combating the illegal laundering and exporting of U.S. currency.

I applaud your dedication and hard work. Thank you for a job well done.

With appreciation,

Donald H. Warshaw
Chief of Police

DHW:mp
Enclosure

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)



RECEIVED

MAY 19 1997

MIAMI POLICE DEPT.
PERSONNEL UNIT

# COMMENDATION



## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police



Awarded to: ___PEREZ, Marcos___                    P.D.# __5627__

Classification: ___Police Officer___     Unit: __Special Operations__

In April 1997, Detective Marcos Perez was assigned to a walking beat in the Coconut Grove area of Miami. The walking beats were instituted in response to concerns from the community that the area had been besieged by an unrelenting criminal element, namely drug dealers. Detective Perez, who was drafted for this assignment, enthusiastically accepted his new duties and eagerly reported for work.

On April 21, 1997, Detective Perez, while in the performance of his walking assignment, uncovered the location of a narcotics stash house. The stash houses in this particular area are extremely difficult to detect and are often heavily guarded. Nevertheless, with calm courage and in the presence of great danger he acted on his uncanny instincts and moved in. He and his partner then summoned for assistance. Once backup arrived, Detective Perez ensured the suspects were detained and then proceeded to procure a search warrant for the residence. Approximately two hours later, the warrant was signed and Detective Perez returned to the stash house to begin his search.

*Thank you! Outstanding Work!*   (over)

*100 A Century of Service*

Date

Recommended by: Lt. Juan Garcia

Supervisor: SGT. RENE LANDA

Unit Commander: Lt. Juan Garcia 5/11/97

Deputy Section Commander: _____

Section Commander: Major O. Smith 5/11/97

Assistant Chief: _____ 5/13/97

Deputy Chief: _____ 5/14/97

Chief of Police: D. Wa_____ 5/15/97

RECEIVED
MAY 16 1997
MIAMI POLICE DEPT.
PERSONNEL UNIT

Distribution:

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)

POLICE/FO.#36Rev./96

The search revealed a large cache of drugs: 76.6 grams of crack cocaine, 108.1 grams of marijuana, and 7.7 grams of powder cocaine. Also found was a 9mm pistol and $2,200.00 dollars in cash. In street terms, this was a very significant seizure, but more importantly it sends a positive message to the community that the police department will swiftly and aggressively take control of the illicit drug trade which plagues their streets.

I commend Detective Perez for favorably accepting what many viewed as an undesirable assignment, and turning it into a productive, and very noteworthy effort. I am sure that the Coconut Grove community joins me in saying "thanks for a job well done."

I further recommend that a copy of this commendation be placed in his personnel file as a permanent record of his achievement.





# COMMENDATION

## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police

Awarded to: **Marcos Perez**     P.D.# **5627**

Classification: **Police Officer**     Unit: **Special Operations Unit**

Once again, it is with great pride and pleasure to commend Det.'s Sonia Crespo, Jorge Colina, and Marcos Perez for their outstanding contributions to the success of the U.S. Customs Outbound Currency Task Force. Throughout the country, due to budget reductions, employees of both the government and of the private sector, have been asked and expected to perform their jobs while assuming additional duties with less personnel. The members of the I.C.E. Detail have embraced this new management concept, and thus far, have performed exceptionally well. The team has cheerfully and willingly tackled the extra responsibilities while giving 100%.

During the month of January 1997, the I.C.E. Detail investigators worked many long hours performing random passenger examinations, international cargo inspections, follow-up money laundering investigations, and long term surveillances. Their statistics for the month was, to say the least, noteworthy. The I.C.E. Detail was instrumental in conducting the following seizures:

**$2,326,943.00, 5 arrests, 4 firearms, 59 flight checks, 32 cargo checks, 1 consent search, and 2 surveillances conducted.**

Over

Date

**RECEIVED**
**FEB 25 1997**
**MIAMI POLICE DEPT.**
**PERSONNEL UNIT**

Recommended by: A/Sgt. Carlos C. Dorta

Supervisor: _A / Sgt. Qc. Old_ 1524 2/11/97

Unit Commander: _Lt. Juan Garcia_ 2/13/97

Deputy Section Commander:

Section Commander: _____ 2/14/97

Assistant Chief: _____ 2/20/97

Deputy Chief:

Chief of Police: _SC Seathin_ 2/21/97

**100**
*A Century of Service*

Distribution:

**Dept. of Personnel Management**
**Police Personnel Unit**
**Employee's Unit/Section File**
**Employee (Original)**

**POLICE/FO.#36Rev./96**

# COMMENDATIONS

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### Rodolfo Llanes, Chief of Police



**Awarded to:** Perez, Marcos        **P.I.N.** 5627

**Classification:** Police Officer     **Assignment:** ADMIN OEM-HS

*(If more space is needed, use additional pages)*

On March 27 thru 29, 2015, the City of Miami Police Department Office of Emergency Management and Homeland Security (OEM/HS) was instrumental in making the "ULTRA FEST" a national music event a safe place, where thousands of Florida's residents and tourists from around the world were able to enjoy the event festivities. The officers assigned to OEM/HS were responsible to coordinate meetings with the Department of Homeland Security in order to elevate this event to a national spotlight. They were tasked to provide necessary equipment to establish a command post with a command center, prisoner processing area with support equipment, specialized vehicles, light towers and Closed Circuit Television Monitoring (CCTV).

The OEM/HS Virtual Policing Detail supported OEM/HS and event officers by monitoring the event by viewing multiple video feeds from cameras located throughout the "ULTRA FEST" event. Technical components consist of wireless mesh point-to-point antennas, state-of-the-art point-tilt-zoom (PTZ) cameras, monitoring HD-televisions, Internet bandwidth service, and servers which are used as processors and recorders. The OEM/HS officers provided the event commander with a turnkey operation which was instrumental in the overall success of the event.

It gives me great pleasure to command these officers assigned to the Office of Emergency Management and Homeland Security for their efforts and teamwork, I recommend that this commendation become a permanent part of their personnel files.

**RECEIVED**
APR 1 4 2015
MIAMI POLICE DEPT.
PERSONNEL UNIT

**Date:** 04-03-15

**Distribution:**

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Sgt. M. Bondarenko #0484
**Sergeant / Supervisor:** 0484 4/3/15
**Lieutenant:**
**Captain:** 04/6/15
**Commander:**
**Major:**
**Assistant Chief:** #2313 4-7-15
**Deputy Chief:**
**Chief of Police:** 4/8/15

POLICE/FO.#36 Rev. 02/15



# City of Miami



DANIEL J. ALFONSO
City Manager

APR 1 4 2014

Rebecca A. Dinda
Principal
Downtown Miami Charter School
305 N.W. 3rd Avenue
Miami, Florida 33128

Dear Ms. Dinda:

Thank you for your thoughtful e-mail expressing your appreciation to Officers Wanda Mendez and Marcos Perez for their participation in the Active Shooter Training. I am pleased to know that you found the training to be invaluable and was the best training on the topic.

It is gratifying to hear from educators who recognize and appreciate the professionalism our sworn personnel display. It will be a pleasure to commend them and to include a copy of your e-mail in their personnel files.

Please do not hesitate to call us if we can be of assistance in the future.

Sincerely,

Manuel Orosa
Chief of Police

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

MO:AMN:KC:kj

cc:   Officer Wanda Mendez - FOD/CEN Downtown NET
      Officer Marcos Perez – ADM/OEM







# COMMENDATION



# MIAMI POLICE DEPARTMENT

**Manuel Orosa, Chief of Police**



| | | | |
|---|---|---|---|
| **Awarded to:** | Marcos Perez | **P.I.N.** | 5627 |
| **Classification:** | Police Officer | **Assignment:** | ADMIN OEM / HS |

*(If more space is needed, use additional pages)*

On April 16, 2012, the Office of Emergency Management / Homeland Security conducted a Full Scale Training Exercise at the American Airlines Arena. This training exercise was designed to simulate a terrorist attack at the arena during an event. Officer Marcos Perez was instrumental in the planning, development and logistical considerations of this training opportunity. The exercise consisted of participation from the Police and Fire Departments as well as the Civilian Security and Management of the American Airlines Arena. These three entities were evaluated as they worked together as one to effectively respond to the threat and to care for the patrons in attendance. This exercise was conducted on April 16, 2012, but the work it took to get to this date required almost twelve months of dedication prior to the actual exercise. Officer Perez was fully involved in the design and planning components of this exercise.

These Full Scale Exercises are designed to gage our capabilities to respond to an All Hazard situation that may include a terrorist attack on critical infrastructure. The design and implementation of a training exercise of this magnitude takes the dedication of a well trained and conscientious group of individuals. Officer Perez was placed in charge of several very critical components of this training exercise and he accomplished these tasks as a true professional and as a dedicated member of the exercise design team. I would like to commend Officer Perez for his dedication to this important training opportunity and for ensuring the success of a very beneficial training exercise.

**Date:** 04/24/2012

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

RECEIVED
MAY 0 3 2012
MIAMI POLICE DEPT.
PERSONNEL UNIT

| Recommended by: | |
|---|---|
| Sergeant / Supervisor: | |
| Lieutenant: | |
| Captain: | Richard Walterman |
| Commander: | |
| Major: | |
| Assistant Chief: | |
| Deputy Chief: | |
| Chief of Police: | |

# City of Miami



JOHNNY MARTINEZ, P.E.
City Manager

DEC 2 8 2011

Michael S. Scott
Director
Center for Problem-Oriented Policing
120 S. Allen Street
Madison, WI  53726-3950

Dear Mr. Scott:

Thank you for your thoughtful letter commending the below listed personnel for the assistance they provided to you and your organization during the 2011 Problem-Oriented Policing Conference.  I am pleased to know that their assistance and participation contributed to the great success of this event.

It is always gratifying to hear from business professionals who appreciate our officers' professionalism and dedication to service.  It will be my pleasure to commend them and include a copy of your letter in their personnel files.

Please do not hesitate to contact us if we can be of assistance in the future.

Sincerely,

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

Manuel Orosa
Chief of Police



MO:avw

cc:   Commander Lazaro Ferro – FOD/CEN/Overtown NET Service Area
      Lieutenant Raul Herbello – FOD/NDS/Model City NET Service Area Shift A
      Officer Wanda Mendez – FOD/CEN/Downtown NET Service Area
      Officer Anthonius Kurver – ADM/ITS/Computer Support Unit
      Officer Alberto Fernandez – CID/CIS/Economic Crimes Unit
      Officer Jerry Sutherland – FOD/FOD/Administration
      Officer Weslyne Lewis-Dubuisson – FOD/NDS/Little Haiti NET Service Area
      Officer Kimberly Pile – FOD/NDS/Model City NET Service Area Shift A
      Officer Ella Moore – FOD/NDS/Model City NET Service Area Shift A
      Officer Federica Burden – FOD/NDS/Little Haiti NET Service Area
      Officer Matthew Vasquez – FOD/ SDS/Coconut Grove NET




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 603-6100
E-Mail Address: chiefofpolice@miami-police.org

Page 2



Michael S. Scott
Director
Center for Problem-Oriented Policing
120 S. Allen Street
Madison, WI 53726-3950

Officer Leonard Carrillo – FOD/SDS/Coconut Grove NET Service Area
Officer Wilfredo Perez – FOD/SDS/Coral Way NET Service Area Shift A
Officer Ariel Saud – FOD/SDS/Coral Way NET Service Area
Officer Jeffrey Giordano – FOD/SDS/Coral Way NET
Officer Luis Pla – FOD/SDS/Little Havana NET
Officer Carlos Alayon – FOD/SDS/Flagami NET Service Area Shift A
Officer Margarita Baro – FOD/SDS/Flagami NET Service Area
Officer Leon Leonard – FOD/CEN/Allapattah NET Service Area
Officer Felix Delgado – FOD/CEN/Allapattah NET Service Area
Officer Joel Perez – FOD/CEN/Wynwood NET Service Area
Officer Manuel Cabrera – FOD/CEN
Officer Melissa Stuckey – FOD/CEN/Overtown NET Service Area
Officer Leonard Kelly – FOD/CEN/Overtown NET Service Area Shift A
Officer James Bernat – FOD/CEN/Downtown NET Service Area Shift C
Officer Shane Maguffey – FOD/NDS/Model City NET Service Area Shift A
Officer Marcos Perez – FOD/FOD/OEM
Officer Alejandro Rivera – FOD/FOD/OEM
Officer Robert Thompson – FOD/CEN/Wynwood NET Service Area Shift C
Officer Arturo Del Castillo – FOD/CEN/Allapattah NET Service Area Shift B
Officer Mario Jahorie – FOD/NDS/Upper Eastside NET Service Area Shift C
Officer Jihovanna Mayorga – FOD/CEN/Wynwood NET Service Area Shift B
Crime Prevention Specialist Aileen Rodriguez – FOD/Community Relations Unit
Crime Prevention Specialist Lynda Roberts – FOD/Community Relations Unit
Crime Prevention Specialist Olidia Hernandez– FOD/Community Relations Unit
Crime Prevention Specialist Sergio Guerrero – FOD/Community Relations Unit
Crime Prevention Specialist Marc Paul – FOD/Community Relations Unit
Crime Prevention Specialist Greicy Lovin – FOD/Community Relations Unit
Public Service Aide Jose Moreno – FOD/SDS/Flagami NET
Public Service Aide Luis Rivero – FOD/SDS/Coconut Grove NET
Public Service Aide Latonia Russell – FOD/CEN/Wynwood NET Service Area
Public Service Aide Elston Wallace – FOD/CEN/Downtown NET Service Area
Public Service Aide Jaleesa Johnson – FOD/CEN/Allapattah NET Service Area

# City of Miami



TONY E. CRAPP, JR.
City Manager

Director James K. Loftus
Miami-Dade Police Department
Director's Office
9105 NW 25th Street
Miami, FL 33172

JUN 0 8 2011

Dear Director Loftus:

Thank you for your thoughtful letter commending the below listed officers for the assistance they provided to you and the United States military during your interagency exercise in downtown Miami and in the area of the Adrienne Arsht Center for Performing Arts. I am pleased to know that their participation and experience contributed to the success of this training exercise.

It is always gratifying to hear from another law enforcement professional who recognizes and appreciates the professionalism our officers display. It will be my pleasure to commend them and to include a copy of your letter in their personnel files.

Please do not hesitate to contact us if we can be of assistance in the future.

Sincerely,

Employee Relations Dept. Records
**Police Personnel**
Unit Copy
Employee Copy

Miguel A. Exposito
Chief of Police

JUN 2 1 2011
MIAMI POLICE DEPT.
PERSONNEL UNIT

MAE:avw

cc: Sergeant Jose Rodriguez – FOD/FOD/OEM
Officer Alejandro Rivera – FOD/FOD/OEM
**Officer Marco Perez – FOD/FOD/OEM**
Officer Marlon Arana – FOD/CEN/Overtown NET Service Area Shift A
Officer Jose Ramirez – FOD/CEN/Downtown Service Area Beats
Officer Josue Herrera – FOD/CEN/Downtown NET Service Area Shift A
Officer Natalie Martinez – FOD/SDS/Coconut Grove NET
Officer Henry Vazquez – FOD/CEN/Allapattah NET Service Area Shift C
Officer Pablo Arzola – FOD/SDS/Coral Way NET
Officer Dermis Hernandez – FOD/SOS/Marine Patrol
Officer Jessy Rodriguez – FOD/TOS/P.S.T. Coral Way
Officer Antonio Fernandez – ADM/ITS/Communications Support Unit
Sergeant George Arias – FOD/FOD/OEM





# City of Miami



CARLOS A. MIGOYA
City Manager

MAY 1 0 2010

Hector H. Rivera
Director of Operations
Admiral Security Services
80 SW 8 Street Suite 2210
Miami, Florida 33130

Dear Mr. Rivera:

Thank you for your thoughtful letter commending Captain Richard Walterman and Officer Marcos Perez for their well prepared presentation during the terrorism and cyber security seminar co-hosted on March 26, 2010.

It will be my pleasure to commend them for their expertise and police-community involvement. A copy of your letter will be placed in each of their personnel files.

Please do not hesitate to call us if we can be of assistance in the future..

Sincerely,

Miguel A. Exposito
Chief of Police

MAE:rma

cc: Captain Richard Walterman – FOD/OEM
Officer Marcos Perez – FOD.OEM

RECEIVED
MAY 2 4 2010
MIAMI POLICE DEPT.
PERSONNEL UNIT



Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 603-6100
E-Mail Address: chiefofpolice@miami-police.org



April 13, 2010

Chief Miguel A. Exposito
400 NW 2nd Avenue
Miami, Florida 33128

Dear Chief Exposito:

I want to take this opportunity to commend two outstanding Police Officers. On Friday, March 26, 2010 my company along with Miami Police Department and the FBI hosted a Security Seminar focused on education our Security Professionals and Property Mangers, in the Downtown Miami, about Businesses Against Terrorism and Cyber Security.

Captain Richard Walterman and Officer Marcos Perez welcomed our group, hosted the event and gave us a great presentation. Captain Walterman and Officer Perez should be commended for their professionalism and dedication to our community. I am proud to have professionals like them protecting my business, friends and family.

I sincerely appreciate your time and attention.

Sincerely,

Hector H. Rivera
Director of Operations
Admiral Security Services

Cc:  Captain Richard Walterman
      Officer Marcos Perez

RECEIVED

APR 15 2010

Support Services Section
Police Department

Office of the
Chief of Police
Miami, Fla

APR 15 2010

RECEIVED

80 SW 8th Street, Suite 2210, Miami, Florida 33130  Phn: 305-372-7491 Email: hrivera@admiralsecurity.com

# COMMENDATION



## MIAMI POLICE DEPARTMENT

### Miguel A. Exposito, Chief of Police



**Awarded to:** Marcos Perez          **P.I.N.** 05627

**Classification:** Police Officer     **Assignment:** OEM

*(If more space is needed, use additional pages)*

On Thursday, March 25, 2010, a march was held on SW 8 Street from SW 27 -22 Ave. The march was organized by Gloria and Emilio Estefan. The purpose of the march was to show solidarity for the "Damas en Blanco" (Ladies in White) in Cuba.

On Tuesday, March 23, 2010, a press conference was held in Bongo's Café which is owned by Gloria and Emilio Estefan to promote the march. In attendance, there were several nationally known latin music artists and elected officials. The press conference received national coverage from television and radio stations. This march carried a loud message to the world regarding the violation of human rights that are happening in Cuba.

The march required tremendous plannning in a short period of time. Numerous meetings with the organizer and City leaders were held to ensure the safety of all participants. Many obstacles had to be handled expeditiously to include obtaining a permit from the Florida Department of Transportation (FDOT), coordinating all city services, coordinating with the barricade company and identifying placement of officers. The staff of the Special Events Unit worked long hours leading into the march to ensure all aspects were covered.

The day of the event, several elements had to be in place for the march to happen. They consisted of street closures along the route, disseminating information and coordinating the security component through the Speical Investigations Section for all VIPs. Gloria and Emilio Estefan, along with other artists and elected leaders, marched along SW 8 Street from SW 27 Ave to SW 22 Ave, where a stage was erected for Gloria to address the more than 100,000 participants. The event was broadcast live nationally through the media. The City of Miami was shown in a a very positive light. There were no incidents throughout the entire event. This was accomplished through the dedication, commitment, teamwork and professionalism displayed by all personnel assigned to the event. (See back)

RECEIVED
MAY 1 2 2010
MIAMI POLICE DEPT.
PERSONNEL UNIT

**Date:** May 04, 2010

**Distribution:**

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Lieutenant Alberto Alberto
**Sergeant / Supervisor:**
**Lieutenant:** 0061 05-06-10
**Captain:**
**Commander:**
**Major:** 7691 5-6-10
**Assistant Chief:** 420 5-10-10
**Deputy Chief:**
**Chief of Police:** 5/10/10

POLICE/FO.#36 Rev. 02/10

I recommend that a copy of this commendation be placed in their respective personnel file.  I would like to commend the following Lieutenant/ Sergeants/Officers/Public Service Aides for outstanding service:

Lieutenant Milton MontesdeOca #04859
Sergeant Jose Behar #00329
Sergeant Carlos Valdes #07254
Sergeant Richard Cosner #01230
Sergeant George Velez #07248
Sergeant Santiago Cruz #01273
Sergeant Freddie Cruz #01259
Sergeant Manuel Gonzalez #02401
Officer Antonio Piulatis #05677
Officer Roy Lemus #03942
Officer Andres Losa #04159
Officer James Bittar #00393
Officer Kenia Reyes #00083
Officer Marcos Perez #05627
Officer Alejandro Rivera #05990
Officer Harris Henderson #02984
Officer Jesus Fundora #02137
Officer Jason Ferguson #01891
Officer Albert Gardner #02208
Officer Heidi Duthil #07472
Officer Eduardo Perez #05607
Officer Reynaldo Martinez #27048
Officer Heriberto Mercado #04724
Officer Darren Brown # 27063
Officer Jorge Sanchez #06255
Officer Jose Dehombre #01415
Officer Carlos Alayon #00057
Officer Ariel Saud # 06251
Officer Luis Pla #05687
Officer Jorge Sanabria # 06256
Officer Jorge Castillo #00941
Officer William Abraira #00040
Officer Mario Del Amico #01465
Officer Andres Mathis #04451
Officer Ricardo Amaro #00150
Officer Michael Vega #07314
Officer Leonardo Carrillo #00872
Officer Roberto Lores #27563
Officer Jose Gonzalez #02437
Officer Joshua Alliot #29287
Officer Mathew Garrett #27877
Officer Anthony Martinez #27235
Officer Miguel Leon #03944
Officer Roberto Destephan #27506
Officer William Alfonso #00096

PSA Gerda Joseph #28520
PSA Avery White #28701
PSA Nicole Sanders #28742
PSA Daniel Danger #28753
PSA Barbara Reyes #28738
PSA Balzac Honore #28698
PSA Sherrill Miller #04787
PSA Jose Moreno #28795
PSA Jaleesa Johnson #28796
PSA Luis Rivero #28739
PSA Shakinah Hemingway #28741
PSA Kizzy Robinson #28535
PSA Antrilise Cobb #28516
PSA Sabrina Blanchard #28518
PSA Tramaine Liptrot #28680
PSA Katherine Hernandez #28382
PSA Melinda Perez #28383
PSA Elston Wallace #28706
PSA Frank Gomez #28688
PSA Annissa Hayes #26089
PSA Kristie North #28381
PSA Ashlee Watts #27631
PSA Hiram Cabeza #28519

RECEIVED
MAY 1 0 2010
Office of the
Chief of Police
Miami, Fla

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### Miguel A. Exposito, Chief of Police



| | | | |
|---|---|---|---|
| **Awarded to:** | Marcos Perez | **P.I.N.** | 05627 |
| **Classification:** | Police Officer | **Assignment:** | FOD/OEM |

*(If more space is needed, use additional pages)*

On Sunday, March 14, 2010, the largest street party in the United States took place right here in our backyard. It's known as Calle Ocho, and was attended by thousands of people from all around the world. This is an annual event where SW 8 Street is closed from SW 11- 27 Ave and food vendors and stages are lined up on both sides of the street providing live entertainment by well known musicians.

