UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-CR-20346-MARTINEZ

UNITED STATES OF AMERICA

v.

MARCOS TOMAS PEREZ,

    *Defendant.*

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR ORDER AUTHORIZING CLERK TO ACCEPT
PRESENTENCING RESTITUTION PAYMENT**

THIS MATTER came before the Court upon *Defendant's Unopposed Motion for Order Authorizing Clerk to Accept Presentencing Restitution Payment*, ("the Unopposed Motion"), **[ECF No. 34]**. The Court, having considered the motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion **[ECF No. 34]** is **GRANTED**. The Clerk of Court is authorized to accept Defendant's presentencing payment toward restitution and to apply such payment to Defendant's restitution obligation.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 10th day of November, 2025.

*[signature]*
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE
