# Exhibit 1

**Auction# 50049 | Lot# 58869**

1 of 4




Sold on Nov 20, 2021 for: **US $25,200.00** includes BP (What's this?)

**Auction Ended:** Nov 20, 2021

**2013-14 LeBron James Game Worn Miami Heat Jersey with Heat Assistant Equipment Manager Letter.** The quest for a third consecutive NBA Championship and third consecutive NBA MVP Award this season would end in a Finals loss to the San Antonio Spurs and balloting loss to Kevin Durant respectively, but James was still undeniably the King as he sported this road red gamer while traveling with the Heat. The bold style features a tackle twill "Miami" and mesh number "6" on the chest, with "James 6" similarly applied to verso. Interior collar bears "2XL2" size tag, while lower left front tail reveals "Adidas NBA Authentics Size 2XL" label with "Length +2"" flap tag and "NBA Authentics" secondary label with "MHE02161" serial number.

That serial number is a key attribute here, as it is used to identify this garment as a gamer in the included letter of provenance from former Miami Heat assistant equipment manager Matt Dodson. Jersey exhibits game wear. The last LeBron James jersey from his time in Miami that Heritage has offered drew a winning bid of $87,000 in February 2020. *Letter of provenance from Miami Heat assistant equipment manager. LOA from Heritage Auctions.*

# Letter of Provenance

I, Matt Dodson, former assistant equipment manager of the Miami Heat, confirm the below mentioned item to be a game worn item from the player listed. The item was acquired during my time with the team. This item has been in my possession since it was originally acquired by me.

**Lebron James Game Worn 2013-2014 Miami Heat Red Jersey – Serial Number MHE02161**

[signature] 6-19-21

**MATT DODSON** **DATE**

LAUNCH AUCTION | FREE APPRAISALS

Grey Flannel AUCTIONS

**Full Previews.** NOW ONLINE

# Auction Archive

## 2014-15 Dwyane Wade Miami Heat Game-Used Road Jersey

(Sourced From Assistant Equipment Manager)



LAUNCH AUCTION | FREE APPRAISALS

Grey Flannel Auctions










SOLD FOR $2,520

I Have One To Sell

Make An Offer

Lot #: 962

Auction #: 82

Starting Bid: $500

Bids: 13

## Dwyane Wade's Miami Heat Jersey: A Symbol of Excellence

### An Iconic Piece of Basketball History

In the realm of basketball memorabilia, few items carry the weight and prestige of a game-worn jersey from a legendary player. This particular jersey, donned by none other than Dwyane Wade, encapsulates the spirit and triumphs of the Miami Heat. Wade, a cornerstone of the franchise, h[...] an indelible mark on the NBA, and this jersey [...] as a testament to his greatness.

### Detailed Cr[...]nticity

greyflannelauctions.com

The front left tail of the jersey features the Adidas

LAUNCH AUCTION | FREE APPRAISALS

Miami Heat's championship victories.

- **Team Name:** Across the chest, "MIAMI" is emblazoned in white on red tackle twill.
- **Player Number:** The number "3" is prominently displayed below and on the back in white mesh on red on black tackle twill.
- **Player Name:** "WADE" is elegantly sewn in white tackle twill directly onto the black jersey.
- **NBA Logo:** The official "NBA" logo is embroidered above the player name.

## A Jersey with Provenance

Sourced from the assistant equipment manager, this jersey is properly tagged, was *presented to us as game-used* and in our opinion shows appropriate use. Such provenance adds a layer of authenticity and allure, making it a coveted piece for collectors and fans alike. The jersey not only represents Wade's prowess on the court but also the Miami Heat's legacy in the NBA.

## The Legacy of Dwyane Wade

Dwyane Wade's impact on the game transcer statistics. As a three-time NBA champion and perennial All-Star, Wade's career is a tapestry remarkable achievements and unforgettable moments. His ave inspired countless fans and players, solidifying his place

greyflannelauctions.com

# Letter of Provenance

I, Matt Dodson, former assistant equipment manager of the Miami Heat, confirm the below mentioned item to be a game worn item from the player listed. The item was acquired during my time with the team. This item has been in my possession since it was originally acquired by me.

