Generated: Sep 2, 2026 3:06PM



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Sep 2, 2026 3:06PM

FIDELITY BROKERAGE SERVICES LLC
P.O. BOX 28013
ALBUQUERQUE, NM 87125-8013

Rcpt. No: 322106 Trans. Date: Sep 2, 2026 3:06PM Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DFLS125CR020346 /001<br>MARCOS TOMAS PEREZ | 1 | 248413.00 | 248413.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #952712371 | 08/26/2026 | $248,413.00 |
| | | | Total Due Prior to Payment: | $248,413.00 |
| | | | Total Tendered: | $248,413.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: PER ORDER OF THE COURT (DE#90)

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.