This event required months of preparation and meetings with different committees from the Kiwanis of Little Havana. In order to have a succesful event, different individuals needed to be involved from the onset to ensure all aspects of security were covered. Each person was responsible for specific assignments to include planning, logistics, officers placement and Command Post set-up. This is a huge undertaking to host an event of this magnitude, where thousands of people are counting on the police to ensure their safety. This year, additional security measures were taken by adding CCTV cameras throughout the event. This provided a bird's eye view to ensure proper deployment of officers throughout the venue. This also allowed us to be pro-active in identifying any specific area of concern so we could address it prior to it becoming a physical confrontation. The event went off with no major incidents occurring and this was due solely to the commitment and dedication of these individuals.

I would like to commend the following personnel:

Sergeant Jose Behar # 0329
Officer Jesus Fundora # 2137
Officer Alejandro Rivera # 5990
Officer Marcos Perez # 5627

I recommend that a copy of this commendation be placed in their respective personnel file.

**Date:** 03/30/10

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

| | |
|---|---|
| **Recommended by:** | Lt. Alberto Alberto |
| **Sergeant / Supervisor:** | #6135 |
| **Lieutenant:** | |
| **Captain:** | 7341 |
| **Commander:** | |
| **Major:** | |
| **Assistant Chief:** | |
| **Deputy Chief:** | |
| **Chief of Police:** | 4/9/10 |

RECEIVED
APR 13 2010
MIAMI POL

POLICE/FO.#36 Rev. 02/10

# COMMENDATION



# MIAMI POLICE DEPARTMENT
### Miguel A. Exposito, Chief of Police



| | | | |
|---|---|---|---|
| **Awarded to:** | Marcos Perez | **P.I.N.** | 5627 |

| | | | |
|---|---|---|---|
| **Classification:** | Police Officer | **Assignment:** | FOD OEM / HS |

*(If more space is needed, use additional pages)*

During the first week of February, 2010, the Office of Emergency Management / Homeland Security set up and maintained a command post at the Intercontinental Hotel in Downtown Miami. This command post was set up in conjunction with the Super Bowl. The National Football Conference winning team, The New Orleans Saints, stayed at this hotel the first week of February. The Super Bowl is an event with international significance. Officer Perez set up the actual command post together with his counterpart in OEM / HS, Officer Alejandro Rivera. Together, these two officers ensured that the command post had access to computers with internet connection, video feed of our CCTV project and from Sun Life Stadium, telephone and radio connectivity. Additionally they ensured that the command post had all of the office supplies that would be required and identified space for our partners in this mobilization effort. They worked dilligently throughout the week to ensure that the command post was fully operational and that each particapant had access to the supplies and technology required for a successful deployment. Knowing that Miami would be showcased throughout this week, these two officers ensured that the command post was fully operational for the entire length of time required by the New Orleans Saints.

This was a tremendous effort that added to the overall success of this entire event. The command post was operational from February 01, 2010 until February 08, 2010. I would like to take this opportunity to commend Officer Perez for a successful operation and for his continued dedication to duty. I recommend that this commendation become a permanent part of his personnel file.

**Date:**   02/09/2010

## Distribution:

| | |
|---|---|
| | **Recommended by:**  Captain Richard Walterman 7341 |
| | **Sergeant / Supervisor:** |
| Dept. of Human Resources | **Lieutenant:** |
| Police Personnel Unit | **Captain:**  *Capt Rchrd J Walt* |
| Employee's Unit / Section File | **Commander:** |
| Employee (Original) | **Major:** |
| | **Assistant Chief:** |
| | **Deputy Chief:** |
| | **Chief of Police:**  2/9/10 |

POLICE/FO.#36 Rev. 02/10

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### John F. Timoney, Chief of Police



**Awarded to:** Marcos T. Perez          **P.I.N.** 5627

**Classification:** Officer     **Assignment:** O.E.M./ H.S.

*(If more space is needed, use additional pages)*

On Friday, October 16, 2009, the Community Relations Section hosted the Annual Hispanic Heritage Celebration. This year's event was held in the center of Allapattah NET, Duarte Park, NW 17 Avenue and 28th Street. The event attracted over 500 residents and local business owners. The participants enjoyed an evening of celebration and performances by various performers. The entire Community Relations Section personnel worked tirelessly for several weeks coordinating, planning and perfecting this event. The Miami Police Department also showcased some of our specialty equipment and specialized units, (i.e. B.A.T. Mobile, O.E.M. #1, Enforcement motors and the Mounted patrol).

The Miami Fire Department participated and showcased one of its new state of the art fire trucks.

In addition to the festivities and the performances the participants were offered samplings of traditional latin cuisine.

The success of this event was made possible by the cooperation and dedication of not only the personnel assigned to the Community Relations Section but to the other sections within the Miami Police Department whom assisted with this event by providing personnel and specialty equipment.

It is with great pride that I commend the men and women of the Miami Police Department for their dedication and cooperation that allowed for this event to be brought forth into the community.

**Date:** 10/20/09

RECEIVED
NOV 13 2009
MIAMI POLICE DEPT.
____ UNIT

**Distribution:**

Dept. of Human Resources
Police-Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Lt. Norberto Blanco # 0405
**Sergeant / Supervisor:**
**Lieutenant:**
**Captain:** Capt B. Wilton 7341
**Commander:**
**Major:**
**Assistant Chief:**
**Deputy Chief:** 1908 11/06/09
**Chief of Police:** NOV 0 6 2009

POLICE/FO.#36 Rev. 09/07

## COMMENDATION ( *Continuation* )

**Awarded to:** _____ Marcos T. Perez _____    **P.I.N.** _____ 5627 _____

I commend the following personnel for making the 2009 Hispanic Heritage Celebration a huge success. I recommend that a copy of this commendation becomes a permanent part of their personnel files.

Sgt. Tracey B. Martin # 4387
Sgt. Orville Mclish # 4553
Ofc. Paule Villard # 7263
Ofc. Malcolm Moyse # 4954
Ofc. Paul Gourrier # 2446
Ofc. George A. Fernandez # 1934
Ofc. Willie Smith # 6623
Ofc.  Amos Pierre # 5679
Ofc. Francisco M. Balbuena # 0243
Ofc. Michaelle Bell # 3465
Ofc. William Martinez # 4433
C.P.S. Lee Hernandez # 3033
C.P.S. Lynda Roberts # 6125
C.P.S. Aileen Rodriguez # 5975
C.P.S. Marc Paul # 5548
C.P.S. Greicy Lovin # 4171
C.P.S. Sergio Guerrero # 29342
C.P.S. Stanley Dubuisson # 29502
Noemi Lam Freedman # 3871
Ana Alvarado # 0141
Reyna Punongbayan # 28650
Luz Marina Martin # 4392
Ofc. Pedro A. Vera # 7335 (Mounted)
Sgt. Luis F. Taborda # 6914 (Traffic)
Sgt. Jose A. Rodriguez # 6135 (E.O.M.)
Ofc. Marcos T. Perez # 5627 (O.E.M.)
Ofc. Alejandro Rivera # 5990 (O.E.M.)
Ofc. Kenia Alfonso # 0083 (P.I.O.)
Ofc. Juancarlo Erigoyen # 27907 (Motors)
Ofc. Leon Leonard  # 3991 (NRO)





# COMMENDATION



# MIAMI POLICE DEPARTMENT
## John F. Timoney, Chief of Police



**Awarded to:** Marcos Perez  **P.I.N.** 5627

**Classification:** Police Officer  **Assignment:** OEM / HS

*(If more space is needed, use additional pages)*

On July 29th, 2009, the Miami Police Department engaged in a Full Scale Training Exercise, Operation Cassandra. This exercise was designed to test our department's capabilities when responding to situations that revolve around weapons of mass destruction. The exercise itself was a success. The success we achieved was based in part on the preliminary work conducted by the staff assigned to the Office of Emergency Management and Homeland Security. Officer Marcos Perez worked tirelessly for months on the effort required to set everything in place for this training mission. He had to secure materials and supplies. Identify and then secure the training sites, because there were several training scenarios. Make contact with outside agencies and the community located in the immediate area of this exercise. He also ensured that sufficient officers and role players were available so that we could exercise our emergency plans as these training scenarios all played out. As subject matter expert in several emergency preparedness areas, his presence on the scene added to the credibility of the training. He was instrumental in coordinating the effort of several units within the Department to ensure a successful and safe training environment.

Officer Perez is a dedicated officer and continues to make positive contributions to the Miami Police Department. Based on Officer Perez' contributions to this successful training exercise I recommend that he receive this written commendation and that it becomes a part of his permanent personnel file.

**Date:** Aug 03, 2009

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**RECEIVED**
SEP 0 1 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT

**Recommended by:** Captain Richard Walterman
**Sergeant / Supervisor:**
**Lieutenant:**
**Captain:**
**Commander:**
**Major:**
**Assistant Chief:**
**Deputy Chief:** 19d 08/18/09
**Chief of Police:** AUG 2 0 2009

# COMMENDATION



# MIAMI POLICE DEPARTMENT
### John F. Timoney, Chief of Police



**Awarded to:** Marcos Perez      **P.I.N.** 05627

**Classification:** Police Officer      **Assignment:** F.O.D. - Office of Emer. Mgmt.

*(If more space is needed, use additional pages)*

It is my pleasure to commend Officer Marcos Perez for his outstanding participation and inspirational lectures during the History, Overview and Orientation classes held on February 24, 2009. This class facilitated and organized by Vilma R. Diaz-Neda, our Marketing Services Coordinator is designed to provide an overall vision of the Miami Police Department for new employees (including recruits and laterals) so they can become familiar with the organization. They are provided the opportunity of meeting key officials who have worked with the Miami Police Department for many years and ask them questions. They are also given a tour of all of the police stations.

Officer Marcos Perez provided valuable information and key insights about the organization and his experiences that only many years of service can provide. His sense of humor and outstanding presentation skills made it a memorable experience for these new employees. His contributions are greatly appreciated.

I recommend that this commendation become a permanent part of Officer Marcos Perez's personnel record as a testament to a job well done.



MAY 2 7 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT

**Date:** May 18, 2009

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Major Rodolfo Llanes
**Sergeant / Supervisor:**
**Lieutenant:**
**Captain:**
**Commander:**
**Major:**
**Assistant Chief:**
**Deputy Chief:**
**Chief of Police:** MAY 2 6 2009

## COMMENDATION ( *Continuation* )

**Awarded to:** _____   **P.I.N.** _____



# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

## OFFICER MARCOS PEREZ
## OFFICE OF EMERGENCY MANAGEMENT

Congratulations on your selection, together with Officer Alejandro Rivera, to receive the Miami Police Department's Administrative Excellence Award for January 2009.

Captain Richard Walterman has informed me of the outstanding job you continue to do in the Office of Emergency Management and Homeland Security. I understand that you were largely responsible for the success of the trip taken by forty-five City of Miami police officers to Washington D.C., who helped supplement the security measures for the 56th Presidential Inauguration.

Please accept my heartfelt thanks for a job well done. Eight (8) hours earned time will be awarded to you for your outstanding performance of duty.

Sincerely,

John F. Timoney
Chief of Police

JFT:dm


cc: Personnel
    Unit File
    Payroll
    Labor Relations
    Public Information


RECEIVED
MAR 3 1 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org




# CITY OF MIAMI

## RECOMMENDATION FOR COMMENDATION PAID LEAVE

Employee **Marcos Perez**                          Date **March 4th, 2009**

Classification **Officer**                          Department **Police**

Employee # ▮▮▮▮▮▮                          Division **Field Operations Division**

In accordance with the A.F.S.C.M.E. and/or F.O.P. labor agreement(s), the above named

employee is hereby recommended for _____ **Eight (8)** _____ hours of Commendation paid leave (up

to a maximum of 40 hours) for the following reason:

_____ (SEE ATTACHED LETTER OF COMMENDATION) _____

Approved:
Disapproved: _____          Approved:
                                      Disapproved: _____
Department Director                   Labor Relations Officer

Approved:
Disapproved: _____
City Manager

LR
9/82 (Rev 4/00)

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

MAR 1 0 2009

Cathy L. Lanier
Chief of Police
Government of the District of Columbia Metropolitan
Police Department
P.O. Box 1606
Washington, DC 20013-1606

Dear Chief Lanier: *Cathy*

Thank you for your thoughtful letter commending the efforts and contribution of our officers who participated in the historic Inauguration of Barack Obama, the 44th President of the United States.

It is gratifying to know that you recognize and appreciate the diligence and professionalism that the Miami Police Department strives for each day. It will be my pleasure to commend them and to include a copy of your letter in their personnel files.

Please do not hesitate to contact us again if we can be of assistance in the future.

Sincerely,

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

John F. Timoney
Chief of Police

RECEIVED
MAR 1 6 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT

JFT:mb

c: Deputy Chief Frank G. Fernandez – FOD/Field Operation
   Major Steven Caceres – FOD/South Administration
   Commander Bernard Johnson – FOD/North Administration
   Commander Lorenzo Whitehead – FOD/Coral Way NET
   Captain Richard Walterman – FOD/OEM-Operation Emergency Mgmt.
   Lieutenant Alberto Borges – INV/SIS/Narcotics Unit
   Lieutenant Keith Cunningham – FOD/NDS/Little Haiti NET






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

Sergeant Sharon Barfield-Harris – FOD/NDS/Model City Net/"A" Shift
Sergeant Eunice Cooper – INV/CIS/Homicide Unit/"B" Shift
Sergeant Nicole Davis – ADM/Administration Division
Sergeant Cherise Gause – ADM/PRM/Recruitment & Selection Unit
Sergeant Misael Reyes -FOD/SDS/Little Havana NET
Sergeant Ernesto Sierra – FOD/CEN/Overtown NET/"B" Shift
Sergeant Luis Taborda – FOD/SOS/Accident Investigation Unit
Sergeant Carlos Valdes – FOD/SOS/Special Events Unit
Officer Lakeatha Brown – ADM/PRP/Fleet Unit
Officer Leonardo Carrillo – FOD/SDS/Coconut Grove NET/"A" Shift
Officer Raul Delgado – FOD/SDS/Little Havana NET
Officer Jeffrey Giordano – COP/ITS/Public Information Office
Officer Jeffrey Glasko – FOD/CEN/Downtown Service Area Beats
Officer Lloyd Hamilton - ADM/ITS/Computer & Communication Support Unit
Officer Toraino Hardnett – ADM/PRM/Recruitment & Selection Unit
Officer Mariline Nelson – ADM/PRM/Recruitment & Selection Unit
Officer Marcos Perez – FOD/OEM-Operation Emergency Mgmt.
Officer Rene Pimentel – INV/CIS/Juvenile & Missing Persons, Gang Unit/"B" Shift
Officer Wanda Mendez – FOD/CEN/Downtown Service Area Beats
Officer Kevin Mcnair – FOD/CEN/Downtown Service Area Beats
Officer Alejandro Rivera – FOD/OEM-Operation Emergency Mgmt.
Officer Frederica Burden – FOD/NDS/Upper Eastside Net/"A" Shift



RECEIVED
MAR 1 6 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

MAR 1 0 2009

Cathy L. Lanier
Chief of Police
Government of the District of Columbia Metropolitan
Police Department
P.O. Box 1606
Washington, DC 20013-1606

Dear Chief Lanier: *ATAu*

Thank you for your thoughtful letter commending the efforts and contribution of our officers who participated in the historic Inauguration of Barack Obama, the 44th President of the United States.

It is gratifying to know that you recognize and appreciate the diligence and professionalism that the Miami Police Department strives for each day. It will be my pleasure to commend them and to include a copy of your letter in their personnel files.

Please do not hesitate to contact us again if we can be of assistance in the future.

Sincerely,

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

John F. Timoney
Chief of Police

RECEIVED
MAR 1 6 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT

JFT:mb

c: Deputy Chief Frank G. Fernandez – FOD/Field Operation
   Major Steven Caceres – FOD/South Administration
   Commander Bernard Johnson – FOD/North Administration
   Commander Lorenzo Whitehead – FOD/Coral Way NET
   Captain Richard Walterman – FOD/OEM-Operation Emergency Mgmt.
   Lieutenant Alberto Borges – INV/SIS/Narcotics Unit
   Lieutenant Keith Cunningham – FOD/NDS/Little Haiti NET




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org




Sergeant Sharon Barfield-Harris – FOD/NDS/Model City Net/"A" Shift
Sergeant Eunice Cooper – INV/CIS/Homicide Unit/"B" Shift
Sergeant Nicole Davis – ADM/Administration Division
Sergeant Cherise Gause – ADM/PRM/Recruitment & Selection Unit
Sergeant Misael Reyes -FOD/SDS/Little Havana NET
Sergeant Ernesto Sierra – FOD/CEN/Overtown NET/"B" Shift
Sergeant Luis Taborda – FOD/SOS/Accident Investigation Unit
Sergeant Carlos Valdes – FOD/SOS/Special Events Unit
Officer Lakeatha Brown – ADM/PRP/Fleet Unit
Officer Leonardo Carrillo – FOD/SDS/Coconut Grove NET/"A" Shift
Officer Raul Delgado – FOD/SDS/Little Havana NET
Officer Jeffrey Giordano – COP/ITS/Public Information Office
Officer Jeffrey Glasko – FOD/CEN/Downtown Service Area Beats
Officer Lloyd Hamilton - ADM/ITS/Computer & Communication Support Unit
Officer Toraino Hardnett – ADM/PRM/Recruitment & Selection Unit
Officer Mariline Nelson – ADM/PRM/Recruitment & Selection Unit
Officer Marcos Perez – FOD/OEM-Operation Emergency Mgmt.
Officer Rene Pimentel – INV/CIS/Juvenile & Missing Persons, Gang Unit/"B" Shift
Officer Wanda Mendez – FOD/CEN/Downtown Service Area Beats
Officer Kevin Mcnair – FOD/CEN/Downtown Service Area Beats
Officer Alejandro Rivera – FOD/OEM-Operation Emergency Mgmt.
Officer Frederica Burden – FOD/NDS/Upper Eastside Net/"A" Shift


RECEIVED
MAR 1 6 2009
MIAMI POLICE DEPT.
PERSONNEL UNIT



GOVERNMENT OF THE DISTRICT OF COLUMBIA
**METROPOLITAN POLICE DEPARTMENT**

FEB 19 2009

**RECEIVED**

**FEB 25 2009**

Support Services Section
Police Department

John F. Timoney
Chief of Police
City of Miami Police Department
400 NW 2nd Avenue
Miami, FL 33128

Dear Chief Timoney:

On January 20th, 2009, the District of Columbia became the center of the world's attention when we hosted the historic Inauguration of the 44th President of the United States. This event was not only the highest attended and viewed Presidential Inauguration in history, but was also the largest single day event ever held in the District of Columbia. Approximately 2 million spectators came to the Nation's Capital to participate in this event. Please accept my sincere appreciation for the contributions your agency made in ensuring the 56th Presidential Inauguration was a great success.

Members of your agency were an essential part of our operational plan and their positive attitudes and cooperation throughout this long and challenging day showed the country, not to mention the entire world, that our nation's law enforcement community is second to none. They braved the cold temperatures for extended periods of time to ensure the safety and security of the President and Vice President of the United States, visiting foreign and domestic dignitaries, and many other guests who attended the Inaugural events. Your members performed their duties with a sense of pride and enthusiasm that reflected positively on them, your agency, and the Metropolitan Police Department. It is this type of momentous occasion and collaborative effort that makes our profession so rewarding and unique.

I had the distinct pleasure of meeting many of your members and I ask that you, once again, convey my gratitude to them. I sincerely appreciate the support you and your agency provided the Metropolitan Police Department during this historic event. We could not have accomplished this monumental task without your assistance. I look forward to working with you again in the future and if I can assist you in any way, please do not hesitate to contact me directly on (202) 727-4218.