**Dwyane Wade Game Worn 2014-2015 Miami Heat Black Jersey – Serial Number MHE02805**

6-14-21

**MATT DODSON** **DATE**

# Exhibit 2

I am writing to confirm that I, Robert Charles Holmquist, was employed by the Miami Heat from 2010 to 2016. During my tenure with the organization, I held various roles within the organization.

In recognition of my dedication and service and my relationship with various players, I was honored to receive a special gift in 2013: a game-worn jersey from Dwayne Wade. This jersey holds significant sentimental value as it represents a memorable period in my career with the Miami Heat and symbolizes the team's accomplishments during that time.

Sincerely,

Robert Charles Holmquist

07/17/2024





$7,930

$6,500 Winning Bid

25 bids Bid history

# Exhibit 3

**Auction# 50058 | Lot# 53507**

1 of 4




Sold on Aug 28, 2022 for: **US $12,000.00** includes BP (What's this?)

**Auction Ended:** Aug 28, 2022

This item's owner would consider the right offer, but isn't actively participating and doesn't respond to most offers.

**2014 Kawhi Leonard NBA Finals Game Worn San Antonio Spurs Jersey.**

*UPDATE: Jersey was consigned by a San Antonio Spurs team employee and will be accompanied by his letter of provenance.*

Kawhi Leonard came of age during the 2014 NBA Finals when he took his game to another lever and was granted membership into the league's fraternity of elite players after leading the Spurs to their fifth title and being named NBA Finals MVP.

Presented here is a 2012-13 game issued jersey which was patched and worn by Leonard during the 2014 NBA Finals where he averaged 17.8 points and 6.4 rebounds per game, while playing a suffocating brand of defense.

**Auction# 50058 | Lot# 53722**

1 of 5




Sold on Aug 28, 2022 for: **US $5,640.00** includes BP (What's this?)

**Auction Ended:** Aug 28, 2022

**2011-12 Kevin Durant Game Worn & Signed Oklahoma City Thunder Jersey.**

*UPDATE: Jersey was consigned by a San Antonio Spurs team employee and will be accompanied by his letter of provenance.*

Dating from the season when he captured his third consecutive NBA scoring crown by averaging 28.0 points per game, this road blue micro-mesh sports "Oklahoma City 35" across the chest and "Durant 35" on the verso, all sewn-on in white/blue/black tackle twill and mesh twill. Meanwhile, navy/yellow/orange trim decorates the ribbed v-neck collar, arm yokes and side panels, with the appropriate Adidas tagging in the tail, denoting size, extra length and coding, with "35 Durant" in black sharpie. Signed on the verso in 9/10 vintage black sharpie. *Letter of provenance from San Antonio Spurs employee. LOA from Heritage Auctions. Full LOA from Beckett Authentication Services.*