Sincerely,

*Cathy L. Lanier*
Cathy L. Lanier
Chief of Police

**RECEIVED**
FEB 23 2009

**Office of the
Chief of Police
Miami, Fla**
FEB 23 2009
**RECEIVED**

ASSISTANT CHIEF
ADMINISTRATION DIV

CITY OF MIAMI, FLORIDA

## INTER-OFFICE MEMORANDUM

TO : John F. Timoney
Chief of Police
(Through Channels)

DATE : January 12, 2009        FILE :

SUBJECT : Travel on City Business

FROM : *Richard Walterman 7341*
Captain
Office of Emergency Management
and Homeland Security

REFERENCES :

ENCLOSURES:

---

I respectfully request "C" time for the listed officers who will be attending the 2009 Presidential Inauguration scheduled to take place on January 18, 2009 to January 21, 2009 in Washington, D.C.

| | | | | |
|---|---|---|---|---|
| 1 | 01948 | D/C | 1948 | D/C FRANK G. FERNANDEZ |
| 2 | 00774 | MAJ | 0774 | MAJ. STEVEN CACERAS |
| 3 | 07565 | CMD | 7565 | CMDR LORENZO WHITEHEAD |
| 4 | 03487 | CMD | 3487 | CMDR. BERNARD JOHNSON |
| 5 | 07341 | CAPT | 7341 | CAPT. RICHARD WALTERMAN |
| 6 | 00494 | LT | 0494 | LT. ALBERTO BORGES |
| 7 | 01299 | LT | 1299 | LT. KEITH CUNNINGHAM |
| 8 | 07254 | SGT | 7254 | SGT. CARLOS VALDES |
| 9 | 06914 | SGT | 6914 | SGT. LUIS TABORDA |
| 10 | 02302 | SGT | 4387 | SGT. CHERISE GAUSE |
| 11 | 00276 | SGT | 0276 | SGT. SHARON B.HARRIS |
| 12 | 01468 | SGT | 1468 | SGT. ERNESTO SERRIA |
| 13 | 01191 | SGT | 1191 | SGT. EUNICE COOPER |
| 14 | 05978 | SGT | 5978 | SGT. MISAEL REYES |
| 15 | 06009 | SGT | 6009 | SGT. NICOLE DAVIS |
| 16 | 05627 | OFC | 5627 | OFC. MARCOS PEREZ |
| 17 | 05990 | OFC | 5990 | OFC. ALEJANDRO RIVERA |
| 18 | 01367 | OFC | 1367 | OFC. RAUL DELGADO |
| 19 | 02301 | OFC | 2301 | OFC. JEFFREY GIORDANO |
| 20 | 00872 | OFC | 0872 | OFC. LEONARDO CARRILLO |
| 21 | 05560 | OFC | 5560 | OFC. MARILINE NELSON |
| 22 | 02797 | OFC | 2797 | OFC. TORAINO HARDNETT |
| 23 | 01997 | OFC | 1997 | OFC. LAKEATHA BROWN |
| 24 | 02720 | OFC | 2720 | OFC. LLOYD HAMILTON |
| 25 | 05674 | OFC | 5674 | OFC. RENE PIMENTEL |
| 26 | 27091 | OFC | 7091 | OFC. JEFFREY GLASKO |
| 27 | 05831 | OFC | 5831 | OFC. WANDA MENDEZ |
| 28 | 04682 | OFC | 4682 | OFC. KEVIN MCNAIR |



RECEIVED
JAN 09 2009
BUSINESS MANAGEMENT SECTION

# COMMENDATION



# MIAMI POLICE DEPARTMENT
### John F. Timoney, Chief of Police



**Awarded to:** Marcos Perez        **P.I.N.** 5627

**Classification:** Police Officer   **Assignment:** Office of Emergency Management

*(If more space is needed, use additional pages)*

On Friday, October 24, 2008, the Community Relations Section hosted the Annual Hispanic Heritage Celebration. This year's event was held in the center of Little Havana NET, W. Flagler Street and 12 Avenue. The event attracted over 500 residents and local business owners. The participants enjoyed an evening of celebration and performances by various performers including intermittant performances by the Miami Police Department's own Officer L. Pla and Officer J. Pastor, from the mounted patrol unit. The entire Community Relations Section personnel worked tirelessly for several weeks coordinating, planning and perfecting this event. The Miami Police Department also showcased some of our specialty equipment and specialized units, (i.e. B.A.T. Mobile, O.E.M. #1, Enforcement motors and the Mounted patrol).

The Miami Fire Department participated and showcased one of its new state of the art fire trucks.

In addition to the festivities and the performances the participants were offered samplings of traditional latin cuisine.

The success of this event was made possible by the cooperation and dedication of not only the personnel assigned to the Community Relations Section but to the other sections within the Miami Police Department whom assisted with this event by providing personnel and specialty equipment.

It is with great pride that I commend the men and women of the Miami Police Department for their dedication and cooperation that allowed for this event to be brought forth into the community.

**Date:** 10/28/08

RECEIVED NOV 19 2009 DEPT.

**Distribution:**

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**Recommended by:** Lt. Norberto Blanco # 0405
**Sergeant / Supervisor:**
**Lieutenant:**
**Captain:** _Capt. [signature] 7341 10/29/08_
**Commander:**
**Major:**
**Assistant Chief:**
**Deputy Chief:** _[signature] 1946 11/13/11_
**Chief of Police:** _[signature]_ NOV 0 5 2009

POLICE/FO.#36 Rev. 09/07

## COMMENDATION ( *Continuation* )

**Awarded to:** Marcos Perez  **P.I.N.** 5627

I commend the following personnel for making the 2008 Hispanic Heritage Celebration a huge success.
I recommend that a copy of this commendation becomes a permanent part of their personnel files.

Sgt. Tracey B. Martin # 4387
Sgt. Orville Mclish # 4553
Ofc. Paule Villard # 7263
Ofc. Malcolm Moyse # 4954
Ofc. Benjamin Payen # 5539
Ofc. G. Fernandez # 1934
Ofc. Willie Smith # 6623
Ofc.  Wayne Fortella # 2012
Ofc. F. M. Balbuena # 0243
Ofc. Michaelle Bell # 3465
Ofc. William Martinez # 4433
C.P.S. Lee Hernandez # 3033
C.P.S. Lynda Roberts # 6125
C.P.S. Aileen Rodriguez # 5975
C.P.S. Marc Paul # 5548
C.P.S. Greicy Lovin # 4171
Noemi Lam Freedman # 3871
Ana Alvarado # 0141
Reyna Punongbayan # 28650
Luz Marina Martin # 4392
Ofc. L. Pla # 5687 (Mounted)
Ofc. J. Pastor # 5533 (Mounted)
Ofc. R. Muina # 4952 (Mounted)
Ofc. P. Vera # 7335 (Mounted)
Sgt. L. Taborda # 6914 (Traffic)
Ofc. P. Beltran # 0345 (Traffic)
Ofc. M. Perez # 5627 (O.E.M.)
Ofc. A. Rivera # 5990 (O.E.M.)
Ofc. K. Alfonso # 0083 (P.I.O.)
Ofc. Andre Mathis # 4451 (Motors)
Ofc. Mario Dellamico # 1465 (Motors)
Ofc. Ricardo Amaro # 0150 (Motors)
Ofc. Luis Ortiz # 5422 (Motors)
Ofc. Michael Vega # 7314 (Motors)



RECEIVED OCT 30 2008 MIAMI POLICE FIELD OPERATIONS DIVISION

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

James E. Bauer
Special Agent in Charge
Federal Air Marshal Service
U.S. Department of Homeland Security
13800 N.W. 14th Street, Suite 110
Sunrise, Florida 33323

AUG 1 2 2008

Dear Special Agent in Charge Bauer:

Thank you for your letter commending Lieutenant Freddy D'Agostino and Officers Alberto Garcia and Marcos Perez for the assistance they provided during the Annual Conference of Mayors and the Governors 2008 Serve to Preserve Florida Summit on Global Climate Change.

It is gratifying to hear from another law enforcement professional who recognizes and appreciates the professionalism of our police officers. It will be my pleasure to commend them and to include a copy of your letter in their personnel files.

I also look forward to working together with the Federal Air Marshal Services.

If we can be of assistance in the future, please do not hesitate to contact us.

Sincerely,

John F. Timoney
Chief of Police

JFT:aw

c:  Lieutenant Freddy D'Agostino – FOD/SOS/Special Response Unit
    Officer Alberto Garcia –CID/SIS/Narcotics Unit
    Officer Marcos Perez – FOD/Office of Emergency Management

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

RECEIVED
AUG 1 4 2008
MIAMI POLICE DEPT.
PERSONNEL UNIT




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / MIAMI, FLORIDA 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org




*Office of Law Enforcement*
*Federal Air Marshal Service*

**U.S. Department of Homeland Security**
**13800 NW 14th Street, Suite 110**
**Sunrise, FL 33323**



**Transportation
Security
Administration**

July 22, 2008

Chief John F. Timoney
City of Miami Police Department
400 NW 2nd Avenue
Miami, FL 33128

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

Dear Chief Timoney,

I am writing to comment on and thank you and your department for the cooperative partnership formed during the recent Annual Conference of Mayors; and the Governors 2008 Serve to Preserve Florida Summit on Global Climate Change.
Our participation in this multi-agency event allowed us to utilize our newly formed V.I.P.R. (Visible Intermodal Prevention and Response) team in an event of extreme importance to both the City of Miami and Miami-Dade County, and the Transportation Security Administration.

I am hopeful that our participation in this recent event has increased your confidence in the Federal Air Marshal Service and our ability to supplement future efforts in matters of mutual concern.

We worked closely with Lieutenant Freddy D'Agostino, Detective Alberto Garcia, and Officer Marcos T. Perez of your department. Please pass to each of them my appreciation for their assistance and a job well done. They are a credit to your department.

I look forward to many future opportunities to work together and you can be assured of our cooperation should the need ever arise.

Very Truly Yours,

James E. Bauer
Special Agent in Charge

**RECEIVED**
JUL 2 8 2008
Support Services Section
Police Department

**Office of the
Chief of Police
Miami, Fla**
JUL 2 4 2008
**RECEIVED**

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

JUN 1 9 2008

Silvia Diaz
Counselor
Shenandoah Elementary School
1023 S.W. 21st Avenue
Miami, Fl 33135

Dear Ms. Diaz:

Thank you for your thoughtful letter expressing your appreciation for the participation of the Mounted Patrol, Enforcement Unit, Bomb Squad, Office of Emergency Management and Marine Patrol Details along with the "BAT Mobile" on Truck Day. It is good to know that their presentations were educational and also involved "hands-on" fun for the students.

Thanks also for your commendation of Sergeant Mayree Morin-Fernandez for organizing the participation of the Police Department and Officers Miguel Canario, Horace Jones and Angel Mercado for their presentations on Speaker Day. I am pleased that they were able to inspire the students by sharing their experience and knowledge with them.

It is always gratifying to hear from members of the community who appreciate our officers' dedication to service. It will be a pleasure to commend them and include a copy of your letter in their personnel files.

We will endeavor to ascertain the names of the other officers and commend them also.

Please do not hesitate to contact us if we can be of assistance in the future.

Sincerely,

John F. Timoney
Chief of Police

RECEIVED
JUL 2 3 2008
MIAMI POLICE DEPT.
PERSONNEL UNIT

JFT:aw




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice.information.police@org




c: Sergeant Mayree Morin-Fernandez – FOD/Field Operations Staff
   Officer Miguel Canario – FOD/Patrol South/Coral Way/"B" Shift
   Officer Horace Jones – FOD/Patrol North/Model City/"A" Shift
   Officer Angel Mercado – FOD/Patrol Central/ Allapattah/ "B" Shift
   Officer Joseph Kennedy – FOD/SOS/Marine Patrol Detail
   Captain Richard Walterman – FOD/Office of Emergency Management
   Sergeant Jose Rodriguez – FOD/Office of Emergency Management
   Officer Marcos Perez – FOD/Office of Emergency Management
   Officer Alejandro Rivera – FOD/Office of Emergency Management

RECEIVED
JUL 2 3 2008
MIAMI POLICE DEPT.
PERSONNEL UNIT

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

# Miami-Dade County Public Schools

*giving our students the world*

**Superintendent of Schools**
Rudolph F. Crew, Ed.D.

Martha M. Rodriguez
Principal

**RECEIVED**

JUN 06 2008

Support Services Section
Police Department

*Miami-Dade County School Bo*
Agustin J. Barrera, C.
Perla Tabares Hantman, Vice C.
Renier Diaz de la Por
Evelyn Langlieb Gi
Dr. Wilbert "Tee" Hollov
Dr. Martin K
Ana Rivas Lo
Dr. Marta Pé
Dr. Solomon C. Stin

May 20, 2008

Chief John F. Timoney
City of Miami Police Department
400 NW 2nd Ave
Miami, FL 33128

Dear Chief John F. Timoney:

On behalf of Shenandoah Elementary School, I would like to personally thank you for the recent contribution of the valuable time of your employees in participating in our Career Week. Our first event, Truck Day held on April 30th could not have been a success without the participation of the following units:

Mounted Police, Motorcycle Unit, Bomb Squad, OEM, Underwater Marine Patrol, and the "Bat Mobile". The City of Miami Police Department's presence was felt full force and made a huge impression on our students. The presentations given were incredibly educational and employed hands on fun that was invaluable. I would like to recognize the efforts of Mayre Morin for her help in bringing all of these departments together and for her dedication to education and community relations. Without her guidance and assistance we would have been at a great loss.

Our second event, Speaker Day on May 2nd was just as successful because of the efforts of three of your finest Police Officers who came to share their priceless experience with over eight of our classes. Officers Horace Jones, Miguel Canario, and Angel Mercado graciously donated their time to educate our children and gave them guidance and career knowledge that could only come from their years of experience. We are incredibly grateful for their contribution on Speaker Day.

As well as we truly appreciate *your* dedication and hope you recognize, as we do, the valuable role you play in building brighter futures for America's next generation. Thank you for your continued support to our community and our school. It is through the positive efforts of people like the ones on your staff and yourself that we can make a difference in the lives of our students.

Sincerely,

*Silvia Diaz*

Silvia Diaz
Counselor

Employee Relations Dept. Records
**Police Personnel**
Unit Copy
Employee Copy

Office of the
Chief of Police
Miami, Fla

JUN 05 2008

**RECEIVED**

***SHENANDOAH ELEMENTARY SCHOOL***
1023 S.W. 21st Avenue • Miami, Florida 33135
305-643-4433 Phone • 305-643-3745 Fax • • http://ses.dadeschools.net

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### John F. Timoney, Chief of Police



**Awarded to:** _____ Marcos Perez _____     **P.I.N.** _____ 5627 _____

**Classification:** _____ Police Officer _____     **Assignment:** _____ OEM/HS _____
*(If more space is needed, use additional pages)*

On Tuesday, April 15, 2008, The City of Miami Police Department conducted a Full Scale training Exercise (FSE). This exercise was designed and implemented by personnel assigned to the Office of Emergency Management and Homeland Security. I would like to take this opportunity to commend Sergeant Jose Rodriguez (6135), Officer Alejandro Rivera (5990) and Officer Marcos Perez (5627). A tremendous amount of work was required to plan for the various events associated with the complete drill. The planning, design, logistics and inter-department communication were all the responsibility of these individuals. The demands of this exercise were all consuming for several months. The work associated with this FSE was in addition to their daily workload.

The exercise itself contained a series of requirements. A sample of these requirements ranged from scheduling personnel, to identifying volunteers, to acquiring supplies and equipment, to identifying the event location, to addressing officer and volunteer safety concerns. This seemed like an insurmountable list of assignments and yet they found success in each area of concern. They also provided the necessary follow through to ensure success. Some of the additional assignments included securing transportation for volunteers, maintaining contact with our first responder partners in this exercise, ensuring notification was delivered to the adjoining neighborhood and ensuring a safe and secure environment for the actual exercise. This is still just a sample of the complete list of assignments required prior to the actual day of the exercise.

For his dedication to duty and for the exemplary attention to detail, ensuring the success of this training mission, I recommend that Officer Marcos Perez receive this commendation. I further recommend that this commendation be placed in his personnel file.

*Great Job*
*Thank you*

**Date:** _____ 05/08/2008 _____

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

**RECEIVED**
**JUN 1 3 2008**
MIAMI POLICE DEPT.
PERSONNEL UNIT

| | |
|---|---|
| **Recommended by:** | Captain Richard Walterman 7341 |
| **Sergeant / Supervisor:** | |
| **Lieutenant:** | |
| **Captain:** | *[signature]* |
| **Commander:** | |
| **Major:** | |
| **Assistant Chief:** | |
| **Deputy Chief:** | *[signature]* 6/09/08 |
| **Chief of Police:** | *[signature]* JUN 1 3 2008 |

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

JAN 2 3 2008

Gil Neuman, CEO
Kent Security Services, Inc.
14600 Biscayne Boulevard
North Miami Beach, Florida 33181

Dear Mr. Neuman:

Thank you for your thoughtful letter commending Sergeant Julio Pinera and Officer Marcos Perez for providing additional valuable training to your security guards.

It is always gratifying to hear from members of the community who appreciate the professionalism and dedication of our officers. It will be my pleasure to commend them and to include a copy of your letter in their personnel files.

Please do not hesitate to call us if we can be of assistance in the future.

Sincerely,

John F. Timoney
Chief of Police

JFT:aw

c:   Sergeant Julio Pinera – CID/Special Investigations Section/SIU
     Officer Marcos Perez – FOD/Office of Emergency Management

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org




Case 1:25-cr-20348-KMW Document 24-3 Entered on FLSD Docket 10/17/2025 Page 71 of 168

# Kent Security Services

*Tomorrow's Security Today℠*

December 19, 2007

John F. Timony
Chief of Police
Miami Police Department
P.O. Box 016777
Miami, Florida 33101

Dear Chief Timony,

It was with great pleasure that I read your letter of commendation for our team of security guards serving the City of Miami. It is their dedication and pride which allows Kent Security Services to maintain its professional reputation, and it is for those reasons that I am honored by your recognition.

While it is our goal to provide you with the highest level of security and service, it is always extremely gratifying when an employee is recognized for performance on the job. Please be assured that the acknowledged officers will receive recognition from our company. They will also receive bragging rights with their fellow officers when your letter is prominently displayed on our "Wall of Fame".

I would also like to take this opportunity to thank you, Officer Marco Perez and Sergeant Julio Pinera, for providing additional valuable training to our security guards last month.

Again, thank you very much for your kind words and for your continued confidence in Kent Security Services, Inc. We look forward to a long and successful relationship with the City of Miami and the Miami Police Department.

Sincerely,

Gil Neuman
CEO

Employee Relations Dept. Records
Office Personnel
Unit Copy
Employee Copy

> Office of the
> Chief of Police
> Miami, Fla
>
> DEC 31 2007
>
> **RECEIVED**

RECEIVED

JAN 03 2008

Support Services Section
Police Department
www.kentsecurity.com

**14600 Biscayne Boulevard,** North Miami Beach, FL 33181

Phone 305-919-9400    Fax 305-919-9590    E-mail info@kentsecurity.com    www.kentsecurity.com

GSA





PEDRO G. HERNANDEZ, P.E.
City Manager

### OFC. MARCOS PEREZ, O.E.M.

Congratulations on your selection to receive the Miami Police Department's Administrative Excellence Award for December 2007.

Captain Richard Walterman has informed me of the outstanding job you continue to do in O.E.M. I understand that you were largely responsible for the success of our 3rd annual "Operation Miami Shield."

Please accept my heartfelt thanks for a job well done. Eight (8) hours earned time will be awarded to you for your outstanding performance of duty.

Sincerely,

John F. Timoney
Chief of Police

JFT:nv

cc: Personnel
    Unit File
    Payroll
    Labor Relations
    Public Information






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

CERTIFICATE OF

## *Appreciation*

The Miami-Dade County Office of the Mayor
and Board of County Commissioners

## *Officer Marcos T. Perez*

City of Miami Police Department

As Commissioner and on behalf of the Mayor, the Board of County
Commissioners, and the residents of Miami-Dade County, I take great
pleasure in presenting this Certificate of Appreciation to you in recognition
of your valuable contributions to our community. The exemplary and
diligent work that you have performed has elevated our way of life. Hence,
I am honored to commend and applaud you for the past 15 years you have
devoted, and wish you the very best as you continue to protect and serve
for the betterment of our citizens.

On this, the 22nd day of the month of December 2007, in
Miami-Dade County, Florida

Audrey M. Edmonson
Commissioner
District 3

Bruno A. Barreiro
Chairman

Carlos Alvarez
Mayor

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

DEC 1 7 2007

Jerry Tollefsen
President of Government Division
Kent Security Services, Inc.
14600 Biscayne Boulevard
North Miami Beach, Florida 33181

Dear Mr. Tollefsen:

Thank you for your thoughtful letter commending Major George R. Cadavid, Sergeant Julio Pinera and Officers Marcos Perez, Miguel Perez and Abel Costa for conducting the "Terrorism Awareness Training" for Kent Security.

It is always gratifying to hear from members of the community who appreciate the professionalism and dedication of our officers.  It will be my pleasure to commend them and to include a copy of your letter in their personnel files.

Please do not hesitate to call us if we can be of assistance in the future.

Sincerely,

John F. Timoney
Chief of Police

JFT:aw

DEC 2 0 2007
MIAMI POLICE DEPT.
PERSONNEL UNIT

c:  Major George R. Cadavid – FOD/Patrol Central
    Sergeant Julio Pinera – CID/Special Investigations Section/SIU
    Officer Marcos Perez – FOD/Office of Emergency Management
    Officer Miguel Perez – FOD/Specialized Operations Section/Bomb Squad
    Officer Abel Costa – FOD/Specialized Operations Section/Bomb Squad

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
[ Mail Address: chiefofpolice@miami-police.org




# Kent Security Services

*Tomorrow's Security Today℠*

NOV 2 6 2007

Support Services Section
Police Department

November 18, 2007

John F. Timoney
Chief of Police
Miami Police Department
400 NW 2nd Avenue
Miami, Florida 33128

RECEIVED

ASSISTANT CHIEF
ADMINISTRATION DIV.