# Exhibit 4




Sold

## 12. LeBron James Miami Heat 2011 NBA Finals Game Worn Jersey | Game 4 | Matched to 4 Games

Auction: ZENITH | Sports Artifacts

**Closed**

Apr 10, 2024

7:12 PM EDT · New York

**Estimate**

150,000 - 250,000 USD

**Lot sold**

152,400 USD




No reserve

Sold

13. Chris Bosh Miami Heat 2014 NBA Finals Game Worn Jersey | Game 4

Estimate

10,000 - 30,000 USD

Sold price

4,445 USD




Sold

# 7. Dwayne Wade Miami Heat 2011 NBA Playoffs Game Worn Jersey | Matched to 5 Games

Auction: Important Sports Memorabilia

**Closed**

Mar 25, 2025

10:09 PM EDT · New York

**Estimate**

10,000 - 20,000 USD

**Lot sold**

25,400 USD



No reserve

Sold

# 14. Dwyane Wade Miami Heat 2013-2014 Eastern Conference Semifinals Game Worn Sneakers | Game 4

Auction: Court Classics | Basketball Sneakers

**Closed**

Apr 12, 2024

12:14 PM EDT · New York

**Estimate**

4,000 - 6,000 USD

**Lot sold**

2,413 USD




Sold

# 32. Chris Bosh Miami Heat 2014 NBA Finals Game Worn Jersey | Game 5

Auction: Important Sports Memorabilia

**Closed**

Mar 25, 2025

10:32 PM EDT · New York

**Estimate**

5,000 - 10,000 USD

**Lot sold**

5,334 USD




Sold

# 9. LeBron James Miami Heat 2011 NBA Finals Game Worn Edition Jersey | Game 2

Auction: Important Sports Memorabilia

**Closed**

Mar 25, 2025

10:09 PM EDT · New York

**Estimate**

100,000 - 150,000 USD

**Lot sold**

139,700 USD

# Exhibit 5



**Heat Jersey, #3 Wade, Authentic Nike, NBA, Size: 52**

Condition: --
Ended: Jun 30, 2023 17:00:05 PDT

Winning bid: **US $14,100.00** [ 23 bids ]

Pickup: Free local pickup from Dallas, Texas, United States. See details

Shipping: **US $10.99** Standard Shipping. See details
Located in: Dallas, Texas, United States

Delivery: FedEx Ground or FedEx Home Delivery
Estimated between **Thu, Jul 13** and **Mon, Jul 17** to 90011

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Pay, VISA, AMEX, DISCOVER

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
salvationarmytulsaarc (1278 ★)
98.6% positive feedback

Save seller
Contact seller
Visit store
See other items

$ Have one to sell? Sell now

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **166189557768**

## All net proceeds will support The Salvation Army Adult Rehabilitation Center Tulsa

The Salvation Army Adult Rehabilitation Center in Tulsa provides spiritual, social and emotional assistance for men and women who have lost the ability to cope with their problems and provide for themselves. To learn more or to find a Salvation Army Family Store location near you visit SAtruck.org.

ebay FOR CHARITY

- Official eBay for Charity listing | Learn more
- Sale benefits a verified non-profit partner

# Exhibit 6

Item

**Auction# 7105 | Lot# 82408**

1 of 4




Sold on May 16, 2014 for: **US $18,043.31** includes BP (What's this?)

**Auction Ended:** May 16, 2014

**2012-13 LeBron James Game Worn, Signed Miami Heat Jersey - Provenance From Former Teammate!** With childhood friend Maverick Carter currently serving as his agent, there is no doubt that LeBron James is a man who doesn't take loyalty for granted. It's no secret that King James still remains close friends with his former teammates from St. Vincent-St. Mary's High School, and this catalog entry is just another form of proof to support these claims.

Originally obtained from James' former high school teammate Sian Cotton, here we present a Miami Heat jersey that James wore during the 2012-13 NBA season. Representing one of James' best season as a pro, when he won the NBA Finals, and was the regular season and Finals Most Valuable Player, the jersey is absolutely perfect in every way.

Featuring sewn-on identifiers throughout, it has the Heat 25th anniversary patch on the right chest, while the proper "Adidas [size] 2XL" and "Length +2" tags are in the tail. And as a special treat for LeBron's former teammate, he signed the back of the jersey in bold black ink with an ultra-rare "King James" crown inscription. One of the nicest of its kind we have ever seen, the jersey possesses all sorts of investment potential. Get it now before James tallies up a few more championships. *Letter of provenance from Sian Cotton. LOA from Heritage Auctions. Full LOA from PSA/DNA. Auction LOA*

**Auction# 7145 | Lot# 80171**

1 of 4




Sold on Jul 31, 2015 for: **US $13,145.00** includes BP (What's this?)

**Auction Ended:** Jul 31, 2015

**2013-14 LeBron James Game Worn Miami Heat Jersey, MEARS A10.** At thirty years old, LeBron James has already been a household name for half his life, entering the public consciousness as the most heralded high school phenom in the history of the sport. But the first pick in the 2003 NBA draft exceeded even the rosiest of expectations, claiming four regular season and two Finals MVP Awards (to date) and a place in any honest debate regarding the greatest of all time. King James would fall just short of his dreams of a Heat three-peat the season he sported this home white gamer, his last in South Beach.