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

Dear Chief Timoney,

On behalf of Kent Security Services, Inc., I would like to bring to your attention the outstanding job that Sgt. Julio Pinera, Marcos Perez, Mike Perez, and Abel Acosta did on October 27, 2007.

The above officers conducted a "Terrorism Awareness Training" for our security guards who are assigned to Miami City Hall, MRC and Miami Police Headquarters. The number of guards attending and their work schedule necessitated two training sessions, 10 am – 2 pm and 3 pm – 7 pm.

Major George Cadavid took time from his busy schedule to address the first session. His remarks set the tone for a very positive day of training.

I attended the first session and the instructors' knowledge on this subject matter was excellent. However, what really impressed me was their ability to engage our guards and get them to participate in the class. The security guards who attended not only gained invaluable knowledge, but they were also made to feel their job was important and they were part of a team effort, along with the Miami Police Officers in protecting the citizens of Miami. I was a police officer for 29 years and I know good training when I see it, and this training session was first class.

In closing, I would like to thank you and the officers involved for the opportunity you gave Kent Security Guards to attend this class. I look forward to a long future working with the City of Miami Police Department.

Sincerely,

Jerry Tolbert
President of Government Division
Kent Security Services, Inc.

Office of the Chief of Police
Miami, Fla
NOV 2 0 2007
RECEIVED

DEC 2 0 2007
MIAMI POLICE DEPT.
PERSONNEL UNIT

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

AUG 0 7 2007

Carlos Noriega
Acting Chief of Police
City of Miami Beach Police Department
1700 Convention Center Drive
Miami Beach, FL 33139

*Carlos*

Dear Acting Chief Noriega:

Thank you for your thoughtful letter commending the below listed officers for the assistance they rendered to your department during the robbery and hostage situation on March 27, 2007.  I am pleased to know that they were able to provide valuable aid.

It is always gratifying to hear from another law enforcement professional who appreciates the professionalism and dedication of our officers.  It will be my pleasure to commend them and to include a copy of your letter in their personnel files.

If we can be of assistance in the future, please do not hesitate to contact us.

Sincerely,

John F. Timoney
Chief of Police

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy



RECEIVED
AUG 1 5 2007
MIAMI POLICE DEPT.
PERSONNEL UNIT

JFT:aw

c: Captain Richard Walterman – FOD/ O.E.M./Critical Incident
   Lieutenant Joseph Schillaci – FOD/Community Affairs
   Sergeant Steven Castell – CID/Investigation Section/Robbery
   Sergeant Franzia Brea-Burden – ADM/Personnel Resource/Training
   Sergeant Daniel Richards – FOD/S.O.S./Crime Suppression/North
   Sergeant Jose Rodriguez – FOD/ O.E.M./Critical Incident
   Officer Carlos Antunez – FOD/ O.E.M./Critical Incident




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org




Officer Marcos Perez – FOD/ O.E.M./Critical Incident

Officer Alejandro Rivera – FOD/ O.E.M./Critical Incident
Officer Jeffrey Giordano – FOD/Patrol South
Officer Thomas Visney – FOD/Patrol South/Coconut Grove/ "A" Shift



**City of Miami Beach,** 1700 Convention Center Drive, Miami Beach, Florida 33139, www.miamibeachfl.gov

POLICE DEPARTMENT, Office of the Chief
Tel: 305 673-7925 , Fax: 305 673-7065

> Office of the
> Chief of Police
> Miami, Fla
>
> JUN 13 2007
>
> **RECEIVED**

May 14, 2007

Chief John Timoney
Miami Police Department
400 NW 2nd Ave
Miami, FL. 33128

Dear Chief Timoney:

On behalf of the Miami Beach Police Department's Hostage Negotiation Team, I would like to take this opportunity to thank you and the below listed members of your Department for your assistance on 27 March 2007.

The Miami Beach Police Department responded to a call of an attempted bank robbery, and possible hostage situation at 41st Street and Sheridan Avenue. Personnel from multiple State, Federal, and Local law enforcement agencies converged on the scene.

The MBPD Hostage Negotiation Team did not have a command vehicle readily available, and we initiated active negotiations inside a regular police unit for the time being. After some time, your team arrived in your Mobile Emergency Command Center. We were offered use of your vehicle which we accepted. Your personnel were extremely cooperative and professional during this ten hour ordeal.

I respectfully request that you please pass our sincere thanks and gratitude to the following members of your Department who went out of their way to help us; they are true professionals and truly our brothers and sisters in blue:

| | |
|---|---|
| Captain Richard Walterman | Officer Carlos Antunez |
| Lt. Joe Schillaci | Officer Jeff Giordano |
| Sgt. Steve Castell | Officer Nelsa Madelyn |
| Sgt. Francia Burden | Officer Marcus Perez |
| Sgt. Daniel Richards | Officer Alex Rivera |
| Sgt. Jose Rodriguez | Officer Thomas Visney |

Thank you again for the valuable assistance your personnel provided during this situation.

Sincerely,

Carlos Noriega
Acting Chief of Police

CN:SG:tr

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

**RECEIVED**

JUN 14 2007

Support Services Section
Police Department

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### John F. Timoney, Chief of Police



**Awarded to:** _____ **Marcos Perez** _____   **P.I.N.** _____ **5627** _____

**Classification:** _____ **Police Officer** _____   **Assignment:** _____ **OEM/HS** _____

*(If more space is needed, use additional pages)*

During the Month of May, 2007, the Office of Emergency Management and Homeland Security (OEM/HS) conducted Response Platoon training for the entire Police Department. The training was divided between classroom and practical application training. The classroom portion consisted of a brief history on the creation and evolution of the present RP configuration, a refresher ICS course, tactical and strategic Response Platoon formations as well as lessons learned. The practical portion of the training consisted of marching in formation, practicing techniques used during deployment including the use of the "V" top suits and a live exercise with chemical agents.

The training was demanding and the schedule was grueling, but the outcome exceeded everyone's expectations. Our success was made possible by a dedicated group of individuals whose tenacity and devotion could not be surpassed. These individuals came from different sections of our department including Training, Patrol, Technical Support Detail (TSD), Special Operations Section (SOS) and OEM/HS to name a few.

The complete team worked in a cohesive manner taking turns in all aspects of the training and sharing the responsibilities. This teamwork approach set the tone from the very first day and from that point on, it worked like a well oiled machine.

For their attention to detail, determination, and relentless support I wish to commend the cadre involved in this training and request a copy of this commendation be placed in their personnel file.

(over)

**Date:** 6/15/2007

**Recommended by:** Capt. R. Walterman #7341

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

| | |
|---|---|
| **Sergeant / Supervisor:** | |
| **Lieutenant:** | |
| **Captain:** | Capt. John Walterman 7341 |
| **Commander:** | |
| **Major:** | |
| **Deputy / Assistant Chief:** | dc 1908 08/16/07 |
| **Chief of Police:** | AUG 2 0 2007 |

POLICE/FO.#36 Rev. 07/04

Capt. Roman Martinez # 4424
Lt. Alberto Borges # 0494
Lt. Orestes Chavez # 1027
Lt. Milton Montes de Oca # 4859
Sgt. George Arias # 0193
Sgt. Armando Valdez # 7253
Sgt. Jesus Ibalmea # 3319
Sgt. Jose A. Rodriguez # 6180
Sgt. Jose A. Rodriguez # 6135
Ofc. Carlos Antunez # 0166
Ofc. Marcos Perez # 5627
Ofc. Alejandro Rivera # 5990
Ofc. Miguel Fresco # 2089
Ofc. Frank Cruz Jr. # 1278
Ofc. Roberto Novo # 5725
Ofc. Thomas Vokaty # 7279
Ofc. Francisco Balbuena # 0239
Ofc. Jose Henriquez # 2989
Ofc. Orestes Guas # 2594
Ofc. Tammy Chinea # 1056
Ofc. Serafin Ordonez # 5400
Ofc. Lester Cole # 1120
Ofc. Fernando Torres # 7139
Ofc. Robert Couseillant # 1233
Ofc. Norma Farmer # 1842
Ofc. Dermis Hernandez # 2996
Ofc. Goddard Solomon # 6666
Ofc. Luis Gonzalez # 2456
Ofc. Melissa Buhrmaster # 0715
Ofc. Gerardo Quinones # 5819
Ofc. Pablo Faria # 1838
Ofc. John Perez # 5524
Ofc. Gregory Pelham # 5618

RECEIVED
AUG 2 1 2007
MIAMI POLICE DEPT.
PERSONNEL UNIT



**City of Miami Beach,** 1700 Convention Center Drive, Miami Beach, Florida 33139, www.miamibeachfl.gov

POLICE Office of the Chief
Tel: 305 673-7925 , Fax: 305 673-7065

June 4, 2007

Chief John Timoney
Miami Police Department
400 NW 2nd Ave.
Miami, FL. 33128

Dear Chief Timoney:

I would like to take this opportunity to express the Miami Beach Police Department's sincere appreciation for the assistance the Miami Police Department provided during the Memorial Day weekend.  During this long holiday weekend the City of Miami Beach provided a safe and enjoyable venue for the tremendous amount of local and out of town visitors to our community. Ensuring the safety of this multitude of visitors was again our first priority and with the help of the Miami Police Department , this was accomplished in a peaceful and organized manner.

The City of Miami Beach and the Miami Beach Police Department are grateful for the on-going spirit of cooperation and the Miami Police Department's willingness to work along side our officers during the extended shifts and long hours that are always a part of this holiday weekend. Thank you again for helping us make this weekend such a success.

Sincerely,

Carlos Noriega
Acting Chief of Police

CN:tr



Office of the
Chief of Police
Miami, Fla

JUN 13 2007

RECEIVED

JUN 1 4 2007

Support Services Section
Police Department

# City of Miami



PEDRO G. HERNANDEZ, P.E.
City Manager

## OFC. MARCOS PEREZ, O.E.M.

Congratulations on your selection, together with Officer Herminia Salas-Jacobson, to receive the Miami Police Department's Public Service Award for October 2006.

Lt. William Schwartz has informed me of the outstanding job you continue to do. I understand that the anti-terrorism training tape you produced is receiving a lot of positive attention.

Please accept my heartfelt thanks for a job well done. Eight (8) hours earned time will be awarded to you for your outstanding performance of duty.

Sincerely,

John F. Timoney
Chief of Police

JFT:ma

cc: ~~Personnel~~
    Unit File
    Payroll
    Labor Relations
    Public Information



RECEIVED
DEC 1 2 2006
MIAMI POLICE DEPT.
PERSONNEL UNIT.




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org




# COMMENDATION



# MIAMI POLICE DEPARTMENT

### John F. Timoney, Chief of Police



**Awarded to:** Marcos Perez                              **P.D.#** 5627

**Classification:** Police Officer                  **Unit:** OEM

It gives me great pleasure to commend Officers Marcos Perez of OEM and Herminia Salas-Jacobson of PIO.  During September, these two professionals joined hands and coordinated the creation of "The Seven Signs of Terrorism," a broadcast quality anti-terrorism television production.  From conception to scripting to casting to location scouting to taping to editing, Perez, Salas-Jacobson and their talented production team effectively and economically brought this important project to life.

"The Seven Signs of Terrorism" will play on the City of Miami cable television station, in three languages, teaching citizens how to spot and report suspicious persons and situations.  The tape which covers surveillance, elicitation, security testing, acquiring supplies, suspicious people, trial runs and getting into position will also be shown in schools, senior centers and training seminars.  Additionally, "The Seven Signs of Terrorism" will be released to the media and posted on the police department's website.

Officers Marcos Perez and Herminia Salas-Jacobson are to be commended for their passionate effort on behalf of the police department and the citizens of our community.  "The Seven Signs of Terorism" is a production to be proud of.

*OUTSTANDING JOB*
*thank you*
*plc*

---

**Date:** 11/2/06

**Distribution:**                              Recommended by: _Lt. Willa Schwart 6322_

Dept. of Human Resources              **Supervisor:**

Police Personnel Unit                        **Unit Commander:** _Capt Rhodlemon_

Employee's Unit / Section File        **Deputy Section Commander:**

Employee (Original)                          **Section Commander:**

                                                        **Deputy/Assistant Chief:** _plc____ 11/14/06

                                                        **Chief of Police:** _Jon T_

RECEIVED
NOV 16 2006
MIAMI POLICE DEPT.
PERSONNEL UNIT

POLICE/FO.#36Rev.11/98

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### John F. Timoney, Chief of Police



| | | | |
|---|---|---|---|
| **Awarded to:** | Marcos Perez | **P.I.N.** | 5627 |

| | | | |
|---|---|---|---|
| **Classification:** | Officer | **Assignment:** | Office of Emergency Management |

*(If more space is needed, use additional pages)*

On July 30 and 31, 2006, the President of the United States visited South Florida and the City of Miami. This visit included multiple motorcade movements, an overnight stay at the Four Seasons Hotel on Brickell Avenue and an unscheduled stop at a restaurant in the City of Miami.

Planning for the visit required not only extensive security plans and the preparations at the hotel but also the establishment of traffic patterns to lessen the impact of street closures to local residents and businesses. Commander Armando Guzman, who was the Incident Commander for the visit, co-coordinated the supervision of the security plans and was the liaison with the Secret Service. Commander Guzman and the team of key supervisors assigned to the event performed admirably under sometimes challenging circumstances to ensure the President's visit to the City of Miami was safe for all.

During the unscheduled stop at the Versailles Restaurant I was approached by the Secret Service SAC who expressed his gratitude for The Miami Police Department's assistance and praised the professionalism of our officers and staff.

It is with great pleasure and respect that I commend the below listed supervisors and officers who worked the detail. I recommend that this document become a permanent part of their personnel file.

RECEIVED
AUG 1 5 2006
MIAMI POLICE DEPT.
PERSONNEL UNIT

(Over)

**Date:** 08/01/06

## Distribution:

Dept. of Human Resources
Police Personnel Unit
Employee's Unit / Section File
Employee (Original)

| | |
|---|---|
| **Recommended by:** | Major Thomas W. Cannon |
| **Sergeant / Supervisor:** | |
| **Lieutenant:** | |
| **Captain:** | |
| **Commander:** | |
| **Major:** | 08/06/06 |
| **Deputy / Assistant Chief:** | |
| **Chief of Police:** | |

POLICE/F.O.#36 Rev. 07/04

## COMMENDATION ( *Continuation* )

**Awarded to:** _____ Marcos Perez _____   **P.I.N.** _____ 5627 _____

Captain Richard Walterman #7341
Cmdr. Armando Guzman #2643
Lieutenant David Sanchez #6212
Lieutenant Juan M. Gonzalez #2441
Lieutenant Daniel Dominguez #1515
Lieutenant Jorge Martin #4398
Sergeant Alberto Alberto #0061
Sergeant George Velez #7248
Sergeant Brendan Monroe #4856
Sergeant Luis Taborda #6914
Sergeant F.D'Agostino # 1301
Officer Harris Henderson #2984
Officer Mayreen Morin #4887
Officer Marcos Perez #5627






# City of Miami



JOE ARRIOLA
City Manager

JUN 0 5 2006

Karen A. Callaghan, Ph.D.
Chair, Sociology and Criminology Department
Barry University
11300 N.E. 2nd Avenue
Miami Shores, Florida 33161-6695

Dear Ms. Callaghan:

Thank you for your thoughtful letter commending Sergeant Tracey Martin, Officers Paule Villard, Benjamin Payen, William Moreno and Marcos Perez, and Communication Operator Supervisor Elaine Navarro for providing a tour of the Miami Police Department for your Police and Policing class.

It is gratifying to know that the students gained insight into the various operations of the Department and that the experience helped to lessen their apprehension about police operations.

It was indeed considerate of you to take the time to write. It will be my pleasure to commend these personnel and to include a copy of your letter in their personnel files.

If we can be of assistance in the future, please do not hesitate to contact us.

Sincerely,

John F. Timoney
Chief of Police

JFT:mnj

Employee Relations Dept. Records
Police Personnel
Unit Copy
Employee Copy

c: Sergeant Tracey Martin – FOD/Community Affairs
Officer Paule Villard – FOD/Community Affairs
Officer Benjamin Payen – FOD/Community Affairs
Officer William Moreno – COP/Public Information
Officer Marcos Perez – FOD/O.E.M./Critical INC/Emergency Planner
Communication Operator Supervisor Elaine Navarro – FOD/Communications Section

**RECEIVED**
JUN 0 7 2006
MIAMI POLICE DEPT.
PERSONNEL UNIT




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org



# Barry University

### Department of Sociology and Criminology

11300 NORTHEAST SECOND AVENUE
MIAMI SHORES, FLORIDA 33161-6695
Direct (305) 899-3270
Switchboard (305) 899-3000

May 15, 2006

John F. Timoney, Chief
Miami Police Department
400 NW 2nd Avenue
Miami, Florida 33128

Re:   Sergeant. Tracey Martin, Community Affairs
      Officer Paulie Villard
      Officer Ben Payen
      Officer M. Perez, EOM
      Officer Navarrao, Communication Dispatch
      Willie Moreno, Public Relations

RECEIVED

MAY 2 3 2006

Support Services Section
Police Department

Dear Chief Timoney:

At the beginning of our spring 2006 term, Sergeant Martin arranged for the students in our Police and Policing class to tour the Miami Police Department. This was a very beneficial field experience for these students, who were able to ask questions about the field of policing and gain insight into its various operations, from Communication and Dispatch to the Special Response components of your agency. Many of these students also participated in a ride-along-program with your department. This experience has helped to lessen their apprehension about police operations.

Please commend the above name officers for providing assistance in making this a meaningful and educational experience for our students. Our students benefit so much from the exposure they receive from professions in the field. They gain greater understanding and knowledge of their subject areas.

Regards,

*Karen A. Callaghan*

Karen A. Callaghan, Ph.D.
Chair, Sociology and Criminology Department
Barry University

RECEIVED

JUN 0 7 2006

MIAMI POLICE DEPT.
PERSONNEL UNIT

Office of the
Chief of Police
Miami, Fla

JUN 0 1 2006

RECEIVED

Office of the
Chief of Police
Miami, Fla

MAY 1 9 2006

RECEIVED

A Catholic International University



# COMMENDATION



# MIAMI POLICE DEPARTMENT

## John F. Timoney, Chief of Police



**Awarded to:**     Marcus Perez                    **P.I.N.**     5627

**Classification:**     Police Officer          **Assignment:**          O.E.M.

*(If more space is needed, use additional pages)*

On Friday, February 3, 2006 the Specialized Operation Section conducted a large scale training exercise at La Salle High School.  This exercise was conducted to test the section's ability to work together with other units and with outside agencies on a large mobilization of specialized resources.  The units involved in this training were the SWAT Team, Hostage Negotiators, Bomb Squad, K-9 Unit, Marine Patrol Unit, Office of Emergency Management and the Technical Support Detail.  The outside agencies were the Hialeah Police Department Swat Team and the Coral Gables Police Department Hostage Negotiations Team.

The exercise was designed to simulate a school take over by several subjects armed with explosive devices and making political demands in exchange for the release of their "hostages".  In an effort to make the scenario as realistic as possible, all units were instructed to not "pre-stage" any resources or to brief their members on the upcoming exercise.  The training session lasted approximately eight hours and was deemed a tremendous success by all those who participated.

As in any exercise of this sort several individuals were instrumental in its success.  The following officers and reserve sergeant by their diligence and dedication to the City of Miami ensured the exercise went smoothly and efficiently.  With out their hard work and extra effort it is doubtful the training would be as successful as it was.

**(OVER)**

RECEIVED

MAR 0 7 2006

MIAMI POLICE SERGEANT / PERSONNEL UNIT

**Date:**   February 13, 2006

**Recommended by:**   Major Thomas W. Cannon

**Sergeant / Supervisor:**

**Lieutenant:**

**Captain:**

**Commander:**

**Major:**

**Deputy / Assistant Chief:**

**Chief of Police:**

## Distribution:

Dept. of Human Resources

Police Personnel Unit

Employee's Unit / Section File

Employee (Original)

## COMMENDATION ( *Continuation* )

**Awarded to:** _____ Marcos Perez _____     **P.I.N.** _____ 5627 _____

I commend the below listed personnel and recommend that this commendation become a permanent part of their personnel file.