The jersey comes to us from a friend and high school teammate of James, who reports that the shirt saw action in an early Pistons series. His signed letter of provenance is transcribed below:

*"I, Sian Cotton, was a high school teammate of LeBron James and have been a lifelong friend. ESPN did a documentary on our high school team called 'More Than A Game,' a film I was prominently featured in. My affiliation to James continues to this day as we are still close friends. This item was obtained directly from LeBron James and was used by him during the 2013-2014 season. I hope it enhances your collection."*

# Exhibit 7

Posts
therealesthq
Follow




48 47

Liked by **tr4eskiii** and **others**

**therealesthq** On an average Tuesday....and of course @therealesthq was on site to authenticate history 🏀🔐

#Miami #Heat #BamAdebayo #Adebayo #MiamiHeat

2 days ago

# Exhibit 8


MIAMI POLICE
THE CITY OF MIAMI
MIAMI-DADE CO.
RETIRED
FLA
MARCOS T. PEREZ
RETIRED SERGEANT OF POLICE

# Exhibit 9

Posts
marcosperez9 Follow

marcosperez9




22 5

**marcosperez9** Just cleaning out a couple of the closets and I found a couple of things the board back any enormous amount of joy and pride. These is just a couple of examples of training manuals and a 1996 Polce yearbook. 😳.Can you imagine reading the Miami orange bowl emergency evacuation contingency plan or the orange bowl emergency evacuation plan? I don't know if I should just trash them I'll leave them on the shelf. What do you guys think.

March 22, 2020

LinkedIn Join now Sign in

Marcos Perez



...

## Marcos Perez

--Security Representative for the National Basketball Association

National Basketball Association (NBA)

United States · Contact Info

139 followers · 137 connections


See your mutual connections

Join to view profile | Message

## About

Security Rep[resentative for the National Basketball Association (NBA)

# Exhibit 10



**Marcos Perez**
@mtperez9

Follow

@KingJames way to go tonight. We at the Miami Police Department could not stop cheering you guys on. Congratulations on a great win today.

8:21 PM · 4/19/12

# Exhibit 11

**Posts**
marcosperez9

Follow

marcosperez9




60 5

**marcosperez9** Truly blessed to be among the greatest.

January 30, 2019


Marcos Perez
Photos
Select
0:38

**Marcos Perez**
@mtperez9

Follow

@mtperez9 just chillin in MIA



6:52 PM · 2/21/14

5:48 SOS

170

MP

Marcos >

Dec 9, 2023 at 2:23 PM

Sorry this dress rehearsal is taking forever.



Waiting on the commissioner

Sweet

Pacers r pretty good

I like the Pacers to win it. too many hours on my feet. 2 days of 18 hour days. And no idea what today's schedule is going to look like😳

iMessage


ON THE APP
PAPAJOHNS.COM
OR ON THE APP
DAY AFTER HEAT WIN
PAPAJOHNS.COM
OR ON THE
State Farm
socios.com


13:55
TISSOT
American
Airlines


Caution Clearance 8' - 2"


FOX SPORTS
DONČIĆ
77

**Photo**



Liked by **sandyrivera17** and **10 others**

**samanthaaiges** Hey hey Looks who is representing the 305 🏀🔥☄️⭐🙌

# Exhibit 12


5:25
SOS
171
MP
Marcos
My wife threaten to throw me out because of all the space I was taking up
Lol
I spent the weekend with Kyle Kuzman and his girlfriend. Took him to the gun range and did a little training. I also spent some time with John Wall and do some training for him and defensive handgun
Hahaha
Wondering what the heats next move is going to be
Jul 28, 2022 at 7:06 PM
Sorry my brother got tied up on a couple of things at work with the NBA but working on getting the game worn jersey for April 17 and April 19 for Jimmy Butler he scored 21 points the first game and 45 points the second versus Atlanta Hawks.
Its also registered with the NBA & MeiGray And entered into the game worn jersey authentication program.
A nice little extra
Awesome
iMessage