Ofc. Miguel Perez
Ofc. Julio Pinero
Ofc. Marcus Perez
Ofc. Mayree Morin-Fernandez
Ofc. Curtis Van Sant
Ofc. Roberto Novo
Ofc. Lester Cole
Reserve Sgt. George Arias



# City of Miami



JOHN F. TIMONEY
Chief of Police

JOE ARRIOLA
City Manager

**April 21, 2004**

**Detective Marcos T. Perez**
**I.B.M. #5627**
**Anticorruption Unit, Internal Affairs Division**

**Dear Detective Perez:**

**It is my pleasure to inform you that the Homicide Team #2, Internal Affairs' Anticorruption, and C.S.I. Task Force has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of October of 2003. In nominating the taskforce for the award, Homicide Commander, Lieutenant Daniel L. Dominguez, reported your outstanding achievements.**

**On September 30, 2003, the lifeless body of 19-years old Jennifer Nelson was discovered by the side road off N.W. 8th Avenue and 17 Street. You investigated the scene intensively, Assistant M.E. DuPre obtained a sexual assault kit, and C.S.I. members diligently processed the scene.**

**Your investigation led to a location in Miami Beach, and Internal Affairs' Anticorruption members started conducting surveillances of an apartment building where the primary suspect lived. During the surveillances, you obtained a cigarette butt that the suspect disposed of in the street. The cigarette butt was sent to the Lab for comparison with the specimen, and a DNA match was made. On October 22, 2003, you arrested and charged the offender with First-Degree Murder.**

**Sergeants Carlos A. De Los Santos and Wilfredo Abascal, Detectives Fernando D. Bosch, Carlos Castellanos, Orlando Silva, Willie Jones, Marcos T. Perez, Misael Reyes, Juan M. Vera, Orlando R. Villaverde, C.S.I.U./T.S.U. Commander Guillermo J. Martin, C.S.I.U./T.S.U. Unit Supervisor Lazaro R. Fernandez, Identification Technician II Wendell K. Harris, Identification Technician I's Andres J. Betancourt, and Willard B. Delancy, are all to be commended for your outstanding persistence, dedication, and hard work.**

**CONGRATULATIONS! WE ARE VERY PROUD OF YOU.**

Sincerely,

Gerald L. Darling
**Assistant Chief**
**for John F. Timoney**
**Chief of Police**

**JFT:GLD:dm**





MIAMI POLICE DEPARTMENT/ P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

# City of Miami



JOHN F. TIMONEY
Chief of Police

JOE ARRIOLA
City Manager

FEB 2 7 2004

Donald W. DeLucca
Chief of Police
City of Miami Beach
1700 Convention Center Drive
Miami Beach, Florida 33139

Dear Chief DeLucca:

Thank you for your thoughtful letter commending the following Internal Affairs personnel for assisting your department with a special investigation:

Lieutenant Jose Alfonso
Sergeant Wilfredo Abascal
Sergeant Alberto Borges
Officer Jorge Colina
Officer Sandra Cruz

Officer Willie Jones
Officer Alejandro Mendez
Officer Marcos Perez
Officer Misael Reyes

It is extremely gratifying to hear from another law enforcement official who appreciates the hard work and professionalism that officers from the Miami Police Department strive for each and every day.  It will be a pleasure to commend them and to include a copy of your letter in their personnel files.

Again, many thanks for taking time out of your busy schedule to express your appreciation for the cooperation you received from these professionals.

Personnel Management
Police Personnel
Unit Copy
Employee Copy

RECEIVED
MAR 0 4 2004
MIAMI POLICE DEPT.
PERSONNEL UNIT







100
A Century of Service



MIAMI POLICE DEPARTMENT/ P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

(2)

Please do not hesitate to call us if we can be of assistance in the future.

Sincerely,



John F. Timoney
Chief of Police

JFT:mnj

cc: Lieutenant Jose Alfonso – Internal Affairs
    Sergeant Wilfredo Abascal – Internal Affairs
    Sergeant Alberto Borges – Internal Affairs
    Officer Jorge Colina – Internal Affairs
    Officer Sandra Cruz – Internal Affairs
    Officer Willie Jones – Internal Affairs
    Officer Alejandro Mendez – Internal Affairs
    Officer Marcos Perez – Internal Affairs
    Officer Misael Reyes – International Affairs

RECEIVED

MAR 0 4 2004

MIAMI POLICE DEPT.
PERSONNEL UNIT

# CITY OF MIAMI BEACH

CITY HALL, 1700 CONVENTION CENTER DRIVE MIAMI BEACH, FLORIDA 33139
www.miamibeachfl.gov



**OFFICE OF THE CHIEF OF POLICE**

Telephone 305 673-7925
Facsimile 305 673-7065

January 29, 2004

Chief John Timoney
City of Miami Police Department
400 N.W. 2nd Ave
Miami, FL 33128

Dear Chief Timoney:

I would like to take this opportunity to offer our sincere appreciation for the assistance provided by City of Miami Police Department Internal Affairs Department in investigating a Miami Beach Internal Affairs case. Throughout this investigation, your personnel demonstrated the highest level of professionalism and operated as an effective, cohesive team. They cooperated with our investigators in every facet of this investigation and are to be commended for their diligence and hard work.

Please share our gratitude with Lieutenant Jose Alfonso, Sergeant Alberto Borges, Sergeant Willie Abascal, Detective Misael Reyes, Detective Sandra Cruz, Detective Willie Jones, Detective Alex Mendez, Detective Jorge Colina, and Detective Marcus Perez. Through their efforts this investigation was concluded in a timely and positive manner.

Sincerely,

Donald W. De Lucca
Chief of Police

DWD\tr

c: E.A. George Navarro, MBPD Internal Affairs Commander

F:\POLI\ADMI\$CHI\2004\Thank You.Miami IA.doc


Office of the
Chief of Police
Miami, Fla

FEB 02 2004

RECEIVED

# COMMENDATION



# MIAMI POLICE DEPARTMENT

### John F. Timoney, Chief of Police



**Awarded to :** Inv. Marcos Perez      **P.D. # :** 5627

**Classification :** Police Officer      **Unit :** Internal Affairs

On September 30, 2003 at approximately 0525 hours, the lifeless body of a white female was discovered by the side of the road off N.W. 8th Ave. & 17 St. The members of Homicide Team 2 (Det. Silva. Det. Castellanos, and Det. Bosch) were assigned the difficult task of investigating this high profile complex "Who Dunnit" murder.

The detectives worked the scene where the victim was found intensively, locating and interviewing potential witnesses. Assistant Medical Examiner D-Melissa DuPre responded to the scene. She conducted a preliminary examination of the body and a sexual assault kit was obtained from the victim. Members of the MPD Identification Unit ( Section Manager Martin, Unit Supr. Fernandez, Tech. Suprevisor Harris, Techs. Betancourt, and Delancy) diligently processed the scene (s), obtained DNA samples, and fingerprinted the victim for identification purposes. The victim was subsequently identified as 19-year-old Jennifer Lyn Nelson.

The investigation led the detectives to an apartment building located at 1616 Michigan Ave. in Miami, Beach where a subject by the name of David Arthur Tejera lived.

The members of Homicide Team 2 along with members of Homicide Team 1 (Sgt, Kowalski, Det. Tamayo, and Det. Miguelez), and with the cooperation of members from the Internal Affairs Anticorruption Unit (Sgt. Abascal, Inv. Perez. Inv. Jones, Inv. Vera, Inv. Villaverde, and Inv. Reyes) conducted a surveillance on Mr. Tejera and they were able to obtain a cigarette butt that Mr. Tejera disposed of in the street. The cigarette butt was sent to the Metro Dade Police Lab for comparison from the specimen obtained in the sexual assault kit and a DNA match was made.

---

**Date: 10-28-03**

**Distribution:**

**Recommended by:** Sgt. Carlos de los Santos

**Supervisor:**

**Dept. of Human Resources**      **Unit Commander:**

**Police Personnel Unit**      **Deputy Section Commander:**

**Employee's Unit / Section File**      **Section Commander:**

**Employee (Original)**      ~~Deputy~~/**Assistant Chief:**

**Chief of Police:**      NOV 1 0 2003

POLICE/FO.#36Rev.11/98

# COMMENDATION



## MIAMI POLICE DEPARTMENT
### Raul Martinez, Chief of Police



Awarded to: **Marcos Perez**      P.D.# 5627

Classification: Detective      Unit: Internal Affairs

On October 10, I received a phone call alleging criminal wrongdoing on the part of a Flagami N.E.T. employee. The employee was alleged to be taking illegal compensation from individuals doing court related community hours. In exchange for payment, the employee forged hours worked by individuals in that program. I immediately contacted the Internal Affairs Section and related the information to Lieutenant Dominguez and Detective Gardner. Within a couple of weeks, Internal Affairs established a criminal case and arrested the employee for accepting unlawful compensation from undercover Detective Colina (Case #305-16591).

The quick action of the below listed officers resulted in the arrest of the employee who was forsaking the trust given to him by the City of Miami and avoided what could have been a very embarrassing situation for the city and the community hours program. Therefore, I wish to commend these officers for their quick response and outstanding investigative skills. I recommend that a copy of this commendation be placed in each of their personnel file as a tribute to their commitment of duty.

Capt. Martinez, A. #4408      Det. Perez, M. #5627
Lt. Dominguez, D. #1515      Det. Mendez, A. #4703
Sgt. Velez, G. #7248      Det. Jones, W. #3452
Det. Gardner, A. #2208      Det. Castillo, F. #0922
Det. Colina, G. #1126      Det. Pinera, J. #5673
Det. Gulla, G. #2605

**RECEIVED**
DEC 0 5 2001
MIAMI POLICE DEPT.
PERSONNEL UNIT

Date: November 15, 2001

Recommended by: Lt. Manuel Orosa #5443

**Distribution:**

**Dept. of Human Resources**
~~Police Personnel Unit~~
**Employee's Unit / Section File**
**Employee (Original)**

Supervisor:
Unit Commander:
Deputy Section Commander:
Section Commander: _mo, 25 CLO 1055 11/27/01_
Deputy/Assistant Chief:
Chief of Police:
DEC - 4 2001

POLICE/FO.#36Rev.11/98

# COMMENDATION



# MIAMI POLICE DEPARTMENT
### Raul Martinez, Chief of Police



**Awarded to:** Marcos Perez                                    **P.D.#** 5627

**Classification:** Police Officer                **Unit:** Joint Interdiction Unit

The Special Investigations Section, Joint Interdiction Unit, is currently assigned to the South Florida Impact Task Force.  As an integral part of the task force, its members are charged with diverse duties stemming from complex investigations targeting drug trafficking and money laundering activities.  Their work reaches beyond the City of Miami's jurisdiction and into a national and international level, which suffer the ills of the drug trade and its illegal proceeds.

During the month of June 2000, the unit member's dedication and devotion to duty was invaluable to the success of the task force as a whole.

Below is a compilation of the statistics for the task force during the month of June 2000.

Currency Seized: $2,055,102.00
Cocaine Seized:   225 Klios
Arrests/deported:4
Firearms seized: 6
Vehicles seized: 2

RECEIVED
AUG 0 1 2000
MIAMI POLICE DEPT.
PERSONNEL UNIT

(over)

Date

Recommended by: **Lt. George Cadavid**

**Supervisor:** _____

**Unit Commander:** _____ 7/20/00

**Deputy Section Commander:** _____

**Section Commander** _____ 7/26/00

**Deputy/Assistant Chief:** _____ 7/27/00

**Chief of Police** _____
JUL 31 2000

**Distribution:**

**Dept. of Personnel Management**

**Police Personnel Unit**

**Employee's Unit / Section File**

**Employee (Original)**

**POLICE/FO.#36Rev.10/98**

# City of Miami



RAUL MARTINEZ
Chief of Police

CARLOS A. GIMENEZ
City Manager

July 27, 2000

Detective Marcos T. Perez
I.B.M. #5627
Joint Interdiction Unit, Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Joint Interdiction Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of June, 2000. In nominating the team for the award, your Acting Commander, Captain John C. Griffin, reported your outstanding achievements.

In June, you culminated a month's work involving several money laundering targets in South Florida. After long hours of gathering the necessary intelligence information and innumerable hours of surveillances, you made 4 arrests; recovered 6 weapons; and seized $2,055,102.00 in U.S. currency, 225 kilograms of cocaine, and two vehicles.

As an integral part of the South Florida Impact Task Force, you are charged with diverse duties stemming from complex investigations, targeting drug trafficking and money laundering activities. Your work reaches beyond the City of Miami jurisdiction and into a national and international level, which suffer the ills of the drug trade and its illegal proceeds.

Lieutenant Cadavid, Sergeants Martin and Williams, Detectives Bittar, Dooling, Lopez, Mervolion, Pena, Perez, and Valdes, are all to be commended for your outstanding dedication and devotion. Your "can do" attitude is an inspiration to all. Also to be commended is Narcotics Searcher K-9 "Dope" for his outstanding searching abilities.

**CONGRATULATIONS!   WE ARE VERY PROUD OF YOU.**

Sincerely,

Franklin E. Christmas
Acting Assistant Chief
for   Raul Martinez
Chief of Police

RECEIVED
JUL 3 1 2000
MIAMI POLICE DEPT.
PERSONNEL UNIT

RM:FEC:dm






MIAMI POLICE DEPARTMENT·P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

# City of Miami



RAUL MARTINEZ
Chief of Police

CARLOS A. GIMENEZ
CITY MANAGER

23 May 2000

Detective Marcos T. Perez
I.B.M. #5627
Joint Interdiction Unit/Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Joint Interdiction Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the month of February, 2000. In nominating the team for the award, your Commander, Major Carolyn J. Forquer, reported your outstanding achievements.

During the month of February, you culminated a month's work, involving several money laundering targets in South Florida. After long hours of gathering the necessary intelligence information and innumerable hours of surveillances, you made 12 arrests and 2 deportations, and seized 937.5 kilograms of cocaine, 986 pounds of marijuana, and one vehicle.

These accomplishments were the result of perilous undercover operations. Your personal sacrifices and the ones of your families are immeasurable. Your success has a direct link to the safety and quality of life in the South Florida communities, and it also has a bearing on narcotics trafficking throughout the country and the world.

Lieutenant George R. Cadavid, Sergeants Jorge A. Martin and Rufus Williams, Detectives James Bittar, Gary Dooling, Eliezer Lopez, John T. Mervolion, Alberto R. Pena, Marcos T. Perez, and Jesus W. Valdes, are all to be commended for your outstanding accomplishments, hard work, and dedication to duty. Your "can do" attitude is an inspiration to all. Also to be commended is Narcotics Searcher K-9 "Dope" for his outstanding searching abilities.

**CONGRATULATIONS!  WE ARE VERY PROUD OF YOU.**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) Raul Martinez
Chief of Police

RM:JEB:dm

   

MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565
E-Mail Address: chiefofpolice@miami-police.org

# COMMENDATION



# MIAMI POLICE DEPARTMENT
### William E. O'Brien, Chief of Police



**Awarded to:** Marcos Perez      **P.D.#** 5627

**Classification:** Police Investigator      **Unit:** SIS/JIU

During the week of November 14, 1999, the City of Miami was host to the Mayor's Summit of the Americas. This event brought together more than 500 international visitors including, 170 Mayors, spouses, and attendant staff from the largest cities in South, Central, and North America, as well as the Caribbean Basin.

Planning for this historic event began in earnest during June, 1999, and security arraingments were assigned to the Special Investigations Section of the Miami Police Department.

The Special Investigations Section's Dignitary Protection Detail was responsible for a variety of pre-conference security assignments which included, site security surveys, intelligence briefings and repeated contacts with other law enforcement contacts to determine threats which existed against visiting dignitaries.

The Special Investigations Section and a few other selected Miami Police Officers would also be responsible for providing security and protection details for those visiting dignitaries which required an enhanced level of personal security due to safety concerns.

These assigned officers and investigators began their critical assignments as the dignitaries arrived on November 13, 1999. Each of the teams of officers had been briefed with information concerning their dignitary, event locations, and security concerns. The personal safety of their protectee and the reputation of the City of Miami as a safe location for business and tourism was placed above the individual officers' convenience as days off were cancelled and long arduous hours were planned.

(Over)

**Distribution:**

**Dept. of Personnel Management**
**Police Personnel Unit**
**Employee's Unit / Section File**
**Employee (Original)**

POLICE/FO.#36Rev.10/98

Date

**Recommended by:** _____ 12/2/09
**Supervisor:** _____ 12/8/99
**Unit Commander:** _____ 12/8
**Deputy Section Commander:** _____ 12/
**Section Commander** _____ 12/2/9
**Deputy/Assistant Chief:** _____ 12/2
**Chief of Police** _____

JAN 1 7 2000

During the Mayor's Summit conference, several visiting dignitaries and local politicians, including the City of Miami Mayor and City Manager, commented on the high degree of professionalism and competence displayed by Miami Officers working the protection details. Some of the protectees themselves commented that they felt safer in the protection of the Miami Officers than they did back in their homeland.

An event of similar magnitude to the Mayor's Summit of the Americas would be a major challenge to any police department or organization's employees. However, the supervisors and officers assigned to this conference skillfully dealt with a variety of important issues without incident.

I wish to commend all of the below listed personnel of the Miami Police Department who were committed to a safe and successful Mayor's Summit. Their work ethic and display of professionalism during the event distinguished themselves and the Miami Police Department in the eyes of the International and local community.

I recommend that a copy of this commendation be placed in the employees personnel file as a permanent record of their exemplary service and dedication to duty.

| Name | # | Unit | Name | # | Unit |
|------|------|------|------|------|------|
| Lt. T.C. Cowart | #1234 | SIS/SIU | Inv. J. Morejon | #4875 | SIS/SIU |
| Lt. G. Cadavid | #0771 | SIS/JIU | Inv. E. Paez | #5452 | SIS/SOU |
| Lt. A. Guzman | 2643 | SIS/SOU | Inv. A. Mir | #4819 | SIS/SIU |
| Sgt. M. Hervis | #3015 | SIS/SIU | Inv. E. Canciobello | #0824 | SIS/SOU |
| Sgt. R. Masferrer | #4427 | SIS/SOU | Inv. M. Diaz | #1454 | SIS/SOU |
| Sgt. J. Fernandez | $1922 | SIS/SOU | Inv. A. Dowda | #1522 | SIS/SOU |
| Sgt. M. Castro | #0918 | SIS/SOU | Inv. S. Crespo | #1253 | SIS/SOU |
| Sgt. M.Gonzalez | #2402 | Training | Inv. H. Gunnells | #2645 | SIS/SIU |
| Sgt. J. Seigle | #6370 | Ptrl/Sth "B" | Inv. D. Richards | #6027 | SIS/SOU |
| Sgt. R. Williams | #7681 | SIS/JIU | Inv. A. Diaz | #1433 | SIS/SOU |
| Sgt. J. Martin | #4398 | SIS/JIU | Inv. L. Dallemand | #1319 | SIS/SOU |
| Sgt. J. Alfonso | #0122 | Ptrl/Sth C" | Ofc. R. Nazur | #5163 | Training |
| Sgt. W. Abascal | #0006 | SIS/SOU | Inv. J. Mervolion | #4722 | SIS/JIU |
| Sgt. F. Acosta | #0021 | SIS/SIU | Inv. J. Bittar | #0393 | SIS/JIU |
| Ofc. D. Ledo | #3933 | CIS/CIC | Inv. A. Costa | #1227 | SIS/SIU |
| Inv. A. Pena | #5562 | SIS/SOU | Inv. J. Valdez | #7246 | SIS/JIU |
| Inv. A. Pacheco | #5461 | SIS/SOU | Inv. C. Dorta | #1521 | SIS/SOU |
| Inv. J. Colina | #1126 | SIS/SOU | Inv. G. Dooling | #1520 | SIS/JIU |
| Inv. F. Brea | #0576 | I/A | Inv. E. Lopez | #4071 | SIS/JIU |
| Inv. A. Utset | #7212 | SIS/SOU | Inv. R. Cheney | #1041 | SIS/SIU |
| Inv. R. Mas | #4428 | SIS/SOU | Inv. J.L. Gonzalez | #2413 | SIS/SIU |
| Ofc. M. Foster | #2027 | Ptrl/Cen "C" | Inv. M. Perez | #5627 | SIS/JIU |
| Ofc. S. Blanco | #0415 | Training | Inv. S. Campbell | #3921 | SIS/SIU |
| Ofc. L. Rubio | #6145 | CIS/Homc. | Inv. O. Villaverde | #7302 | SIS/SOU |
| Inv. O. Belfort | #0332 | SIS/SIU | Ofc. R. Starks | # 6747 | Training |
| Inv. A. Haynes | #2911 | SIS/SIU | Inv. R. Soler | #6652 | SIS/SOU |
| Inv. R. Rodriguez | #6176 | SIS/SIU | Inv. R. Carvil | #0875 | SIS/SIU |
| Inv. A. Lopez | #4073 | SIS/SOU | Inv. F. Molina | #4838 | SIS/SIU |
| Inv. E. Nogues | #5262 | SIS/SOU | Inv. R. Marrero | #4362 | SIS/SIU |

# City of Miami



WILLIAM E. O'BRIEN
Chief of Police

DONALD H. WARSHAW
City Manager

AUG 12 1999

Sergeant Mitchell Horn
Deputy Commander
South Florida Impact
P.O. Box 347138
Coral Gables, Florida  33234-7138

Dear Sergeant Horn:

Thank you for your thoughtful letters commending the following personnel:

Sergenat Jorge Martin                 Detective Alberto Pena
Sergeant Rufus Williams               Detective Marcos Perez
Detective James Bittar                Detective Jesus Valdes
Detective Eliezer Lopez

It is extremely gratifying to hear from a fellow law enforcement professional who appreciates the hard work and professionalism that the Miami Police Department strives for each and every day.  It will be a pleasure to commend them and to include a copy of your letter in their personnel files.

Again, many thanks for taking time out of your busy schedule to express your appreciation.  Please do not hesitate to call us if we can be of



Personnel Management
Police Personnel
Unit Copy
Employee Copy



RECEIVED
AUG 17 1999
MIAMI POLICE DEPT.
PERSONNEL UNIT






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

(2)

assistance in the future.

Sincerely,



William E. O'Brien
Chief of Police

WEO:mnj

cc: Sergeant Jorge Martin - Special Investigations Section
Sergeant Rufus Williams - Special Investigations Section
Detective James Bittar - Special Investigations Section
Detective Eliezer Lopez - Special Investigations Section
Detective Alberto Pena - Special Investigations Section
Detective Marcos Perez - Special Investigations Section
Detective Jesus Valdes - Special Investigations Section



RECEIVED
AUG 17 1999
MIAMI POLICE DEPT.
PERSONNEL UNIT



# SOUTH FLORIDA IMPACT

**South Florida Interagency Metropolitan Anti-Crime Task Force**

P.O. Box 347138, Coral Gables, Florida 33234-7138
Telephone: (305) 470-8760 • Facsimile: (305) 593-2750

Office of the
Chief of Police
Miami, Fla.