# Exhibit 13




It's been some amazing
moments over the last
decade plus... Continue to inspire
in the community
SPALDING
NBA TV

# Exhibit 14




MIAMI
HEAT
'06
'12


CHAMPIONS


PEREZ
20
12


WORLD
CHAMPIONS
MIAMI
Conne
CAPS

# Exhibit 15


NATIONAL
BASKETBALL
ASSOCIATION
NBA
MARCOS T. PEREZ
SECURITY REPRESENTATIVE
MIAMI HEAT
Olympic Tower
645 Fifth Avenue
New York, NY 10022
Cell: 786-348-5886
mperezSecRep@nba.com

# Exhibit 16


5:52
SOS
170
MP
Marcos
Do u have any from 4/10 matched
Watching the Super Bowl I assume
Yes!
For sure
Im not a big football fan
Me either. We had a routine for Wade to wear the jerseys in order, but he was out of control.
Mom and Wife have the game used ones
Anythign new?
2019 game use Wade jersey used in five games. January 25, January 27, February 21, March 3, and March 15.
Two Butler jerseys used in seven games, including a couple of playoffs, while the team was in the bubble. Game used August 6, 20, 24, 31st, September Fourth, eight, 19, 23 & 27 2020. Both jerseys when used five games, the other one used seven games MIAE02884 & 885
Feb 13, 2024 at 5:11 PM
Any word on that lebron
iMessage


5:36
SOS
170
MP
Marcos
Plays hard
I think he's going to be good. I just hope that the hard work is instilled in him for a long time. Seem too many players start out hard and then join the system.
Looks like we've lined up enough dominoes to get Damien
If heat get lillard 👀👀👀
See u next june
Lol 😂
It's a shame you don't collect sneakers. I've got almost all of Butler's game. You sneakers from last year and a couple from this year
Any from playoff gms
Yup
Does he wear a new pair every game
Send pics. I have a huge snks collection also
Nope. He is finicky. He may use them once or twice. If he has a good game.
iMessage


5:21

171

MP

Marcos

Apr 28, 2022 at 12:49 PM

Can u get the jimmy butler gm 2 jersey

Game 2 this year?

Yea from round 1

Hummmm I can try, that shirt might still be in the rotation. Lately they have been reusing the jerseys. But I can check

Ok when they r done using them im interested

Ok will do

Just verified with one of the guys that the jersey still in the rotation. Will keep an eye out for you

U the best thx so mch

👍 you got it

May 4, 2022 at 9:09 PM

Hey

Is jimmy still wearin same jsy

I'm guessing so, until I can examine it closer

iMessage

# Exhibit 17



Game Worn Jerseys Inventory Sheet (2020 NBA Finals Mia vs LAL)