MAY 0 3 1999

**RECEIVED**

**Board of Directors**

Coral Gables
Police Department

Florida
Department of
Law Enforcement

Miami
Police Department

Miami Beach
Police Department

State
Attorney's Office

Florida
Highway Patrol

Homestead
Police Department

Monroe County
Sheriff's Office

North Miami
Police Department

North Miami Beach
Police Department

**Associates**

Drug
Enforcement
Administration

Federal Bureau
of Investigation

Immigration and
Naturalization
Service

May 4, 1999

TO:        James Butler
           Director, South Florida Impact

FROM:      Sgt. Mitchell Horn *M.H.*
           Deputy Commander, South Florida Impact

*RE:*        ***Letter of Commendation***
             ***Case number 0005V***

On April 24, 1999, South Florida Impact investigators participated in a case which resulted in a significant seizure taking place. As a result of the investigative efforts by the members of Impact, $590,020.00 of currency was seized. In addition, three (3) firearms were confiscated and two (2) subjects arrested.

The following members participated in the investigation:

Sgt. J. Martin            Det. T. Harrelson
Det. I. Garcia            Det. K. Kennison
S/A G. White              Det. R. Perez
Det. M. Perez             S/A L. Valentine
Det. C. Becker            Det. D. Dozier
Det. E. Lopez             Det. A. Pena
Inv. T. Brown             Det. D. Reynolds

The diligence and dedication exhibited in this case is what continues to make South Florida Impact the success that it is. With that in mind, I wanted to bring this case to your attention.

Thank you for your time and consideration to this matter.



# *South Florida Impact*

South Florida Interagency Metropolitan Anti-Crime Task Force

**Internal Memorandum**

**Date:**      04-12-99

**To:**         Det. Marcus Perez
**Via:**        Chain of Command
**From:**       James Butler, Director
**Subject:**    FDLE Case 0001F

---

I would like to take this opportunity to commend you on the outstanding work you did in furtherance of this case.

On April 5, 1999, you and members of your squad, using excellent interview techniques were able to obtain information from a suspect who led your squad to approx. $592,000.00 that was being laundered by narcotics traffickers. As a result of this "Team Effort" the case resulted in a very significant seizure for SFI and caused a disruption in the flow of "narco" dollars to traffickers. Congratulations and keep up the good work.


**CC:**    Dept. Commander Amos Rojas Jr.
Dept. Commander Mitch Horn
Dept. Commander George Cadavid
Commander Tom Hunker

# City of Miami



WILLIAM E. O'BRIEN
Chief of Police

DONALD H. WARSHAW
City Manager

15 July 1999

Detective Marcos T. Perez
I.B.M. #5627
Joint Interdiction Unit/Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Joint Interdiction Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of June, 1999. In nominating the team for the award, your Commander, Major Carolyn J. Forquer, reported your outstanding achievements.

You and the members of the Joint Interdiction Unit assigned to the South Florida Impact Money Laundering Task Force culminated a month's work involving several targets. After long hours of gathering the necessary intelligence information and innumerable hours of surveillances, you made numerous arrests, seized 9,300 kilograms of cocaine, 2 kilograms of heroin, and a total of $2,971,736.01 in illegal money.

Lieutenant George R. Cadavid, Sergeants Jorge A. Martin, Rufus Williams, Detectives James Bittar, Gary Dooling, Eliezer Lopez, John T. Mervolion, Alberto R. Pena, Marcos T. Perez, and Jesus W. Valdes, are all to be commended for your outstanding enthusiasm and professionalism. Also, to be commended is Narcotics Searcher K-9 "Dope" for his outstanding searching abilities.

**CONGRATULATIONS! WE ARE VERY PROUD OF YOU.**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) William E. O'Brien
Chief of Police

JEB:dm






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

# City of Miami



WILLIAM E. O'BRIEN
Chief of Police

DONALD H. WARSHAW
City Manager

RECEIVED

JAN 28 1999

MIAMI POLICE DEPT.
PERSONNEL UNIT

JAN 2 5 1999

Thomas E. Scott
United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

Dear Attorney Scott:

Thank you for your thoughtful letter commending the below listed personnel:

Detective Marcos Perez
Ms. Priscilla Miller

It is extremely gratifying to hear from a person who appreciates the hard work and professionalism that the Miami Police Department strives for each and every day.

It will be a pleasure to commend them and to include a copy of your letter in their personnel files. Again, many thanks for taking time out of your busy schedule to express your appreciation.






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

(2)

Please do not hesitate to call us if we can be of assistance in the future.

Sincerely,

William E. O'Brien
Chief of Police

WEO:mnj

cc:  Detective Marcos Perez - S.I.S./Interdiction Unit
     Ms. Priscilla Miller - I.D. Unit

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9021*

December 16, 1998

Office of the
Chief of Police
Miami, Fla.

DEC 2 5 1998

**RECEIVED**

William E. O'Brien
Chief
City of Miami Police Department
400 NW 2nd Avenue
Miami, Florida 33128

Re:   <u>Performance of Detective Marcos Perez and Priscilla Miller</u>
      <u>in connection with United States v. Hunter</u>
      <u>Case No. 97-965-Cr-Moreno</u>

Dear Chief O'Brien:

I am writing to commend Detective Marcos Perez and Priscilla Miller for their outstanding contributions toward the successful prosecution of James Hunter for federal narcotics and firearms violations. The defendant will be sentenced on December 9, 1998, and he is facing in excess of 20 years incarceration.

The prosecution of this case was a direct result of the fine work of these two individuals. Detective Perez, who was working a special patrol assignment at the time of the arrest, took the initiative to check out a neighbor's complaint that an individual was selling drugs from a room in a motel in the Coconut Grove area. Detective Perez, upon finding the defendant in the room, requested a narcotics dog after smelling marijuana in the room. He then used the dog's reaction to the narcotics to obtain a search warrant and execute a legal search of the room. His efforts were rewarded by the discovery of an extremely large stash of narcotics, a firearm, and narcotics proceeds in the room. As a result of his efforts, and the excellent search he carried out, we prosecuted the case federally. Hunter, who as it turned out, was a serious drug trafficker in the Coconut Grove area, had an extremely lengthy criminal record.

Priscilla Miller, who was the other witness in the case, immediately responded to the crime scene during the search and did a crime scene investigation at Detective Perez's request. Ms. Miller's careful examination resulted in a positive latent identification of the defendant on certain important items in the room. Moreover, her careful attention to the defendant during the search permitted her to testify with regard to certain spontaneous statements made by the defendant during the search.

Ms. Miller's testimony made the defendant's claim that he had been set up by Detective Perez appear as concocted as it was.

The fine work of Detective Perez and Ms. Miller is to be commended. This case is a direct result of their fine efforts, and I look forward to working with them in the future.

Very truly yours,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:

RONALD G. DEWAARD
ASSISTANT UNITED STATES ATTORNEY

cc:    Detective Marcos Perez
       Priscilla Miller

2

# City of Miami



WILLIAM E. O'BRIEN
Chief of Police

DONALD H. WARSHAW
City Manager

22 January 1999

Detective Marcos T. Perez
I.B.M. #5627
Joint Interdiction Unit/Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Joint Interdiction Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of November, 1998.  In nominating the team for the award, your Commander, Major Carolyn Forquer, reported your outstanding achievements.

You and the members of the Joint Interdiction Unit assigned to the South Florida Impact Money Laundering Task Force culminated a month's work involving several targets in South Florida.

After long hours of gathering the necessary intelligence information and innumerable hours of surveillances, you made four arrests, seized 153 kilograms of cocaine, and a total of $8,896,019.00 in illegal money.

These accomplishments were the result of perilous undercover operations conducted in Miami and Out-of-State.  Your personal sacrifices and the ones of your families are immeasurable.  Your success has a direct link to the safety and quality of life in the South Florida communities, and it also has a bearing on narcotics trafficking throughout the country and the world.

Sergeant Rufus Williams, Detectives James Bittar, Gary J. Dooling, Eliezer Lopez, John T. Mervolion, Marcos T. Perez, and Jesus W. Valdes, are all to be commended for your outstanding enthusiam and professionalism.  Your can do attitude are an inspiration to all.

**<u>CONGRATULATIONS!  WE ARE VERY PROUD OF YOU.</u>**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) William E. O'Brien
Chief of Police

RECEIVED
FEB 18 1999
MIAMI POLICE DEPT.
PERSONNEL UNIT

JEB:dm





MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

# COMMENDATION



## MIAMI POLICE DEPARTMENT

### William E. O'Brien, Chief of Police



**Awarded to:** Marcos Perez      **P.D.#** 5627

**Classification:** Police Officer     **Unit:** Joint Interdiction Unit

The Special Investigations Section, Joint Interdiction Unit, is currently assigned to the South Florida Impact Task Force. As an integral part of the task force, its members are charged with diverse duties stemming from complex investigations targeting drug trafficking and money laundering activities. Their work reaches beyond the City of Miami jurisdiction and into a national and international level, which suffer the ills of the drug trade and its illegal proceeds.

During calendar year 1998, the unit member's dedication and devotion to duty was invaluable to the success of the task force as a whole.

Below is a compilation of the record breaking statistics for the task force.

| | |
|---|---|
| U.S. Currency seized | $42,357,453.83 |
| Cocaine seized | 3,440 kilos |
| Marijuana seized | 1,790 lbs. |
| Heroin seized | 2 kilos |
| Arrests/deported | 115 |
| Firearms seized | 17 |
| Vehicles seized | 6 |

**RECEIVED**
FEB 0 4 1999
MIAMI POLICE DEPT.
PERSONNEL UNIT

The Joint Interdiction Unit has represented the City of Miami Police Department with the highest of professional standards and integrity. For their hard work and dedication, they are to be commended. I recommend this commendation be made a part of their permanent file.

(Over)

**Distribution:**

**Dept. of Human Resources**
Police Personnel Unit
**Employee's Unit / Section File**
**Employee (Original)**

*POLICE/FO.#36Rev.10/98*

| | | Date |
|---|---|---|
| Recommended by: | SGT ____ 4393 | 1/8/99 |
| Supervisor: | SGT ____ 4393 | 1/8/99 |
| Unit Commander: | Lt. Reyes Williams | 96 |
| Deputy Section Commander: | | |
| Section Commander: | Major O. Traves | 1/11/9 |
| Deputy/Assistant Chief: | | |
| Chief of Police: | | |

FEB 0 2 1999

Sgt. J.A. Martin #4398
Sgt. R. Williams #7681
Inv. J. Bittar #0393
Inv. G. Dooling #1520
Inv. E. Lopez #5627
Inv. J. Mervolion #4722
Inv. M. Perez #5627
Inv. J. Valdes #7246



# COMMENDATION



## MIAMI POLICE DEPARTMENT
### William E. O'Brien, Chief of Police



**Awarded to:** Marcos Perez          **P.D.#** _____

**Classification:** Police Officer          **Unit:** Joint Interdiction/SIS

It is my pleasure to bring to your attention the hard work, dedication to duty, and outstanding accomplishments of Investigators Gary Dooling, John Mevolion, Marcos Perez, James Bittar, Jesus Valdes, and Eliezer Lopez, and Sergeant Rufus Williams during the month of October 1998.

During this month, these investigators, assigned to the South Florida Impact Money Laundering Task Force, culminated a month's work involving several money laundering targets in South Florida. In an attempt to identify and disrupt money laundering and illegal money smuggling schemes, the investigators acted on tips and leads, as well as self generated information.

During the month of October 1998, the Joint Interdiction Unit was able to compile the statistics outlined below:

Currency seized: $2,053,073
Cocaine seized: 1940 Kilograms
Heroin seized: 2 kilograms
Arrests: 13

RECEIVED
DEC 05 1998
Personnel
Management Section

Outstanding!
pls get er

---

**Distribution:**

**Dept. of Human Resources**
**Police Personnel Unit**
**Employee's Unit / Section File**
**Employee (Original)**

**POLICE/FO.#36Rev.10/98**

Date

**Recommended by:** Sgt. R. Williams   11-23-98
**Supervisor:** _____
**Unit Commander:** A/C _____ 7611
**Deputy Section Commander:** _____
**Section Commander:** Major _____ 12/2/9
**Deputy/Assistant Chief:** _____ 12/7/98
**Chief of Police:** _____

DEC 11 1998

Providing specifics of these investigations are prohibited as they are extremely sensitive and of an ongoing nature.

The accomplishments were the result of perilous undercover operations conducted in Miami and out of state. Innumerable hours of surveillances were required to ensure the successful end of each operation. The personal sacrifices made by the investigators and their families are immeasurable. Their success has a direct link to the safety and quality of life in South Florida communities. However, it also has bearing on narcotics trafficking throughout the county and world. Their enthusiasm, professionalism, and can do attitude are an inspiration to all.

It is with great pride that I recommend this commendation be placed in each investigators permanent personnel file in recognition of a job well done.

# City of Miami



DONALD H. WARSHAW
Chief of Police

21 July 1998

Detective Marcos T. Perez
I.B.M. #5627
Joint Interdiction Unit/Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Joint Interdiction Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of April, 1998. In nominating the team for the award, your Commander, Major Carolyn Forquer, reported your outstanding achievements.

You and the members of the Joint Interdiction Unit assigned to the South Florida Impact Money Laundering Task Force culminated a month's work involving several targets in South Florida.

After long hours of gathering the necessary intelligence information and surveillance, you made a total of four arrests. Thereby, seizing 385 kilograms of cocaine and six automatic weapons, as well as two vehicles and a total of $1,075,905.00 in illegal money.

Lieutenant Israel Gonzalez, Detectives James Bittar, Marcos T. Perez, and Jesus W. Valdes, are all to be commended for your outstanding camaraderie, professionalism, and hard work.

**CONGRATULATIONS! WE ARE VERY PROUD OF YOU.**

Sincerely,



John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) Donald H. Warshaw
Chief of Police

JEB:dm

RECEIVED
JUL 27 1998
MIAMI POLICE DEPT.
PERSONNEL UNIT





MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

MAY 0 1 1998

LABOR RELATIONS
OFFICE

# CITY OF MIAMI

## RECOMMENDATION FOR COMMENDATION PAID LEAVE

Employee  **Marcos Perez**                    Date  **29 April 1998**

Classification **Police Officer**        Department    **Police**

Employee £  ▮▮▮▮▮▮▮▮▮▮▮                    Division  **Investigations**

---------------------------------------------------------------

In   accordance   with   the   A.F.S.C.M.E.   and/or   F.O.P.   labor

agreement(s), the above named employee is hereby recommended   for

**Sixteen (16)**   hours of commendation paid leave (up to a maximum

of 40 hours) for the following reasons:

_____

_____ (SEE ATTACHED LETTER OF COMMENDATION) _____

_____

_____

_____

_____

Approved:
Disapproved:
            Department Director

Approved:
Disapproved:
            Labor Relations
            Officer 5/1/98

Approved:
Disapproved: _____
            City Manager

---------------------------------------------------------------

LR
9/82 (Rev 12/86)

# City of Miami



DONALD H. WARSHAW
Chief of Police

JOSE GARCIA-PEDROSA
City Manager

APR 3 0 1998

**DETECTIVE MARCOS PEREZ, SPECIAL INVESTIGATIONS SECTION**

Congratulations on your selection, together with Detectives Jorge Martin, Gary Dooling and Robin Starks, as the Miami Police Department's Most Outstanding Officer of the Month for February 1998.

Lt. Israel Gonzalez has brought to my attention the outstanding job you continue to do.  I understand that you confiscated $1,583,4467.00 and 198 kilograms of cocaine last month.

Please accept my heartfelt thanks for a job well done.  Sixteen (16) hours earned time will be awarded to you for your outstanding performance of duty.

Sincerely,

Donald H. Warshaw
Chief of Police

DHW:ma

cc:  Personnel
     Unit File
     Payroll
     Labor Relations
     Public Information






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

# City of Miami



DONALD H. WARSHAW
Chief of Police

JOSE GARCIA-PEDROSA
City Manager

31 March 1998

Detective Marcos T. Perez
I.B.M. #5627
A.C.E.T.S. Detail/Joint Interdiction Unit/Special Investigations
Section

Dear Detective Perez:

It is my pleasure to inform you, Detectives Gary Dooling, Jorge A. Martin, and Robin R. Starks of your selection as the Criminal Investigations Division's Outstanding Officers of the Month for January, 1998. In nominating you for the award, your Supervisor, Sergeant Rufus Williams, reported your outstanding achievements.

Your have compiled impressive statistics in conjunction with arrests, as well as cocaine, automatic weapons, vehicles, and illegal money seizures during the month of January. Your success has a direct impact on the safety and quality of life in the communities of South Florida and on narcotics trafficking throughout the nation.

You are to be commended for your outstanding skills, professionalism, and teamwork.

**<u>CONGRATULATIONS! WE ARE VERY PROUD OF YOU.</u>**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) Donald H. Warshaw
Chief of Police

JEB:dm









MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

# City of Miami



DONALD H. WARSHAW
Chief of Police

JOSE GARCIA-PEDROSA
City Manager

31 March 1998

Detective Marcos T. Perez
I.B.M. #5627
Joint Interdiction Unit/Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Joint Interdiction Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of January, 1998. In nominating the team for the award, your Commander, Lieutenant Israel Gonzalez, reported your outstanding achievements.

You and the members of the Joint Interdiction Unit assigned to the South Florida Impact Money Laundering Task Force culminated a month's work involving several targets in South Florida.

After long hours of gathering the necessary intelligence information and surveillance, you made a total of seven arrests. Thereby, seizing 198 kilograms of cocaine and four automatic weapons, as well as three vehicles and a total of $1,751,467.00 in illegal money.

Sergeant Rufus Williams, Detectives James Bittar, Gary Dooling, Eliezer Lopez, Jorge A. Martin, Marcos T. Perez, Robin R. Starks, and Jesus W. Valdes, are all to be commended for your outstanding camaraderie, professionalism, and hard work.

**CONGRATULATIONS!  WE ARE VERY PROUD OF YOU.**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) Donald H. Warshaw
Chief of Police

JEB:dm






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

# City of Miami



DONALD H. WARSHAW
Chief of Police

JOSE GARCIA-PEDROSA
City Manager

22 January 1998

Detective Marcos T. Perez
I.B.M. #5627
Interceptor Detail/Special Operations Unit/Special Investigations
Section

Dear Detective Perez:

It is my pleasure to inform you that the Special Operations and
the Joint Interdiction Units have been selected for the Criminal
Investigations Division's 1997 Unit Citation Award of the Year.

Throughout the year, five teams of the Special Operations and the
Joint Interdiction Units have won a total of seven Unit Citation
Awards for outstanding work. The various operations have retrieved
over $30 million dollars in illegal money and 12 houses, as well
as 900.8 kilograms of cocaine, 2.7 kilograms of crack, 5,612
pounds of marijuana, and 9.6 kilograms of heroin.

Lieutenants Juan Garcia, Israel Gonzalez, John C. Griffin,
Sergeants Wilfredo Abascal, Rufus Williams, Detectives Jose A.
Alfonso, James Bittar, Jorge R. Colina, Sonia Crespo, Leslie
Dallemand, Luis Diazlay, Gary Dooling, Carlos C. Dorta, Jose M.
Garcia, Alberto A. Lopez, Eliezer Lopez, Jorge A. Martin, Rafael
Masferrer, Eladio M. Paez, Alberto R. Pena, Marcos T. Perez,
Lorraine M. Rubio, Robin R. Starks, and Jesus W. Valdes, are all
to be commended for your outstanding achievements.

**CONGRATULATIONS!   WE ARE VERY PROUD OF YOU.**

Sincerely,

RECEIVED
FEB 12 1998
MIAMI POLICE DEPT.
PERSONNEL UNIT

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) Donald H. Warshaw
Chief of Police

JEB:dm






MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565



# COMMENDATION

## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police




Awarded to: ___PEREZ, Marcos___    P.D.# ___5627___

Classification: ___Police Officer___    Unit: ___Special Operations___

The Special Operations Unit has once again ended a year with impressive work statistics and significant accomplishments. The below listed supervisors and investigators have all contributed substantially, and share in the success and well established recognition of the Special Investigations Section. During the past year, The Special Operations Unit has conducted several major investigations. Some of these investigations involved sensitive wiretaps and dangerous undercover operations. As a result of these investigations, the Special Operations Unit was able to amass the following totals:

### SEIZURES

Cocaine.................. 684 kilos
Heroin.....................9 kilos
Marijuana............... 5,612 pounds

US Currency......... $6,873,221.00
Vehicles............... 27
Firearms............... 49

### ARRESTS/SEARCH WARRANTS

Arrests.................. 129 Felonies
Marijuana Labs......... 10

Search Warrants....... 136
Wiretaps............... 30

Date

Recommended by: Lt. Juan Garcia  12/30/97

Supervisor: _Sgt. _____ 12/30/97_

Unit Commander: _Lt. Juan Garcia 12/30/97_

Deputy Section Commander: _____

Section Commander: _Major C. Smith 12/30/_

Assistant Chief: _____ (12/31/97_

Deputy Chief: _S.C. Heathen 1/5/98_

Chief of Police: _D. W. _____ JAN 05/1998_

A Century of Service

RECEIVED
JAN 07 1998
MIAMI POLICE DEPT.
PERSONNEL UNIT

Distribution:

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)

POLICE/FO.#36Rev./96

# City of Miami



DONALD H. WARSHAW
Chief of Police

EDWARD MARQUEZ
City Manager

15 October 1997

Detective Marcos Perez
I.B.M. #5627
Special Operations Unit/Special Investigations Section

Dear Detective Perez:

It is my pleasure to inform you that the Special Operations Unit has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of September, 1997. In nominating you for the award, your Commander, Lieutenant Juan Garcia, reported your outstanding achievements.