| Date Used | Player | Jersey Number | Vs Team | # | Other Information | Color/Type | Signed Y/N | COA |
|---|---|---|---|---|---|---|---|---|
| 10/9/2020 | Adebayo | MIAE 02051 | LAL | #1 | NBA FINALS | WHITE | YES | |
| 10/9/2020 | Adebayo | MIAE 03151 | LAL | #4 | NBA FINALS | WHITE | PENDING | |
| 10/9/2020 | Adebayo | MIAE 03076 | LAL | #2 | NBA FINALS | WHITE | NO | |
| 10/9/2020 | VINCENT | MIAE 03070 | LAL | #1 | NBA FINALS | WHITE | YES | |
| 10/9/2020 | HERRO | MIAE [illegible]65 | LAL | #1 | NBA FINALS | WHITE | YES | |
| 10/9/2020 | HERRO | MIAE 03084 | LAL | #2 | NBA FINALS | WHITE | YES | BECKETT/WS67[illegible] |
| 10/9/2020 | ROBINSON | MIAE 03090 | LAL | #1 | NBA FINALS | WHITE | YES | BECKETT/WS6743[illegible] |
| 10/9/2020 | BUTLER | MIAE 03102 | LAL | #1 | NBA FINALS | WHITE | YES | |
| 10/9/2020 | BUTLER | MIAE 03155 | LAL | #4 | NBA FINALS | WHITE | YES | |
| 10/2/2020 | BUTLER | MIAE 03158 | LAL | #1 | NBA FINALS | WHITE | NO | |
| 10/9/2020 | JONES | MIAE 03000 | LAL | #1 | NBA FINALS | WHITE | NO | |
| 10/9/2020 | NUNN | MIAE 03005 | LAL | #1 | NBA FINALS | WHITE | NO | |
| 10/9/2020 | CROWDER | MIAE 03106 | LAL | #1 | NBA FINALS | WHITE | NO | |
| 10/9/2020 | IGUODALA | MIAE 03091 | LAL | #1 | NBA FINALS | WHITE | NO | |
| | | | | | | | | |
| 10/4/2020 | HERRO | MIAE 03135 | LAL | #1 | NBA FINALS | BLACK | YES | BECKETT/[illegible] |
| 10/4/2020 | HERRO | MIAE 02865 | LAL | #4 | NBA FINALS | BLACK | YES | BECKETT/WS[illegible] |
| 10/4/2020 | ADEBAYO | MIAE 03146 | LAL | #1 | NBA FINALS | BLACK | NO | |
| 10/4/2020 | ADEBAYO | MIAE 031[illegible] | LAL | #2 | NBA FINALS | BLACK | NO | |
| 10/4/2020 | ADEBAYO | MIAE 02889 | LAL | #4 | NBA FINALS | BLACK | YES | |
| 10/4/2020 | ROBINSON | MIAE 02879 | LAL | #4 | NBA FINALS | BLACK | YES | |
| 10/4/2020 | BUTLER | MIAE 03174 | LAL | #1 | NBA FINALS | BLACK | NO | |
| 10/4/2020 | BUTLER | MIAE 0286[illegible] | LAL | #4 | NBA FINALS | BLACK | YES | |
| 10/4/2020 | JONES | MIAE 03186 | LAL | #4 | NBA FINALS | BLACK | NO | |
| 10/4/2020 | CROWDER | MIAE 02880 | LAL | #4 | NBA FINALS | BLACK | NO | |
| 10/4/2020 | DRAGIC | MIAE 03140 | LAL | #4 | NBA FINALS | BLACK | NO | |
| 10/4/2020 | IGUODALA | MIAE 03183 | LAL | #4 | NBA FINALS | BLACK | NO | |

10/4/2020 Miami VS Lakers Mia 115, LA Lakers 104
10/9/2020 Miami VS Lakers Mia 111, LA Lakers 108

87727561;1



Game Worn Jerseys Inventory Sheet

| Date Used | Player | Jersey Number | Vs Tea | # | Other Information | Color/Type | Signed Y/N | COA |
|---|---|---|---|---|---|---|---|---|
| 5/22/2021 | Butler | MIAE 03862 | Mil | #1 | No fans in the stadium | Gold | NO | |
| 5/22/2021 | Butler | MIAE 03664 | Mil | #2 | No fans in the stadium | Gold | NO | |
| 5/22/2021 | Herro | MIAE 03652 | Mil | #1 | No fans in the stadium | Gold | Yes | Beckett/WS6744 |
| 5/22/2021 | Adebayo | MIAE 04025 | Mil | #1 | No fans in the stadium | Gold | Yes | |
| 5/22/2021 | Adebayo | MIAE 03673 | Mil | #2 | No fans in the stadium | Gold | Yes/Personlized to Marcos | |
| 5/22/2021 | Vincent | MIAE 03650 | Mil | #1 | No fans in the stadium | Gold | NO | |
| 3/11/2021 | Butler | MIAE 04021 | ORL | #1 | | Gold | Yes | |
| [illegible]2020 | [illegible] | MIAF 02924 | Phil | #2 | | Blue Vice | NO | |
| 8/10/2020 | Herro | MIAE 20900 | IND | #1 | | Blue Vice | Yes | Beckett/WS67447 |
| 8/10/2020 | Herro | MIAE 20901 | IND | #4 | | Blue Vice | Yes | Beckett/WS67445 |
| UNKOWN | Dragic | MIAE 05518 | | | | Pink Vice | NO | |