For approximately a year and a half you investigated "Operation Windjammer" which was successful in arresting 26 drug traffickers, and the seizures of cocaine, marijuana plants, U.S. currency, handguns, and assault rifles.

This investigation would not have been possible without the cooperation of all the investigators involved. Each contributed immensely to the success of the investigation which at times involved 14 to 16 hour work days, 6 to 7 days a week.

Sergeant Wilfredo Abascal, Detectives Jose A. Alfonso, Leslie Dallemand, Luis Diazlay, Jose M. Garcia, Rafael Masferrer, Eladio M. Paez, Alberto R. Pena, Jose A. Perez, and Marcos Perez on a daily basis you distinguished yourselves for your collective teamwork, and you are to be commended for your outstanding diligence, cooperation, and dedication to duty.

**CONGRATULATIONS!  WE ARE VERY PROUD OF YOU.**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) Donald H. Warshaw
Chief of Police



JEB:dm







MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565

# COMMENDATION





## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police

Awarded to: __Marcos Perez__  P.D.# __5627__

Classification: __Police Officer__  Unit: __Special Operations__

On Wednesday, August 13, 1997, members of Special Investigations Section's Interceptor and Smuggling Details together with the Miami Field Division of the Drug Enforcement Administration's Group 3, culminated a week long narcotics investigation.

This investigation targeted a narcotics distribution organization responsible for supplying the local area with multiple kilos of cocaine on a daily bases. The main target was identified and a surveillance was established, in hopes of intercepting a delivery of 10 kilos earmarked for a confidential source. As often is the case in narcotics investigations, the delivery was never made and surveillance was terminated after almost 18 hours of surveillance.

On the following morning, surveillance was reestablished at three separate locations which were identified the day before as possible stash-houses. The exhaustive and often mundane surveillance paid-off, when surveillance units observed the main target of the investigation leaving her residence with a large bag. An investigative stop revealed 10 kilos of cocaine in the bag. Investigators quickly discerned that one of the other locations which they had identified the day before and were currently watching was in fact the stash house.

*Thanks for your continued hard work*
*Smith*

(Over)

Date

Recommended by: Lt. Juan Garcia 9/30/97

Supervisor: _Sgt. _____ 0006 cf/34/9_

Unit Commander: _Lt. Juan Garcia 9/34/97_

Deputy Section Commander: _____

Section Commander: _Major Carolyn Smith 11/9/30_

Assistant Chief: _____ 10/2/97

Deputy Chief: _SC Heath ___ 1997_

Chief of Police: _____ OCT 0 3 1997

### A Century of Service

Distribution:

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)

POLICE/FO.#36Rev./96

RECEIVED
OCT 0 6 1997
MIAMI POLICE DEPT.
PERSONNEL UNIT

# City of Miami



DONALD H. WARSHAW
Chief of Police

EDWARD MARQUEZ
City Manager

26 September 1997

Detective Marcos Perez
I.B.M. #5627
Interceptor Detail/Special Operations Unit/Special Investigations
Section

Dear Detective Perez:

It is my pleasure to inform you that the Interceptor Detail has been selected for the Criminal Investigations Division's Unit Citation Award for the Month of August, 1997. In nominating you for the award, your Commander, Lieutenant Juan Garcia, reported your outstanding achievements.

During the month of August, you and the members of the Interceptor Detail conducted a variety of different tasks, compiling an impressive statistical record.

Highlights of your achievements were when you arrested ten major narcotics traffickers, and seized one firearm, 61 kilos of cocaine, and U.S. currency.

Sergeant Wilfredo Abascal, Detectives Leslie Dallemand, Luis Diazlay, Jose M. Garcia, and Marcos Perez, on a daily basis you display relentless initiative, pride, and an unselfish sacrifice in combating the war on drugs, and you are to be commended for your outstanding diligence, teamwork, and dedication to duty.

**CONGRATULATIONS!  WE ARE VERY PROUD OF YOU.**

Sincerely,

John E. Brooks
Assistant Chief
Criminal Investigations Division
(for) Donald H. Warshaw
Chief of Police

JEB:dm




MIAMI POLICE DEPARTMENT/P.O. BOX 016777 / Miami, Florida 33101 / (305) 579-6565




CITY OF MIAMI, FLORIDA

## INTER-OFFICE MEMORANDUM

| | | | |
|---|---|---|---|
| TO : | Jose R. Ernand<br>Sr. Executive Assistant<br>Office of the Chief<br>(Through Channels) | DATE : | September 19, 1997   FILE :   PER 4-1-3 |
| | | SUBJECT : | Departmental Unit Citation<br>Recommendation for<br>September 1997. |
| FROM : | Lt. Juan Garcia<br>Commander<br>Special Operations Unit | REFERENCES :<br><br>ENCLOSURES: | |

It is with great pride and admiration that I recommend the Criminal Investigations Division's Special Operations Unit for the Departmental Unit Citation Award for September 1997.  The Special Operations Unit has distinguished itself through collective team work, creative investigative talents, innovative insight, high personal integrity, and most of all through the perseverance shown during the course of a prolonged and extremely complex and sensitive wiretap narcotics investigation code named "Operation Windjammer".

On September 16, 1997, the Special Operations Unit culminated an investigation which began back in April of 1996 when the Drug Enforcement Administration joined forces with the Miami Police Department to investigate the distribution and flow of narcotics into the Wynwood area of Miami.  Through the use of undercover investigative techniques and informants,  the investigation progressed and eventually led to eight (8) separate wiretaps. It was during the wiretap phase of the investigation that an elaborate organization was revealed.  The inner workings of the organization involved local distributors, as well as higher ranked  Colombian Drug Cartel cell-heads.

In addition to the street-level sale of crack cocaine, conservatively estimated  between five to ten kilos a week, the targeted organization also imported hundreds of kilos into the United States from Colombia.

The investigation, which lasted approximately a year and a half, was successful in identifying over twenty seven (27) key players responsible for the crack and powder cocaine distribution and street sales occurring in the City of Miami's Wynwood area and in South Florida.  Among those arrested was a popular Miami DJ, Raul Medina, better known on the streets as "DJ Raw" who was a rapper living the lifestyle of his lyrics selling crack cocaine, carrying guns and hiding from the law.

During the course of this investigation, members of the Special Operations Unit conducted hundreds of hours of surveillance, gathered volumes of intelligence, and wrote countless investigative reports.

Jose R. Ernand                                    Departmental Unit Citation
Page 2                                            Recommendation

The proactive phase of this investigation was concluded on September 16, 1997 with an early-morning arrest sweep that netted twenty six (26) drug traffickers, 16 kilos of cocaine, 523 marijuana plants, over $60,000.00 dollars in cash, eight (8) handguns and (2) two assault rifles.

This investigation would not have been possible without the cooperation of all the investigators involved. Each contributed immensely to the success of the investigation which at times involved fourteen to sixteen hour work days, six to seven days a week.

In the wake of this investigation, I have personally witnessed several profound statements from leaders within the Law Enforcement and Criminal Justice community which have credited the City of Miami Police Department, and in particular investigators from the Special Operations Unit, as having made a significant impact on the local drug trade.

On a public forum, this investigation has demonstrated that the Miami Police Department is an organization of dedicated men and women, who are uncompromising in the pursuit of their duties.

The honor of being nominated and awarded the Departmental Unit Citation Award will openly acknowledge that the Special Operations Unit's initiative, dedication, integrity, and commitment to excellence has been duly recognized.  It is for these reasons that I nominate the Special Operations Unit for the Departmental Unit Citation Award for September 1997.

Sgt. Wilfredo Abascal                             Det. Alberto Pena
Det. Eladio Paez                                  Det. Ralph Masferrer
Det. Luis Diazlay                                 Det. Jose M. Perez
Det. Jose Alfonso                                 Det. Leslie Dallemand
Det. Marcos Perez

Your consideration of this nomination will be greatly appreciated.

JG:jg

CITY OF MIAMI, FLORIDA

### INTER-OFFICE MEMORANDUM

| | | |
|---|---|---|
| TO : | John E. Brooks<br>Assistant Chief<br>Criminal Investigations Division<br>(Through Channels) | DATE : September 8, 1997     FILE : PER 4-1<br><br>SUBJECT : Divisional Officer of<br>the Month for August 1997 |
| FROM : | Sgt. Wilfredo Abascal<br>S.O.U./Supervisor<br>Special Investigations Section | REFERENCES :<br><br>ENCLOSURES: |

Once again, it is my pleasure to bring to your attention the diligence, dedication and outstanding accomplishments by the Special Investigations Section, Special Operations Unit, Interceptor Detail during the month of August 1997.   The Interceptor Detail consist of one sergeant and four investigators.

The Interceptor Detail continues its relentless pursuit of narcotics traffickers emanating from Miami.  The Interceptor Detail has utilized an array of investigative techniques that has allowed them to compile the following statistics for the month of August 1997:

During the month of August, the Interceptor Detail initiated six (6) investigations, conducted 60 surveillances, interviewed 23 confidential informants, interviewed 34 suspects, and executed 10 search warrants.  As a result, the Interceptor Detail has arrested ten (10) major narcotics traffickers, seized one (1) firearm, 61 kilos of cocaine, and $145,046.00 dollars U.S. currency.

I, therefore, nominate the members of the Interceptor Detail for the Divisional Officer of the Month for August 1997, and pray that they receive recognition for their extraordinary performance.

| Interceptor Detail Personnel | IBM |
|---|---|
| Det. Luis Diazlay | 1451 |
| Det. Jose M. Garcia | 2177 |
| Det. Leslie Dallemand | 1319 |
| Det. Marcos Perez | 5627 |

WA:wa

# DADE COUNTY PUBLIC SCHOOLS

SCHOOL BOARD ADMINISTRATION BUILDING  • 1450 NORTHEAST SECOND AVENUE • MIAMI, FLORIDA  33132

**Roger C. Cuevas**
Superintendent of Schools

**Alex M. Bromir**
Chief Administrator
Bureau of Community Services
(305) 995-1215

**Dade County School Board**
Dr. Solomon C. Stinson, Chair
Mr. Demetrio Pérez, Jr., Vice Chair
Mr. G. Holmes Braddock
Mr. Renier Diaz de la Portilla
Ms. Perla Tabares Hantman
Ms. Betsy H. Kaplan
Dr. Michael M. Krop
Mrs. Manty Sabatés Morse
Ms. Frederica S. Wilson

June 19, 1997

Investigator Marcos Perez
City of Miami Police Department
Professional Compliance Office
1000 N.W. 62 Street
Miami, FL   33150

Dear Investigator Perez:

On behalf of the Dade County Public Schools' Division of Community Education and Participation and Florida International University's Institute for Public Policy and Citizenship Studies, we extend our sincere gratitude to you for the significant contribution you rendered towards the success of the Intergenerational Public Policy Summer Institute on "Violence as a Public Health Issue." Your presence and your sincere interest in this type of activity, by which the generations have an opportunity to learn and share together, provided a tremendous boost to the quality of the Institute.

The strong enthusiasm you aroused as a result of your excellent presentation and the leadership you exhibited helped to make the Institute a very special experience. Furthermore, your astuteness, style and sensitivity to this unique blending of age groups resulted in the reinforcement of a renewed desire among the attendees to bridge the generation gap and strive towards their mission to become advocates for each other.

Thank you once again for taking time from your hectic schedule to participate in this program. We look forward to working with you throughout the year as the intergenerational teams develop joint projects on this topic which will have lasting benefits to the future of our community.

Sincerely,

Marilynn Bloom, Director
F.I.U. Intergenerational Summer Institute

Ramona Frischman, Supervisor
Division of Community Education and
Participation

RF/MB:jrm

cc:    Mr. Alex M. Bromir
       Dr. John F. Stack, Jr.



### DONALD H. WARSHAW
CHIEF OF POLICE

May 14, 1997

Investigator Marcos T. Perez
Special Operations Unit
Special Investigations Section
Miami Police Department

Dear Investigator Perez:

Congratulations! I am very proud of your efforts which resulted in your being recognized, along with fellow officers of the Special Operations Unit and other members of local/federal agencies, as "Heroes of Government Reinvention" for your success in combating the illegal laundering and exporting of U.S. currency.

I applaud your dedication and hard work. Thank you for a job well done.

With appreciation,

Donald H. Warshaw
Chief of Police

DHW:mp
Enclosure

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)



RECEIVED
MAY 19 1997
MIAMI POLICE DEPT.
PERSONNEL UNIT

# *Of Note*

## Local, federal police agencies honored

 Three local agencies and the local branches of two federal agencies were honored Friday for their successes in combating the illegal laundering and exporting of U.S. currency. The **Metro-Dade** and **Miami police departments;** the **Dade County medical examiner's office;** and local branches of the **U.S. Customs Service** and the **Defense Department** were lauded as Heroes of Government Reinvention in ceremonies at the Radisson Mart Plaza Hotel, 711 NW 72nd Ave.





# COMMENDATION

## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police

Awarded to: _____ PEREZ, Marcos _____ P.D.# _5627_

Classification: _Police Officer_ Unit: _Special Operations_

In April 1997, Detective Marcos Perez was assigned to a walking beat in the Coconut Grove area of Miami. The walking beats were instituted in response to concerns from the community that the area had been besieged by an unrelenting criminal element, namely drug dealers. Detective Perez, who was drafted for this assignment, enthusiastically accepted his new duties and eagerly reported for work.

On April 21, 1997, Detective Perez, while in the performance of his walking assignment, uncovered the location of a narcotics stash house. The stash houses in this particular area are extremely difficult to detect and are often heavily guarded. Nevertheless, with calm courage and in the presence of great danger he acted on his uncanny instincts and moved in. He and his partner then summoned for assistance. Once backup arrived, Detective Perez ensured the suspects were detained and then proceeded to procure a search warrant for the residence. Approximately two hours later, the warrant was signed and Detective Perez returned to the stash house to begin his search.

*Thank you! Outstanding work!* (over)



*A Century of Service*

Date

Recommended by: Lt. Juan Garcia

Supervisor: SGT. RENE LANDA

Unit Commander: Lt. Juan Garcia 5/1/97

Deputy Section Commander: _____

Section Commander: Major _____ 5/1/97

Assistant Chief: _____ 5/13/97

Deputy Chief: _____ 5/14/97

Chief of Police: D. Wa_____ 5/15/97

**Distribution:**

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)

POLICE/FO.#36Rev./96

RECEIVED
MAY 16 1997
MIAMI POLICE DEPT.
PERSONNEL UNIT

The search revealed a large cache of drugs: 76.6 grams of crack cocaine, 108.1 grams of marijuana, and 7.7 grams of powder cocaine.  Also found was a 9mm pistol and $2,200.00 dollars in cash.  In street terms, this was a very significant seizure, but more importantly it sends a positive message to the community that the police department will swiftly and aggressively take control of the illicit drug trade which plagues their streets.

I commend Detective Perez for favorably accepting what many viewed as an undesirable assignment, and  turning it into a  productive, and very noteworthy effort.  I am sure that the Coconut Grove community joins me in saying "thanks for a job well done."

I further recommend that a copy of this commendation be placed in his personnel file as a permanent record of his achievement.



# COMMENDATION

## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police




**Awarded to:** MARCOS PEREZ    **P.D.#** 5627

**Classification:** POLICE OFFICER    **Unit:** SPECIAL OPERATIONS/S.I.S.

During the month of April, the Training Unit successfully conducted a second training program entitled, "Tactical Street Narcotics Investigations Course."

During the recent course, Officer Marcos Perez found the time in his busy schedule to assist the Training Unit in the development, implementation, and the presentation of the program. The program was attended by 18 Law Enforcement professionals, with the majority of participants representing neighboring agencies. The success of the course could not have been realized without Ofc. Perez's expertise, and assistance as a primary instructor. His professional demeanor and his ability to deliver the program in an expertly structured format helped portray the image of the Training Unit and the Department in a very positive and professional manner.

Ofc. Perez 's significant contribution to the program is immeasurable and greatly appreciated. I want to recognize and commend him for his dedication and commitment to the Law Enforcement Profession.

I recommend that a copy of this commendation become a permanent part of his personnel file.



RECEIVED MAY - 1 1997 MIAMI POLICE DEPT. PERSONNEL UNIT

*A Century of Service*

|  | Date |
| --- | --- |
| Recommended by: | 4-23-97 |
| Supervisor: | SGT. RENE LANDA ⊼38% |
| Unit Commander: | Juan Garcia 4/29/97 |
| Deputy Section Commander: |  |
| Section Commander: | Lt. Juan Garcia 4/29/97 |
| Assistant Chief: | 4/29/97 |
| Deputy Chief: | 4/30/97 |
| Chief of Police: | 5/1/97 |

**Distribution:**

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)

POLICE/FO.#36Rev./96



# COMMENDATION

## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police

Awarded to: _____Marcos Perez_____          P. D.#: _____5627_____

Classification: _____Police Officer_____   Unit: _____CID SIS_____

On 11/26/96, Sila Gil, the mother of M.P.D. Officer David Sanchez was shot and killed during an attempted armed robbery at her home. This tragic incident set off a massive manhunt by nearly 100 Officer from all areas of the Miami Police Department. The homicide team that was assigned this investigation could not have done it alone. Without the hundreds of hours worked by these Officers, most of which were volunteered, Yudex Castellanos and Octavio Paz would not be in jail now charged with the first degree murder of Sila Gil. The indispensable assistance which these Officers provided is what allowed the homicide investigators to successfully solve this terrible murder.

From finding the Nissan van used in the shooting, to helping identify additional witnesses, to surveillance's on the offenders family and friends, and finally locating the murder weapon, are just a few of the tasks that helped put together this successful investigation and on going prosecution.

I thank and commend all the Officers who participated in this investigation and recommend that this commendation become part of their permanent file.

RECEIVED
MAR 0 4 1997
MIAMI POLICE DEPT.
PERSONNEL UNIT

**100**
*A Century of Service*

Distribution:

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)

POLICE/FO.#36 Rev.9/95

|  | Date |
|---|---|
| Recommended by: _Sgt. Wilson Cadeau_ | 2/9/97 |
| Supervisor: _A/Sgt. _____ 1521_ | 2/26/97 |
| Unit Commander: _A/Lt. _____ Willia_ | 2/26/97 |
| Deputy Section Commander: | |
| Section Commander: _Major CJ Smith_ | 2/26/97 |
| Assistant Chief: | 2/28/97 |
| Deputy Chief: _BC Heathan_ | 3/3/97 |
| Chief of Police: | MAR 0 3 1997 |

# COMMENDATION



## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police



**Awarded to:** PEREZ, Marcos      **P.D.#** 5627

**Classification:** Police Officer      **Unit:** Special Operations Unit

In December 1995, the International Currency Enforcement Detail was formed to work in conjunction with the Metro Dade Police Department and the U.S. Customs Service in an effort to target illicit organizations involved in laundering money for Colombian drug lords. The three law enforcement agencies became part of the U.S. Customs Outbound Currency Task Force. This task force has been very successful since its inception and has seized an incredible amount of illicit cash, totaling over 31 million dollars in U.S. currency.

The success of the task force is directly attributed to all the hard working team members assigned to it. One extraordinary team member is Detective Marcos Perez. Det. Perez is one of the original investigators assigned to the task force, and his contributions to it has been both outstanding and exemplary. On many occasions, Det. Perez has responded to the Miami Airport on a moments notice, regardless of time of day, whether on or off duty, and despite whether or not he was engaged in family activities. His work product is excellent, and his motivation and drive is noteworthy. Although Det. Perez is relatively new to law enforcement, he is a mature professional and performs his work as though he were a seasoned officer.

(over)

**A Century of Service**

                                               Date

Recommended by: A/Sgt. Carlos Dorta

Supervisor: A/Sgt. _____ 2/19/97

Unit Commander: _____ 8/20/97

Deputy Section Commander: _____

Section Commander: Major C.A. Smith 2/20/97

Assistant Chief: _____ 2/26/97

Deputy Chief: S.C. Heathen 2/27/97

Chief of Police: _____ MAR 0 3 1997

**Distribution:**

Dept. of Personnel Management
Police Personnel Unit
Employee's Unit/Section File
Employee (Original)

POLICE/FO.#36Rev./96

RECEIVED
MAR 0 4 1997
MIAMI POLICE DEPT.
PERSONNEL UNIT

Det. Marcos Perez is an asset to the Special Investigations Section.  He is considered the "spark plug" of the I.C.E. Detail.  The hard work and personal sacrifice of Det. Perez has greatly contributed to the overall mission of the Outbound Currency Task Force.  I sincerely appreciate his effort and recommend that a copy of this commendation be placed in his personnel file as a permanent record of his exemplary performance.

# COMMENDATION



## MIAMI POLICE DEPARTMENT

### Donald H. Warshaw, Chief of Police



Awarded to: **Marcos Perez**   P.D.# **5627**

Classification: **Police Officer**   Unit: **Special Operations Unit**

Once again, it is with great pride and pleasure to commend Det.'s Sonia Crespo, Jorge Colina, and Marcos Perez for their outstanding contributions to the success of the U.S. Customs Outbound Currency Task Force. Throughout the country, due to budget reductions, employees of both the government and of the private sector, have been asked and expected to perform their jobs while assuming additional duties with less personnel. The members of the I.C.E. Detail have embraced this new management concept, and thus far, have performed exceptionally well. The team has cheerfully and willingly tackled the extra responsibilities while giving 100%.