# Exhibit 18


5:38
SOS
170
MP
Marcos
BUTLER
22
Miami Heat › Jimmy Butler - Miami Heat - Game-Worn Association Edition Jersey - 1 of 2 Jerseys - Worn 2 Games - Scored 21 and 45 Points
22 NBA Playoffs
Jimmy Butler - Miami Heat - Game-Worn Association Edition Jersey - 1 of 2 Jerseys - Worn 2 Game
- Scored 21 and 45 Points -2022 NBA Playoffs
UKG
HEAT
22
BUTLER
22
losed
losing Bid: $32,843.00
umber of Bids: 43 (Bid History)
id Increment: $20.00
uantity Available: 1
isting #: 4106436
pen Date: Fri Jul 8, 2022 09:22:00 AM EDT
I Accept
Cookie Policy
We use cookies to provide you with the best online experience. If you continue browsing, we consider that you accept our Cookie Policy, and also agree to the terms of our Privacy Policy and Terms of Use
iMessage

5:36 SOS

< 170

MP

Marcos >

I was able to go back and get four pairs of sneakers doing this Eastern conference finals sneakers

Wow thats amazing jsy

It also matches the one that I paid the big bucks score lol

So cool

When did he stop wearing it til

I was at a concert and I wanted to put a bid in of 22,000 but I accidentally typed in 57,000. I won to Jersey at 32,000.

Lol

I'm glad I didn't go for 57,000 lol

Lololol

Did it match any eastern conf finals gms

Yes it did,

Amazing



iMessage

# Exhibit 19


miamiheat1988gameused
36
posts
434
followers
527
following
Mr. Miami Heat
The best in game used merchandise. Every item is photomatched for your personal guarantee.
miamiheat1988gameused
Followed by jerseyhead4life, tooolegittoquit and 4 others
Follow
Message
Dwyane Wade Game Worn Jersey
February 27, 2019

**Posts**
miamiheat1988gameused
Follow

**miamiheat1988gameused**
Ball Greezy · Summer In Miami




37 3 1

**miamiheat1988gameused** Wonder why we no longer have short sleeve jerseys? Check out the “EL HEAT” ripped jersey 🤨 he’s got a history of ripping these types of jerseys.

March 13, 2024

**Posts**
miamiheat1988gameused

Follow

**miamiheat1988gameused**
Ric · The Finals E




33 3 2

Liked by **tooolegittoquit** and **others**

**miamiheat1988gameused** Game used NBA finals, signed Bam Adebayo jersey & the back up Bam Adebayo game used jersey with final patch used 5 playoff games! Both jerseys have been photo match and COA available.

November 29, 2024

**miamiheat1988gameused**



**Posts**
miamiheat1988gameused
Follow

**miamiheat1988gameused**
Soulja Boy · Dwayne Wade




75 4

Liked by **jerseyhead4life** and **others**

**miamiheat1988gameused** A message to Dwayne Wade. Dwyane Wade has certainly made an impact both a basketball legend and a mentor on and off the court. His leadership and advocacy for social issues have made him a role model for so many. Do you have a favorite memory or moment of his career?

miamiheat1988gameused




18 1

Liked by **tooolegittoquit** and **others**

**miamiheat1988gameused** Game used Jimmy Butler shoes. Jimmy scored 45 points with these bad boys. DM me for pricing

February 5

Posts
miamiheat1988gameused
Follow




54 4 2

Liked by **hotangels_sg** and **others**

**miamiheat1988gameused** 2021/22 game used Tyler Herro jersey for sale. Game used in 10 games. That's right 10 documented games by resolution photo matching. This 75th anniversary jersey also comes with the matching game used Tyler Herro shorts. A rare opportunity to own a Tyler Herro but his matching shorts also. DM me for pricing.