During the month of January 1997, the I.C.E. Detail investigators worked many long hours performing random passenger examinations, international cargo inspections, follow-up money laundering investigations, and long term surveillances. Their statistics for the month was, to say the least, noteworthy. The I.C.E. Detail was instrumental in conducting the following seizures:

**$2,326,943.00, 5 arrests, 4 firearms, 59 flight checks, 32 cargo checks, 1 consent search, and 2 surveillances conducted.**

Over

Date

RECEIVED FEB 25 1997 MIAMI POLICE DEPT. PERSONNEL UNIT

Recommended by: A/Sgt. Carlos C. Dorta

Supervisor: _A / Sgt. Vc. Ord____ 2/11/97

Unit Commander: _Lt. Juan Garcia_ 2/13/97

Deputy Section Commander: _____

Section Commander: _____ 2/1/97

Assistant Chief: _____ 2/20/97

Deputy Chief: _____

Chief of Police: _____ 2/21/97

Distribution:

**Dept. of Personnel Management**
**Police Personnel Unit**
Employee's Unit/Section File
Employee (Original)

**POLICE/FO.#36Rev./96**

*A Century of Service*

The investigators participated and responded to different scenarios, and performed the task at hand on a moments notice, and on several occasions sacrificed personal and family time. The team members are true professionals, and are an asset to the Special Operations Unit and to the Miami Police Department.

The members of the I.C.E. Detail are self motivated and display tremendous tenacity and work ethics. I am honored to be associated with them and appreciate their efforts and contributions to S.I.S., and to the Miami Police Department. I therefore recommend that a copy of this commendation be placed in their respective files.

Det. Sonia Crespo
Det. Jorge Colina
Det. Marcos Perez



# UNIVERSITY OF Miami

April 11, 1996

Chief Donald Warshaw
City of Miami Police Department
400 NW 2nd Ave
Miami, Fl 33128

Dear Chief Warshaw,

I would like to take this opportunity to commend officer Marcos T. Perez for his excellent presentation given to the students of the University of Miami, Center for Addiction Studies and Education, Course CD101/The Disease of Addiction: Causes and Treatment instructed by Frank Cruz-Alvarez, regarding the important and difficult task of your Department against the drug problem in our community and the need of a common effort between the law enforcement agencies and the clinical field.

Sincerely,

Louise Sevilla, Director
Center for Addiction Studies and Education

Office of the
Chief of Police
Miami, Fla.

APR 15 1996

RECEIVED

School of Continuing Studies
Center for Addiction Studies and Education
P.O. Box 248005
Coral Gables, FL 33124-1610
305-284-6600
Fax: 305-284-6279




# COMMENDATION

## Miami Police Department

### Donald H. Warshaw, Chief of Police

Awarded to:   __Marcos Perez__                                P.D. #: __5627__

Classification: __Police Officer__        Unit: __Special Operations Unit__

In October 1995, the City of Miami Police Department joined forces with DEA to establish a narcotics investigation which pervaded the United States. The Miami based operation was named Nationwide, and was operated from a clandestine business within the City of Miami. The Miami investigation entailed 13 wire taps, and targeted over 24 narcotics traffickers from a Colombian Drug Cartel. Officers from the Special Investigations Section's Interceptor, Vice, Dignitary, ICE, and Bomb Details, were instrumental by rendering their assistance during this investigation.

The officers listed below conducted hundreds of surveillances during a five month period, which were essential to the success of the investigation. During the investigation, these officers participated in several covert and dangerous operations, during which large sums of US currency and cocaine were seized as evidence. The Miami based investigation was considered to be the most successful in the nation. The camaraderie and team work contributed by these officers made this operation a success. I commend these officers for their outstanding performance, and request that a copy of this commendation be placed in their personnel files.

(over)

Date

Recommended by:  __Sergeant Wilfredo Abascal__     03/01/96

Supervisor: _Sgt. R. Anglin 2388_    03/11/96

Unit Commander: _Lt. Juan Garcia 2178_  3/11/96

Deputy Section Commander: _Capt. J. E_    3/11/96

Section Commander: _____  3/12/96

Assistant Chief: _____  3/14/96

Deputy Chief: _BCheatham_  MAR 19 1996

Chief of Police: _DWW_  3/19/96

Distribution:

**Dept. of Personnel Management**
Police Personnel Unit
**Employee's Unit/Section File**
**Employee (Original)**

POLICE/F.O.# 36 Rev.1/95

**Special Investigations Section**

| | | | | | |
|---|---|---|---|---|---|
| 1. | Ofc. L. Dallemand | IBM #1319 | 9. | Ofc. A. Pena | IBM #5562 |
| 2. | Ofc. L. Rubio | IBM #6154 | 10. | Ofc. S. Crespo | IBM #1253 |
| 3. | Ofc. J. Martin | IBM #4398 | 11. | Ofc. L. Diazlay | IBM #1451 |
| 4. | Ofc. J. Colina | IBM #1126 | 12. | Ofc. J. M. Garcia | IBM #2177 |
| 5. | Ofc. R. Ramirez | IBM #5873 | 13. | Ofc. J. Shepherd | IBM # 6445 |
| 6. | Ofc. G. Dooling | IBM #1520 | 14. | Ofc. F. Molina | IBM #4838 |
| 7. | Ofc. J. Alfonso | IBM #0122 | 15. | Ofc. C. Dorta | IBM # 1521 |
| 8. | Ofc. M. Perez | IBM #5627 | 16. | Ofc. J. Valdes | IBM #7246 |

*Thanks Marco. Your efforts contributed to the overwhelming success of this case.*

*Maj. Wigoot*

# City of Miami



**CALVIN ROSS**
Chief of Police

**CESAR H. ODIO**
City Manager

JUN 2 4 1994

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

Thank you for your thoughtful letter commending Officers Kevin McNair and Marcos Perez. It was indeed considerate of you to take the time to write.

It will be a pleasure to commend them and to include a copy of your letter in their personnel files.

Please do not hesitate to call us if we can be of assistance in the future.

Sincerely,

Calvin Ross
Chief of Police

CR:tp

cc:  Off. Kevin McNair - Patrol North B
     ~~Off. Marcos Perez - Patrol North B~~

bcc: Civil Service
     ~~Serial Record~~
     Unit File

---

MIAMI POLICE DEPARTMENT /P.O.BOX 016777 / Miami, Florida 33101 / (305) 579-6565



MY BELOVED BROTHER;

OTHER CHIEF CALVIN ROSS;

DEAR BROTHER ROSS; SOME-
ME AGO; MY SON ███████████
███████████; TRIED TO COMMIT
ICIDE (APRIL 21,1994) THURSDAY
TE;

ESTIMATED THE TIME ACCORD-
? TO HIS MOTHER; 9:30 P.M;
SON TRIED TO TAKE HIS LIFE
A TRAIN FIRST; AFTER THAT
PN'T WORK; HE TRIED RUNNING IN
ONT OF CARS ON ██████████████
?T DIDN'T WORK NEITHER; SO HIS
ST CHANCE CAME; TWO MIAMI
ICEMEN CAME AND HE TRIED TO
KE THE POLICEMAN REVOLVER
'D SHOOT HIMSELF; THE POLICE-
N RESTRAINED ■ HIM IN A VERY
FESSIONAL WAY;
E PROBLEMS I HAD WITH THE
SPITAL (JACKSON CRISIS) GAVE

NEITHER DID THE DOCTORS SPEAK
TO ME; WHICH GOT ME UPSET:
BUT THE MAIN THING IS THAT
HE IS ALIVE AND WELL AND
THE ALMIGHTY GOD HAS SAVE
HIM; AND HIS LOVE ONE'S AND
FRIENDS WHO WHERE ALSO TRYING
TO SAVE HIM:
    BUT IF; IS IT POSSIBLE TO
THANK BOTH OFFICERS IN PERSON:
I WOULD:
    BUT I DO NOT KNOW THEM
OR THERE NAMES; SO THANK THEM
FOR ME:
GOD BLESS YOU ALL; WITH A SMILE:

*Thank's!*



Office of the
Chief of Police
Miami, Fla.

MAY 09 1994

RECEIVED

P.S. ✱ I COMMEMORATE THOSE
OFFICERS AND FRIENDS WHO HELP SAVE
MY SON LIFE THAT NIGHT:

C. MARK HILL / JOSE GALVEZ
140 NW 59th STREET
MIAMI,FLORIDA  33127
(305) 759-8888

TO:OFFICERS MESIDORE #4732,PEREZ #5627,PENN #5560

CITY OF MIAMI POLICE DEPARTMENT                    FEBRUARY 3,1994

Officers Mesidore, Perez, Penn,
      We are writing to thank you for your exceptional police work in the apprehension
of an armed robber, Van Johnson, who attempted to rob us at gun point and accomplished
the same with our friend , Orestes Vasquez.
      We were very impressed with the rapid response and immediate arrest of the offender.
We were impressed even more with the overall attitude all of you possessed.Your dedication
to your profession,your concern for other people and your community, and your enthusiastic
pursuit of an obviously dangerous criminal helped us to rediscover confidence in our local
police force.If the Miami Police Department could employ more people of your caliber, the
whole community at large could reacquaint themselves with a "child-like confidence" in the
Miami Police Department.
      We are presently in residence at Spectrum Dade/Chase Treatment Center where a combined
population of approximately 100 staff and clients feel more at ease knowing your working the
streets of our dangerous community.
      We certainly believe that if the Miami Police Department had the wherewithal to employ
you, they will have the good sense to appreciate, commend and compensate youfor your standards
of excellence which should be displayed for all of your fellow officers to applaud and work
toward.
      Thank-you so much for the enthusiastic pursuit of your committment to a community
without crime. Such lofty idealism provides us all with the hope that we can achieve the
domestic tranquilty promised to us by our Founding Fathers.

                                          With sincere appreciation,

                                          MARK HILL/JOSE GALVEZ



# FEMA

## National Disaster & Emergency Management University

## Independent Study Program

Student Transcript

09/17/2025

# MARCOS T PEREZ

## SID#: XXXXXX9829

**IS-00015.b: Special Events Contingency Planning for Public Safety Agencies**
Date Completed: 6/28/2025
CEU: 0.40

**IS-00039: Disaster Responder Heat Safety**
Date Completed: 6/28/2025
CEU: 0.20

**IS-00100: Introduction to the Incident Command System, ICS-100**
Date Completed: 3/10/2006
CEU: 0.30

**IS-00120.a: An Introduction to Exercises**
Date Completed: 7/8/2010
CEU: 0.50

**IS-00130.a: How to be an Exercise Evaluator**
Date Completed: 6/29/2025
CEU: 0.30

**IS-00139: Exercise Design**
Date Completed: 1/3/2012
CEU: 1.50

**IS-00200: ICS for Single Resources and Initial Action Incidents, ICS-200**
Date Completed: 12/20/2006
CEU: 0.30

**IS-00230.b: Fundamentals of Emergency Management**
Date Completed: 1/3/2012
CEU: 1.00

**IS-00244.b: Developing and Managing Volunteers**
Date Completed: 6/28/2025
CEU: 0.40

**IS-00700: National Incident Management System (NIMS), An Introduction**
Date Completed: 3/10/2006
CEU: 0.30

**IS-00800.a: National Response Plan (NRP), an Introduction**
Date Completed: 12/20/2006
CEU: 0.30

**IS-00860: Introduction to the National Infrastructure Protection Plan (NIPP)**
Date Completed: 1/31/2008
CEU: 0.20

**IS-00907: Active Shooter: What You Can Do**
Date Completed: 9/7/2012
CEU: 0.10

**IS-00907.a: Active Shooter: What You Can Do**
Date Completed: 5/28/2025
CEU: 0.10

**IS-01150: DHS Human Trafficking Awareness for FEMA Employees**
Date Completed: 6/30/2025
CEU: 0.05

**IS-01174.a: Facility Security Committees (FSCs)**
Date Completed: 6/30/2025
CEU: 0.10

## ***** END OF TRANSCRIPT *****



**American Red Cross | EDGE**

# MARCOS PEREZ

7/15/2025

## Shelter Fundamentals v2

*Disaster Cycle Services*



American Red Cross | EDGE

# MARCOS PEREZ

7/7/2025

## Client Care Program: Disaster Client Intake Part 1

*Disaster Cycle Services*



American Red Cross | EDGE

# Client Care Program: Disaster Client Intake Part 2 Module 1

## MARCOS PEREZ

7/7/2025

*Disaster Cycle Services*



**American Red Cross | EDGE**

# Client Care Program: Disaster Client Intake Part 2 Module 2

7/7/2025

## MARCOS PEREZ

*Disaster Cycle Services*



American Red Cross | EDGE

# Client Care Program: Disaster Client Intake Part 2 Module 3

## MARCOS PEREZ

7/7/2025

*Disaster Cycle Services*





**Miami Police Training Center**

Miami, Florida

**Certificate of Achievement**

AWARDED TO

**Marcos Perez**

FOR SUCCESSFUL COMPLETION OF A ___10___ HOUR COURSE IN

**Terrorism Awareness**

THIS ___13th___ DAY OF ___December___ , 20 __04__

_____
Sgt. Richard Gentry
TRAINING OFFICER

_____
TRAINING DIRECTOR



**U A S I**

*Protecting the Homeland*

Be It Known That

# Marcos Perez

*Has Successfully Completed*

## An 24-Hour Intermediate (300) Level Incident Command Systems Course

*In Accordance With The National Incident Management System (NIMS) And The Federal Emergency Management Agency (NWCG) Standards*

*Sponsored By*

## Miami-Dade Police Department

*Presented By*

**All Hands Consulting**

*Held In Miami-Dade County, Florida*
*On December 20th, 2006*



*Richard Smith, Instructor*





**U A S I**

*P r o t e c t i n g   t h e   H o m e l a n d*



Be It Known That

# Marcos Perez

*Has Successfully Completed*

**An 16-Hour Advanced (400) Level Incident Command Systems Course**

*In Accordance With The National Incident Management System (NIMS) And The Federal Emergency Management Agency (NWCG) Standards*

*Sponsored By* _____

## Miami-Dade Police Department

*Presented By*
**All-Hands Consulting**

*Held In Miami-Dade County, Florida
On December 22nd, 2006*

_Richard Smith, Instructor_



Miami Police Training Center

Miami, Florida

Certificate of Achievement

AWARDED TO:
MARCOS PEREZ

FOR SUCCESSFUL COMPLETION OF A 80 HOUR COURSE IN
INSTRUCTORS TECHNIQUE WORKSHOP

THIS 13TH DAY OF DECEMBER 1996

TRAINING OFFICER

TRAINING DIRECTOR

# Institute of Police Technology and Management

## UNIVERSITY OF NORTH FLORIDA

This is to certify that

## MARCOS PEREZ

has successfully completed the 40 hour training course

## INVESTIGATIVE INTERVIEWS

conducted in Miami, Florida

November 17-21, 1997

UNIVERSITY OF
NORTH
FLORIDA

_William H. Hegerty_
COURSE DIRECTOR

_Bruce Carp_
DIRECTOR IPTM





LAWTON CHILES
GOVERNOR

JAMES T. MOORE, COMMISSIONER
FLORIDA DEPARTMENT OF
LAW ENFORCEMENT

STATE OF FLORIDA

# THE COMMISSION ON CRIMINAL JUSTICE STANDARDS AND TRAINING

Hereby awards to

MARCOS T. PEREZ

ADVANCED TRAINING CERTIFICATE
CASE PREPARATION AND COURT PRESENTATION
40 HOURS

For having fulfilled the requirements for training
as prescribed in Chapter 943
of Florida Statutes

WILLIAM A. LIQUORI, CHAIRMAN
CRIMINAL JUSTICE STANDARDS
AND TRAINING COMMISSION

A. LEON LOWRY II, DIRECTOR
DIVISION OF CRIMINAL JUSTICE
STANDARDS AND TRAINING

May 27, 1993

20-93-020-01

LAWTON CHILES
GOVERNOR

JAMES T. MOORE, COMMISSIONER
FLORIDA DEPARTMENT OF
LAW ENFORCEMENT

## STATE OF FLORIDA

# THE COMMISSION ON CRIMINAL JUSTICE STANDARDS AND TRAINING

Hereby awards to

MARCOS A. PEREZ

ADVANCED TRAINING CERTIFICATE
INVESTIGATIVE INTERVIEW
40 HOURS

For having fulfilled the requirements for training
as prescribed in Chapter 943
of Florida Statutes

RICHARD C. COFFEY, CHAIRMAN
CRIMINAL JUSTICE STANDARDS
AND TRAINING COMMISSION

A. LEON LOWRY, II, PROGRAM DIRECTOR
CRIMINAL JUSTICE
PROFESSIONALISM SERVICES

November 21, 1997                          20-97-047-01

# Certificate of Completion

This Document Certifies That

## Marcos Perez

Has participated in the 36 hour

## Critical Infrastructure & Key Resource Asset Protection Technical Assistance Program (CAPTAP)

### February 25-29, 2008

The CAPTAP service assists State and local law enforcement, first responders, emergency management, and other homeland security officials in understanding the steps necessary to develop and implement a comprehensive CIKR protection program in their respective jurisdiction, through the facilitated sharing of best practices and lessons learned.

O.J. Hogan
CAPTAP Instructor

Michael Clements
C/ACAMS Senior Project Officer
Department of Homeland Security

# STATE AND LOCAL ANTI-TERRORISM TRAINING PROGRAM



THIS IS TO CERTIFY THAT

# Marcos T. Perez

HAS SUCCESSFULLY COMPLETED 8 HOURS OF
STATE AND LOCAL ANTI-TERRORISM TRAINING

**February 22, 2012**
**Miami, Florida**

*Denise E. O'Donnell*

The Honorable Denise E. O'Donnell
Director, Bureau of Justice Assistance

Training coordinated on behalf of BJA
by the Institute for Intergovernmental Research®



**BJA**
Bureau of Justice Assistance
U.S. Department of Justice



# WIFSS

WESTERN INSTITUTE FOR FOOD SAFETY AND SECURITY

*certifies that*

## Marcos Perez

*has successfully completed the requirements of the WIFSS/DHS Agroterrorism Preparedness Curriculum training course:*

### Principles of National Incident Management System (NIMS), Team Building, and Risk Communication

*(5 instructional hours)*

*This course also meets the training requirements for:*

*\* AAVSB RACE,*

continuing education credit in jurisdictions which recognize AAVSB RACE approval; however participants should be aware that some boards have limitations on the number of hours accepted in certain categories and/or restrictions on certain methods of delivery of continuing education

**Race Provider #:** 391             **Program Number:** 391-4079             **# of CE Hours:** 6.00

**State:**_____        **License #:**_____

**Course Instructor Signature**_____

*\* FEMA IS-700 NIMS,*
*an introduction*



**WIFSS**

WESTERN INSTITUTE FOR
FOOD SAFETY AND SECURITY
**UCDAVIS**
UNIVERSITY OF CALIFORNIA

Western Institute for Food Safety and Security
University of California Davis
One Shields Avenue
Davis, CA 95616

*Rob Atwill, Principal Investigator*

March 31, 2010
Date



# Homeland Security

## NATIONAL PROTECTION AND PROGRAMS DIRECTORATE
## OFFICE OF INFRASTRUCTURE PROTECTION

THIS CERTIFICATE OF COMPLETION IS TO ACKNOWLEDGE THAT

___MARCOS PEREZ___

HAS REAFFIRMED A DEDICATION TO THE
OFFICE OF INFRASTRUCTURE PROTECTION'S MISSION THROUGH
CONTINUED PROFESSIONAL DEVELOPMENT AND COMPLETION OF THE

## ACTIVE SHOOTER PREPAREDNESS WORKSHOP

ON 12/08/2015



*CAITLIN DURKOVICH*
*ASSISTANT SECRETARY*
*INFRASTRUCTURE PROTECTION*

CLP: 6 HOURS

# Certificate of Training

This is to certify that

## Marcos T. Perez

has completed

## HLS-CAM

**Comprehensive Assessment Model Training**

**HLS-CAM 06-06 (2)**

and is certified in the HLS-CAM

Awarded this date June 29, 2006

Kenneth M. Glantz, Executive Director



# CITY OF HIALEAH

### DEPARTMENT OF POLICE

## *Certificate of Training*

**This is to certify that**

## OFC. MARCOS PEREZ

**Successfully completed an 8 HOUR training program entitled:**

## Tactical Leadership & Incident Management

**Held in the City of Hialeah, Miami-Dade County, Florida, on**

## October 14, 2009

**CHIEF Mark N. Overton**



**LT. Ed Caneva**
**Miami-Dade Police Dept.**

**CMDR. Juan Bofill**
**Training Commander**



# CERTIFICATE OF RECOGNITION

**TO**

**Marcos T. Perez**

For your completion of the

**Combating Domestic Terrorism and Extremism Training**

on SEPTEMBER 24th & 25th, 2009

Sponsored by:

The United States Attorney's Office SDFL

the Anti-Defamation League, and Broward College.

J. D. Smith, LECC
U.S. Attorney's Office
Southern District of Florida

# THE NATIONAL RIFLE ASSOCIATION OF AMERICA

CERTIFIES THAT

## MARCOS T. PEREZ

*Has successfully met the requirements established by the*
*National Rifle Association of America and is hereby designated an*

### NRA RANGE SAFETY OFFICER

JOHN C. FRAZER, SECRETARY
NATIONAL RIFLE ASSOCIATION

RANGE SAFETY OFFICER



**Valid through: 1/31/2023**