March 17

# Exhibit 20

Posts
marcosperez9
Follow

marcosperez9




24 1

**marcosperez9** Rainy day, so I did a little housework around the house. Humm my wife didn't think so.

May 26, 2018

**Posts**
miamiheat1988gameused
Follow

**miamiheat1988gameused**
Soulja Boy · Dwayne Wade




75 4

Liked by **jerseyhead4life** and **others**

**miamiheat1988gameused** A message to Dwayne Wade. Dwyane Wade has certainly made an impact both a basketball legend and a mentor on and off the court. His leadership and advocacy for social issues have made him a role model for so many. Do you have a favorite memory or moment of his career?

**Posts**
miamiheat1988gameused
Follow

**miamiheat1988gameused**
Sister Nancy · Bam Bam




56 2 1

**miamiheat1988gameused** I waited a little bit to get the signed by Bam. Thank you Bam for all that you do in our community. You truly are the captain.

March 14


miamiheat1988gameused
Follow
HEAT 42
MIAMI 3
MIAMI 7
HEAT 55
MIAMI 55
12 MORANT
DALLAS 11
WALLACE 3
IVERSON 3
HEAT 20
34
ALLEN 34
JAMES 6


miamiheat1988gameused
Follow
ese jerseys were on the sa
rt together during game si
e Eastern Conference Fina
mpionship Game on Septer
, 2020 in Orlando, Florida
Boston
MIAMI 99
HEAT 3
MIAMI 3
SMALL-STARS MINIS
30 CURRY
CURRY 30
11
JOVIĆ 5
HEAT 11
ANDERSEN 11
HEAT 13
HEAT 42
LOVE LOVE
MIAMI 3
MIAMIMIAMI
MIAMI 7
LOWRY 7 LOWRY 7

# Exhibit 21



# Exhibit 22


5:52
SOS
170
MP
Marcos
Do u have any from 4/10 matched
Watching the Super Bowl I assume
Yes!
For sure
Im not a big football fan
Me either. We had a routine for Wade to wear the jerseys in order, but he was out of control.
Mom and Wife have the game used ones
Anythign new?
2019 game use Wade jersey used in five games. January 25, January 27, February 21, March 3, and March 15.
Two Butler jerseys used in seven games, including a couple of playoffs, while the team was in the bubble. Game used August 6, 20, 24, 31st, September Fourth, eight, 19, 23 & 27 2020. Both jerseys when used five games, the other one used seven games MIAE02884 & 885
Feb 13, 2024 at 5:11 PM
Any word on that lebron
iMessage


5:36
SOS
170
MP
Marcos
Plays hard
I think he's going to be good. I just hope that the hard work is instilled in him for a long time. Seem too many players start out hard and then join the system.
Looks like we've lined up enough dominoes to get Damien
If heat get lillard 👀👀👀
See u next june
Lol 😂
It's a shame you don't collect sneakers. I've got almost all of Butler's game. You sneakers from last year and a couple from this year
Any from playoff gms
Yup
Does he wear a new pair every game
Send pics. I have a huge snks collection also
Nope. He is finicky. He may use them once or twice. If he has a good game.
Some games he uses them twice
iMessage


5:21
SOS
171
MP
Marcos
Apr 28, 2022 at 12:49 PM
Can u get the jimmy butler gm 2 jersey
Game 2 this year?
Yea from round 1
Hummmm I can try, that shirt might still be in the rotation. Lately they have been reusing the jerseys. But I can check
Ok when they r done using them im interested
Ok will do
Just verified with one of the guys that the jersey still in the rotation. Will keep an eye out for you
U the best thx so mch
👍 you got it
May 4, 2022 at 9:09 PM
Hey
Is jimmy still wearin same jsy
I'm guessing so, until I can examine it closer
iMessage